AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-00578 JMS-RT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City and County of Honolulu**
was received by me on *(date)* **10/25/19**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Nicolette Winter - Deputy Corporation Counsel**, who is designated by law to accept service of process on behalf of *(name of organization)* **City and County of Honolulu** at **530 S. King St., # 110, Honolulu, Hawaii 96813** on *(date)* **10/28/19 - 2:21 PM**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/29/19**

*Server's signature*

**Jacinto Carrasco III - Civil Process Server**
*Printed name and title*

**550 Halekauwila St., # 302**
**Honolulu, Hawaii 96813**
*Server's address*

Additional information regarding attempted service, etc: