AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-00578 JMS-RT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Clare Connors in her Official Capacity__
was received by me on *(date)* __10/25/19__ . __Department of Attorney General__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Clare Connors in her Official Capacity c/o Deputy Attorney General
Skyler Cruz on 10/28/19 at 3:05 PM at 425 Queens St., Honolulu, HI 96813.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/29/19__

*Server's signature*

Jacinto Carrasco III - Civil Process Server
*Printed name and title*

550 Halekauwila St., # 302
Honolulu, Hawaii 96813
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |