# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARE E. CONNORS, in her official capacity as Attorney General of the State of Hawaii, et al.<br><br>Defendant. | Case. No. 1:19-cv-00578-JMS-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Stephen D. Stamboulieh |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Stephen D. Stamboulieh to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Stephen D. Stamboulieh |
| Firm Name: | Stamboulieh Law, PLLC |
| Firm Address: | P.O. Box 4008<br>Madison, MS 39130 |
| Attorney CM/ECF Primary email address: | stephen@sdslaw.us |
| Firm Telephone: | 601-260-3375 |
| Party Represented: | TODD YUKUTAKE and DAVID KIKUKAWA |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 1, 2019



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge