IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

    ALAN ALEXANDER BECK, ESQ.    Alan.alexander.beck@gmail.com
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA  92123

    STEPHEN D. STAMBOULIEH, ESQ.    stephen@sdslaw.us
    Stamboulieh Law, PLLC
    P.O. Box 4008
    Madison, MS  39130

    Attorneys for Plaintiffs
    TODD YUKUTAKE and DAVID KIKUKAWA

DATED: Honolulu, Hawaii, November 18, 2019.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii

        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorney for Defendant
        CLARE E. CONNORS, in her
        Official Capacity as the Attorney
        General of the State of Hawaii