Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA ) ) ) Plaintiffs, ) ) ) v. ) ) CLARE E. CONNORS, in her ) Official Capacity as the Attorney ) General of the State of Hawaii ) and the CITY and COUNTY ) OF HONOLULU ) ) ) ) Defendants. ) _____) | Civil Action No. 19-578 (JMS-RT) REPORT OF THE PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. RULE 26(f); CERTIFICATE OF SERVICE  SCHEDULING CONFERENCE: DATE: January 7, 2020 TIME: 9:00 AM JUDGE: Hon. Rom Trader |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: December 12, 2019.

>*/s/ Stephen D. Stamboulieh*
>Stephen D. Stamboulieh
>Stamboulieh Law, PLLC
>*Admitted Pro Hac Vice*