Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 19-578 (JMS-RT) |
| v. | ) ) ) PLAINTIFFS' SCHEDULING |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) CONFERENCE STATEMENT; ) CERTIFICATE OF SERVICE ) ) ) SCHEDULING CONFERENCE |
| Defendants. | ) DATE: January 7, 2020 ) TIME: 9:00 AM ) JUDGE: Hon. Rom Trader |

1

## **PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT**

COME NOW, Plaintiffs, by and through their attorneys of record, Alan Alexander Beck and Stephen D. Stamboulieh, and hereby submit PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT pursuant to Rule 16.2 of the Rules of the United States District Court for the District of Hawaii and Orders dated October 24, 2019 and October 25, 2019:

**I.     Statement of the Case**.

This is a facial and as applied challenge to the requirements for: 1) Plaintiffs to bring a newly acquired firearm to Honolulu Police Department for registration; 2) the implementation of Hawaii's permit to acquire a handgun scheme as a significant impediment to handgun ownership in Hawaii; 3) Defendants' requirement that Plaintiffs appear in person to pick up an approved permit to acquire instead of transmitting said permit electronically or by other means; and 4) the validity of permits to acquire expiring after an arbitrary number of days. Plaintiffs allege, *inter alia*, that Defendants are violating Plaintiffs' Second Amendment rights by significantly impeding the lawful acquiring of handguns.

**II.    Statement of Jurisdiction**.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1343, 2201, 2202 and 42 U.S.C. § 1983 and § 1988. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391.

## III. Jury Trial.

Plaintiff has not made a demand for a jury trial. Defendants have been served. Defendants Clare E. Connors, in her official capacity as the Attorney General of the State of Hawaii and the City and County of Honolulu have both answered the Complaint.

## IV. Disclosures.

The parties have agreed that the Initial Disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure will be due on or before sixty (60) days after completion of the Scheduling Conference.

## V. Discovery and Pending Motions.

The parties have not yet begun discovery in this matter. There are no pending motions.

## VI. Special Procedures.

As reported in the Report of the Parties' Planning Meeting, a protective order may be required if the parties produce confidential information. However, at this time, the parties do not know if one will be necessary. Plaintiffs do not anticipate any other special procedures at this time.

Prospects for settlement with the City and County of Honolulu appear to be above average. Prospects for settlement with Defendant Connors remain low at this time.

Plaintiffs would be amenable to a settlement conference should the Defendants request one.

## VII.  Related Cases.

Plaintiffs are unaware of any related cases.

## VIII. Additional Matters.

Plaintiffs respectfully request that counsel for Plaintiffs be allowed to appear telephonically at the January 7, 2020 scheduling conference and Defendants do not object to this request.

Dated:  December 12, 2019.

                                            Respectfully submitted,

                                            **TODD YUKUTAKE AND DAVID KIKUKAWA**

                                            */s/ Alan Beck*
                                            Counsel for Plaintiffs

| | |
|---|---|
| | */s/ Stephen D. Stamboulieh* |
| Alan Alexander Beck | (619) 905-9105 |
| Law Office of Alan Beck | Hawaii Bar No. 9145 |
| 2692 Harcourt Drive | Alan.alexander.beck@gmail.com |
| San Diego, CA  92123 | |

| | |
|---|---|
| Stephen D. Stamboulieh | (601) 852-3440 |
| Stamboulieh Law, PLLC | stephen@sdslaw.us |
| P.O. Box 4008 | MS Bar No. 102784 |
| Madison, MS  39130 | *Admitted Pro Hac Vice* |