Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No. 19-578 (JMS-RT) |
| v. | ) |
| | ) PLAINTIFFS' SCHEDULING |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) CONFERENCE STATEMENT; ) CERTIFICATE OF SERVICE ) ) ) <u>SCHEDULING CONFERENCE</u> |
| | ) DATE: January 7, 2020 |
| Defendants. | ) TIME: 9:00 AM |
| _____ | ) JUDGE: Hon. Rom Trader |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record.

Dated: December 12, 2019.

>   */s/ Stephen D. Stamboulieh*
>   Stephen D. Stamboulieh
>   Stamboulieh Law, PLLC
>   *Admitted Pro Hac Vice*