Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-578 (JMS-RT)<br>) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) PLAINTIFFS' INITIAL<br>) DISCLOSURES; CERTIFICATE<br>) OF SERVICE<br>)<br>) TRIAL: None Set |
| Defendants. | )<br>) |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was served by United States Postal Service, postage prepaid, on the following at their last-known address as follows:

Kendall J. Moser, Esq.
Caron M. Inagaki, Esq.
425 Queen Street
Honolulu, HI 96813
Attorneys for Clare Connors, in her capacity as the Attorney General of the State of Hawaii

Nicolette Winter, Esq.
Robert Kohn, Esq.
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaii 96813
Attorneys for City and County of Honolulu

Dated: December 12, 2019.


/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
*Admitted Pro Hac Vice*

Attorney for Plaintiffs