PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: Robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>   Plaintiffs,<br><br> vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>   Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S DEMAND FOR TRIAL BY JURY; CERTIFICATE OF SERVICE<br><br><br><br>TRIAL: None. |

## DEFENDANT CITY AND COUNTY OF HONOLULU'S DEMAND FOR TRIAL BY JURY

Defendant CITY AND COUNTY OF HONOLULU hereby demands a trial by jury of all issues herein triable of right by a jury.

DATED:  Honolulu, Hawaii, December 12, 2019.

PAUL S. AOKI
Acting Corporation Counsel


By /s/ Nicolette Winter
ROBERT M. KOHN
NICOLETTE WINTER
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>       Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S DEMAND FOR TRIAL BY JURY] |

CERTIFICATE OF SERVICE [RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S DEMAND FOR TRIAL BY JURY]

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of DEFENDANT CITY AND COUNTY OF HONOLULU'S DEMAND FOR TRIAL BY JURY was served CM/ECF at their last known addresses as shown below:

ALAN ALEXANDER BECK      Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California 92123

STEPHEN D. STAMBOULIEH          stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, Massachusetts  39130

Attorneys for Plaintiffs
TODD YUKUTAKE and
DAVID KIKUKAWA

KENDALL J. MOSER, ESQ.
CARON M. INAGAKI, ESQ.
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i  96813

Attorneys for Clare Connors, in her capacity as the
Attorney General of the State of Hawai'i

DATED:  Honolulu, Hawaii, December 12, 2019.

                                        PAUL S. AOKI
                                        Acting Corporation Counsel


                                        By /s/ Nicolette Winter
                                        _____
                                            ROBERT M. KOHN
                                            NICOLETTE WINTER
                                            Deputies Corporation Counsel

                                            Attorneys for Defendant
                                            CITY AND COUNTY OF
                                            HONOLULU