PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: Robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>   Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>   Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Date: January 7, 2020<br>Time:  9 a.m.<br>Chief Judge:  Rom A. Trader<br><br>TRIAL: None. |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
SCHEDULING CONFERENCE STATEMENT

Defendant CITY AND COUNTY OF HONOLULU ("City") submits this Scheduling Conference Statement Pursuant to Local Rule 16.2.

I.  NATURE OF THE CASE

This case involves the alleged violation of Plaintiffs' Second Amendment rights by Defendants City and the State of Hawaiʻi ("State"). With respect to the City, Plaintiffs contend that the public is only allowed to obtain a permit to acquire or register a firearm during workday business hours, and that the City is required to extend its hours of operation into the evening and/or weekend in order to comply with the Second Amendment. Plaintiffs also take issue with the State's requirement that a permit to acquire is only valid for ten days after the date of issuance. The City does not have an ordinance or Honolulu Police Department ("HPD") Policy with a similar requirement. Finally, Plaintiffs take issue with HPD's requirement that the applicant take the firearm back to HPD to register, which the City contends is required by State statute.

Plaintiffs seek declaratory and injunctive relief, as well as attorneys' fees.

The City denies that any City policy violates the Second Amendment. The City denies that Plaintiffs are entitled to the relief they seek.

II.  JURISDICTION AND VENUE

The City does not contest jurisdiction or venue at this time.

2

There are no state law claims, and thus this Court does not exercise supplemental jurisdiction over any state law claims.

III. DEMAND FOR JURY TRIAL

A jury trial has been demanded.

IV. DISCOVERY AND MOTIONS

No discovery has been served to date, and no motions have been filed.

V. APPROPRIATENESS OF DISCLOSURES

A conference of the parties pursuant to LR 26.1 was held via telephone on December 9, 2019. The parties have agreed to exchange initial disclosures as described in LR 26.1(a).

VI. SPECIAL PROCEDURES

The City is not aware of any special procedures or other matters at this time.

VII. RELATED CASES

None.

//

//

//

//

//

VIII.  ADDITIONAL MATTERS

None.

DATED:  Honolulu, Hawaii, December 13, 2019.

                                        PAUL S. AOKI
                                      Acting Corporation Counsel


                            By /s/ Nicolette Winter
                                  ROBERT M. KOHN
                                  NICOLETTE WINTER
                                  Deputies Corporation Counsel

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF
                                  HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>      Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>      Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S SCHEDULING CONFERENCE STATEMENT] |

CERTIFICATE OF SERVICE RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S SCHEDULING CONFERENCE STATEMENT

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of DEFENDANT CITY AND COUNTY OF HONOLULU'S SCHEDULING CONFERENCE STATEMENT was served CM/ECF at their last known addresses as shown below:

ALAN ALEXANDER BECK, ESQ.   Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California  92123

STEPHEN D. STAMBOULIEH, ESQ.   stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, Massachusetts  39130

Attorneys for Plaintiffs
TODD YUKUTAKE and
DAVID KIKUKAWA

KENDALL J. MOSER, ESQ.   Kendall.J.Moser@hawaii.gov
CARON M. INAGAKI, ESQ.   Caron.M.Inagaki@hawaii.gov
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i  96813

Attorneys for Clare Connors, in her capacity as the
Attorney General of the State of Hawai'i

DATED:  Honolulu, Hawai'i, December 13, 2019.

                                  PAUL S. AOKI
                                Acting Corporation Counsel


                              By /s/ Nicolette Winter
                                ROBERT M. KOHN
                                NICOLETTE WINTER
                                Deputies Corporation Counsel

                                Attorneys for Defendant
                                CITY AND COUNTY OF
                                HONOLULU