PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: Robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br>          Plaintiffs, <br><br>     vs. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU, <br><br>          Defendants. | CIVIL NO. 19-00578 JMS-RT <br><br> CERTIFICATE OF SERVICE <br><br> [RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S INITIAL DISCLOSURES] |

CERTIFICATE OF SERVICE [RE: DEFENDANT CITY AND
COUNTY OF HONOLULU'S INITIAL DISCLOSURES]

I hereby certify that, on the date and by the methods of service noted below, a

true and correct copy of DEFENDANT CITY AND COUNTY OF HONOLULU'S

INITIAL DISCLOSURES was served CM/ECF at their last known addresses as

shown below:

ALAN ALEXANDER BECK, ESQ.   Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California  92123

STEPHEN D. STAMBOULIEH, ESQ.        stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, Massachusetts  39130

Attorneys for Plaintiffs
TODD YUKUTAKE and
DAVID KIKUKAWA

KENDALL J. MOSER, ESQ.              Kendall.J.Moser@hawaii.gov
CARON M. INAGAKI, ESQ.              Caron.M.Inagaki@hawaii.gov
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i  96813

Attorneys for Clare Connors, in her capacity as the
Attorney General of the State of Hawai'i

-2-

DATED:  Honolulu, Hawai'i, December 13, 2019.

PAUL S. AOKI
Acting Corporation Counsel


By /s/ Nicolette Winter
    ROBERT M. KOHN
    NICOLETTE WINTER
    Deputies Corporation Counsel

    Attorneys for Defendant
    CITY AND COUNTY OF
    HONOLULU