Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 19-578 (JMS-RT) |
| v. | ) ) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) PLAINTIFFS' CERTIFICATE OF ) SERVICE FOR DISCOVERY ) SERVED ON ALL DEFENDANTS ) ) TRIAL: None Set |
| Defendants. | ) ) ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the following:

- Plaintiffs' First Set of Requests for Production of Documents to Defendant City and County of Honolulu;

- Plaintiffs' First Set of Requests for Admission to Defendant City and County of Honolulu;

- Plaintiffs' First Set of Interrogatories to Defendant City and County of Honolulu;

- Plaintiffs' First Set of Requests for Production of Documents to Defendant Clare E. Connors;

- Plaintiffs' First Set of Requests for Admission to Defendant Clare E. Connors; and

- Plaintiffs' First Set of Interrogatories to Defendants Clare E. Connors;

was served by United States Postal Service, postage prepaid, on the following at their last-known address as follows:

Kendall J. Moser, Esq.
Caron M. Inagaki, Esq.
425 Queen Street
Honolulu, HI 96813
Attorneys for Clare Connors, in her capacity as the Attorney General of the State of Hawaii

Nicolette Winter, Esq.
Robert Kohn, Esq.
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for City and County of Honolulu

Dated: December 17, 2019.


                                */s/ Stephen D. Stamboulieh*
                                Stephen D. Stamboulieh
                                **Admitted Pro Hac Vice*

Attorney for Plaintiffs