CLARE E. CONNORS        7936
Attorney General of Hawaii

CARON M. INAGAKI        3835
KENDALL J. MOSER        6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
          Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>              Plaintiffs,<br><br>   vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>              Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><u>Scheduling Conference</u><br>Date:  January 7, 2020<br>Time: 9:00 a.m.<br>Magistrate Judge Rom A. Trader |

DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY
AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S
<u>SCHEDULING CONFENRENCE STATEMENT</u>

Defendant Clare E. Connors, in her Official Capacity as the Attorney

General of the State of Hawaii, by and through her attorneys, Caron M. Inagaki

and Kendall J. Moser, Deputy Attorneys General, hereby submits her Scheduling

Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure

and Local Rule 16.2(b)

I.    <u>STATEMENT OF CASE</u>

This action arises from the Plaintiffs' claims that the Attorney General of the

State of Hawaii and the City and County of Honolulu have violated their rights

under the Second Amendment to the Constitution of the United States in

connection with their efforts to register firearms.  The Plaintiffs seek declaratory

and injunctive relief, damages, and attorneys' fees.

The Attorney General denies the Plaintiffs' allegations.

II.   <u>STATEMENT OF JURISDICTION</u>

This Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §

1343(a)(3).

Venue is appropriate because the events described in the Verified Complaint

for Declaratory and Injunctive Relief occurred in the state of Hawaii.

III.   <u>JURY TRIAL</u>

The City and County of Honolulu has demanded a jury trial, ECF No. 19.

IV.   <u>DISCLOSURES</u>

The Attorney General will make the relevant documents and things in her possession, custody or control, if any, available to the parties at a mutually agreeable time and place.

V.   <u>DISCOVERY AND MOTIONS</u>

The Plaintiffs propounded discovery to the Attorney General and the City and County of Honolulu earlier this week. There are no pending motions.

VI.   <u>SPECIAL PROCEDURES</u>

The Attorney General takes no position at this time regarding the appropriateness of any of the special procedures or other matters specified in FRCP Rule 16(c) and Local Rule 16.2.

VII.   <u>RELATED CASES</u>

The Attorney General is unaware of any related cases.

//

//

//

//

//

DATED:  Honolulu, Hawaii, December 20, 2019.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General
State of Hawaii


/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

4