CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI         3835
KENDALL J. MOSER         6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>                    Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br><br>No Trial Date |

## DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S INITIAL DISCLOSURES

Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii, by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby submits her Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

### I.   INDIVIDUALS WITH DISCOVERABLE INFORMATION

To date, the Attorney General is unaware of anyone from the State of Hawaii who has discoverable information regarding the issues raised by the Plaintiffs in their Verified Complaint for Declaratory and Injunctive Relief.

### II.   DOCUMENTS AND THINGS

The Attorney General will make the relevant documents and things in her possession, custody, or control, if any, available to the parties at a mutually agreeable time and place.

### III.   DAMAGES

The Attorney General is not seeking damages other than the costs of suit.

### IV.   INSURANCE

The State of Hawaii is self-insured to $5,000,000.00 and has excess coverage above that amount.

DATED: Honolulu, Hawaii, December 20, 2019.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii

        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorney for Defendant
        CLARE E. CONNORS, in her
        Official Capacity as the Attorney
        General of the State of Hawaii