PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU)<br><br>TRIAL:   January 12, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2020 and by the methods of service noted below, original and copies of DEFENDANT CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU was served on the following at their last known address as shown below:

| | |
|---|---|
| ALAN ALEXANDER BECK, ESQ.<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Via U.S. Priority Mail<br>(Original) |
| STEPHEN D. STAMBOULIEH, ESQ.<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 | Via U.S. Priority Mail<br>(Copy) |

    Attorneys for Plaintiffs
    TODD YUKUTAKE and
    DAVID KIKUWA

DATED: Honolulu, Hawaiʻi, January 16, 2020.

    PAUL S. AOKI
    Acting Corporation Counsel

By: /s/ Nicolette Winter
    ROBERT M. KOHN
    NICOLETTE WINTER
    Deputies Corporation Counsel

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU