PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>    Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF TODD YUKUTAKE)<br><br>TRIAL:  January 12, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 27, 2020 and by the methods of service noted below, original and copies of DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF TODD YUKUTAKE was served on the following at their last known address as shown below:

| | |
|---|---|
| ALAN ALEXANDER BECK, ESQ.<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Via U.S. Mail, Postage prepaid<br>(Original and one copy) |
| STEPHEN D. STAMBOULIEH, ESQ.<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 | Via U.S. Mail, Postage prepaid<br>(Copy) |

    Attorneys for Plaintiffs
    TODD YUKUTAKE and
    DAVID KIKUKAWA

| | |
|---|---|
| KENDALL J. MOSER, ESQ.<br>CARON M. INAGAKI, ESQ.<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813 | Via Hand Delivery<br>(Copy) |

Attorneys for Clare Connors, in her capacity as the
Attorney General of the State of Hawaiʻi

DATED: Honolulu, Hawaiʻi, January 27, 2020.

                        PAUL S. AOKI
                        Acting Corporation Counsel

                        By:  /s/ Nicolette Winter
                              ROBERT M. KOHN

-3-

        NICOLETTE WINTER
        Deputies Corporation Counsel

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU

-3-