Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br> Defendants. | Civil Action No. 19-578 (JMS-RT) <br><br> CERTIFICATE OF SERVICE <br><br> TRIAL: January 12, 2021 9AM |

# CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION OF ASSISTANT CHIEF ALLEN NAGATA

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on all counsel of record and the Notice of Deposition was sent via electronic mail and by United States Postal Service, postage prepaid, to the following counsel of record:

CARON M. INAGAKI, ESQ.
KENDALL MOSER, ESQ.
RYAN M. AKAMINE, ESQ.
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:    Caron.M.Inagaki@hawaii.gov
             Ryan.M.Akamine@hawaii.gov

NICOLETTE WINTER, ESQ.
ROBERT KOHN, ESQ.
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, HI 96813
Email:    nwinter@honolulu.gov
             Robert.kohn@honolulu.gov

    Dated: February 4, 2020

              */s/ Alan Alexander Beck*
              Alan Alexander Beck
              Law Office of Alan Beck
              2692 Harcourt Drive
              San Diego, CA  92123
              (619) 905-9105

        Hawaii Bar No. 9145
        Alan.alexander.beck@gmail.com

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 4008
        Madison, MS  39130
        (601) 852-3440
        stephen@sdslaw.us
        MS Bar No. 102784
        *\*Admitted Pro Hac Vice*

        Attorneys for Plaintiffs