CLARE E. CONNORS                 7936
Attorney General of Hawaii

CARON M. INAGAKI                 3835
KENDALL J. MOSER                 6515
RYAN M. AKAMINE                  4358
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>            Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>           Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE |

794060_1

## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record, notice is hereby given that RYAN M. AKAMINE, Deputy Attorney General, is admitted or otherwise authorized to practice in this court, and appears in this case as counsel for CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii.

DATED: Honolulu, Hawaii, February 4, 2020.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General
State of Hawaii

/s/ Ryan M. Akamine
RYAN M. AKAMINE
Deputy Attorney General

Attorney for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii