PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>          Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: CITY AND COUNTY OF HONOLULU'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF HONOLULU, DATED DECEMBER 17, 2019)<br><br>TRIAL:    January 12, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2020 and by the methods of service noted below, original and copies of CITY AND COUNTY OF HONOLULU'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF HONOLULU, DATED DECEMBER 17, 2019 was served on the following at their last known address as shown below:

| | |
|---|---|
| ALAN ALEXANDER BECK, ESQ.<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Via U.S. Mail, Postage prepaid<br>(Original and one copy) |
| STEPHEN D. STAMBOULIEH, ESQ.<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 | Via U.S. Mail, Postage prepaid<br>(Copy) |

    Attorneys for Plaintiffs
    TODD YUKUTAKE and
    DAVID KIKUKAWA

DATED:  Honolulu, Hawaiʻi, February 7, 2020.

                PAUL S. AOKI
                Acting Corporation Counsel

            By:  /s/ Nicolette Winter
                 ROBERT M. KOHN
                 NICOLETTE WINTER
                 Deputies Corporation Counsel

                Attorneys for Defendant
                CITY AND COUNTY OF HONOLULU