PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>      Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU)<br><br>TRIAL:   January 12, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2020 and by the methods of service noted below, original and copies of DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU was served on the following at their last known address as shown below:

ALAN ALEXANDER BECK, ESQ.              Via U.S. Mail, Postage prepaid
Law Office of Alan Beck                         (Original)
2692 Harcourt Drive
San Diego, CA 92123

STEPHEN D. STAMBOULIEH, ESQ.        Via U.S. Mail, Postage prepaid
Stamboulieh Law, PLLC                           (Copy)
P.O. Box 4008
Madison, MS 39130

        Attorneys for Plaintiffs
        TODD YUKUTAKE and
        DAVID KIKUKAWA

DATED:  Honolulu, Hawai'i, February 7, 2020.

                        PAUL S. AOKI
                        Acting Corporation Counsel

                        By:  /s/ Nicolette Winter
                            ROBERT M. KOHN
                            NICOLETTE WINTER
                            Deputies Corporation Counsel

                            Attorneys for Defendant
                            CITY AND COUNTY OF HONOLULU