PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>          Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF TODD YUKUTAKE)<br><br>     TRIAL:   January 12, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2020 and by the methods of service

noted below, original and copies of DEFENDANT CITY AND COUNTY OF

HONOLULU'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF TODD YUKUTAKE was served on the following at their last known address as shown below:

| | |
|---|---|
| ALAN ALEXANDER BECK, ESQ.<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123 | Via U.S. Mail, Postage prepaid<br>(Original and one copy) |
| STEPHEN D. STAMBOULIEH, ESQ.<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130 | Via U.S. Mail, Postage prepaid<br>(Copy) |

    Attorneys for Plaintiffs
    TODD YUKUTAKE and
    DAVID KIKUKAWA

| | |
|---|---|
| CARON M. INAGAKI, ESQ.<br>KENDALL J. MOSER, ESQ.<br>RYAN M. AKAMINE, ESQ.<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, Hawai'i 96813 | Via Hand Delivery<br>(Copy) |

    Attorneys for Clare Connors, in her capacity as the
    Attorney General of the State of Hawai'i

DATED: Honolulu, Hawai'i, February 10, 2020.

                        PAUL S. AOKI
                        Acting Corporation Counsel

                        By:  /s/ Nicolette Winter
                        ROBERT M. KOHN
                        NICOLETTE WINTER
                        Deputies Corporation Counsel
                        Attorneys for Defendant
                        CITY AND COUNTY OF HONOLULU