PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>            Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF DAVID KIKUKAWA)<br><br>   TRIAL:    January 12, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2020 and by the methods of service

noted below, original and copies of DEFENDANT CITY AND COUNTY OF

HONOLULU'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES

TO PLAINTIFF DAVID KIKUKAWA was served on the following at their last

known address as shown below:

> ALAN ALEXANDER BECK, ESQ.          Via U.S. Mail, Postage prepaid
> Law Office of Alan Beck            (Original and one copy)
> 2692 Harcourt Drive
> San Diego, CA 92123
>
> STEPHEN D. STAMBOULIEH, ESQ.       Via U.S. Mail, Postage prepaid
> Stamboulieh Law, PLLC             (Copy)
> P.O. Box 4008
> Madison, MS 39130
>
> >   Attorneys for Plaintiffs
> >   TODD YUKUTAKE and
> >   DAVID KIKUKAWA
>
> CARON M. INAGAKI, ESQ.             Via Hand Delivery
> KENDALL J. MOSER, ESQ.            (Copy)
> RYAN M. AKAMINE, ESQ.
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawai'i 96813
>
> >   Attorneys for Clare Connors, in her capacity as the
> >   Attorney General of the State of Hawai'i

DATED:  Honolulu, Hawai'i, February 10, 2020.

> PAUL S. AOKI
> Acting Corporation Counsel
>
> By:  /s/ Nicolette Winter
> >   ROBERT M. KOHN
> >   NICOLETTE WINTER
> >   Deputies Corporation Counsel
> >   Attorneys for Defendant
> >   CITY AND COUNTY OF HONOLULU