Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Civil Action No. 19-578 (JMS-RT) |
| v. | )<br>) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) NOTICE OF CANCELING<br>) DEPOSITIONS SCHEDULED FOR<br>) FEBRUARY 28, 2020<br>)<br>)    TRIAL: January 12, 2021 9AM |
| | )<br>) |
| Defendants.<br>_____ | )<br>) |

## **NOTICE OF CANCELING DEPOSITIONS SCHEDULED FOR 2/28/2020**

COME NOW, PLAINTIFFS, and file this Notice of Canceling Depositions Scheduled for 2/28/2020.

Dated: February 14, 2020

*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
*\*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

> CARON M. INAGAKI, ESQ.
> KENDALL MOSER, ESQ.
> RYAN M. AKAMINE, ESQ.
> Deputy Attorneys General
> Department of the Attorney
>    General, State of Hawaii
> 425 Queen Street
> Honolulu, HI  96813
> Email:     Caron.M.Inagaki@hawaii.gov
>            Ryan.M.Akamine@hawaii.gov
>
> NICOLETTE WINTER, ESQ.
> ROBERT KOHN, ESQ.
> City and County of Honolulu
> 530 S. King Street, Room 110
> Honolulu, HI 96813
> Email:     nwinter@honolulu.gov
>            Robert.kohn@honolulu.gov

   Dated: February 14, 2020


            */s/ Alan Alexander Beck*
            Alan Alexander Beck

            */s/ Stephen D. Stamboulieh*
            Stephen D. Stamboulieh
            *Admitted Pro Hac Vice*

            Attorneys for Plaintiffs