| | |
|---|---|
| CLARE E. CONNORS | 7936 |

Attorney General of Hawaii

| | |
|---|---|
| CARON M. INAGAKI | 3835 |
| KENDALL J. MOSER | 6515 |
| RYAN M. AKAMINE | 4358 |

Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
E-Mail: Caron M. Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov
        Ryan.M.Akamine@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>                   Plaintiffs,<br><br>     vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>                   Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS]<br><br>Trial Date: January 12, 2021 |

795222_1

# CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, an original + (1) copy of DEFENDANT CLARE E. CONNORS IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF HAWAII'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS was duly served via U.S.P.S. First-Class Mail upon the following at their last known address:

Alan Alexander Beck, Esq.
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Email: Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh, Esq.
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
Email: Stephen@sdslaw.us

Attorneys for Plaintiff

Nicolette Winter, Esq.
Robert Kohn, Esq.
Department of Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Email: nwinter@honolulu.gov
       Robert.kohn@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawaii, February 21, 2020.

<u>/s/ Caron M. Inagaki</u>
CARON M. INAGAKI
KENDALL J. MOSER
RYAN M. AKAMINE
Deputy Attorneys General

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii