CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
RYAN M. AKAMINE           4358
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
E-Mail: Caron M. Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov
        Ryan.M.Akamine@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>                    Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CLARE .E CONNORS] |

795248_1

| | Trial Date: January 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, an original + (1) copy of DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CLARE .E CONNORS was duly served via U.S.P.S. First-Class Mail upon the following at their last known address:

    Alan Alexander Beck, Esq.
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA 92123
    Email: Alan.alexander.beck@gmail.com

    Stephen D. Stamboulieh, Esq.
    Stamboulieh Law, PLLC
    P.O. Box 4008
    Madison, MS 39130
    Email: Stephen@sdslaw.us

    Attorneys for Plaintiff

    Nicolette Winter, Esq.
    Robert Kohn, Esq.
    Department of Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii 96813
    Email: nwinter@honolulu.gov
            Robert.kohn@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU


DATED: Honolulu, Hawaii, February 21, 2020.


                          /s/ Caron M. Inagaki
                          CARON M. INAGAKI
                          KENDALL J. MOSER
                          RYAN M. AKAMINE
                          Deputy Attorneys General

                          Attorneys for Defendant
                          CLARE E. CONNORS, in her
                          Official Capacity as the Attorney
                          General of the State of Hawaii