# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00578-JMS-RT |
| CASE NAME: | Todd Yukutake et al v. Clare E. Connors et al |
| ATTYS FOR PLA: | Stephen D. Stamboulieh<br>Alan A. Beck |
| ATTYS FOR DEFT: | Ryan M. Akamine<br>Robert M. Kohn |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 04/07/2020 | TIME: | 9:13 - 9:26 |

COURT ACTION:   EP: TELEPHONE CONFERENCE held.

Discussion had.

Parties report settlement, subject to City Council approval, between Plaintiffs and Defendant City and County of Honolulu. Settlement approval to be taken up by the City Council at the meeting scheduled for 05/06/2020. If settlement is approved, Mr. Kohn is excused from the upcoming 06/09/2020 status conference.

Plaintiff and Defendant Connors report discovery ongoing. Court encourages counsel to discuss protocols for taking depositions remotely.

Telephone Conference set for 06/09/2020 at 9:00 a.m. before Magistrate Judge Trader. Courtroom Manager to provide dial-in instructions.

*Submitted by: Juliet Parker, Courtroom Manager.*