# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00578-JMS-RT |
| CASE NAME: | Todd Yukutake et al v Clare E. Connors et al |
| ATTYS FOR PLA: | Alan A. Beck<br>Stephen D. Stamboulieh |
| ATTYS FOR DEFT: | Kendall J. Moser<br>Ryan M. Akamine |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 06/09/2020 | TIME: | 9:01 - 9:10 |

COURT ACTION:  EP: TELEPHONE CONFERENCE held.

Discussion had.

Settlement reached between Plaintiff and Defendant City and County of Honolulu. Anticipate dismissal as to City and County of Honolulu to be filed.

As to remaining parties, discovery ongoing. Parties anticipate case will be resolved via summary judgment. Parties request guidance as to the filing of separate motions for summary judgment.

Court sets a Telephone Conference in conjunction with Settlement Conference scheduled for 10/13/2020 at 10:00 a.m. before Magistrate Judge Trader. Confidential Settlement Conference Statements due by 10/06/2020.

*Submitted by: Juliet Parker, Courtroom Manager.*