ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

STEPHEN D. STAMBOULIEH*
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID KIKUKAWA

PAUL S. AOKI, 1286
Acting Corporation Counsel

ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel. No.: (808) 768-5129/(808) 768-5234
Facsimile:  (808) 768-5105
Email: Robert.kohn@honolulu.gov/
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

CLARE E. CONNORS   7936
Attorney General of Hawaii

CARON M. INAGAKI   3835
KENDALL J. MOSER   6515
RYAN M. AKAMINE   4358
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email:  Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov
        Ryan.M.Akamine@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her Official Capacity
as the Attorney General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU<br><br>TRIAL:  January 12, 2021 |

2

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANT <u>CITY AND COUNTY OF HONOLULU</u>

Plaintiffs and the City and County of Honolulu ("City"), acting through counsel, hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the dismissal with prejudice of Plaintiffs' claims against the City, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Plaintiffs are voluntarily dismissing all claims against the City. Plaintiffs are retaining their claims against Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii. No party has filed a crossclaim or counterclaim.

Attorney's fees and costs shall be paid pursuant to the terms of the settlement agreement.

Dismissal of the claims against the City will be with prejudice pursuant to the terms of the settlement agreement, which is incorporated herein by reference so that the Court will retain jurisdiction through July 31, 2021 to enforce the settlement.

//

//

//

//

DATED:  Honolulu, Hawaiʻi, June 12, 2020.

    */s/ Alan A. Beck*
STEPHEN D. STAMBOULIEH
ALAN ALEXANDER BECK
Attorneys for Plaintiffs


DATED:  Honolulu, Hawaiʻi, June 12, 2020.

PAUL S. AOKI
Acting Corporation Counsel

By  */s/ Robert M. Kohn*
    ROBERT M. KOHN
    NICOLETTE WINTER
    Deputies Corporation Counsel

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU


DATED:  Honolulu, Hawaiʻi, June 12, 2020.

    */s/ Kendall J. Moser*
CARON INAGAKI
KENDALL J. MOSER
RYAN M. AKAMINE

Attorneys for Defendant
CLARE E. CONNORS, in her Official Capacity
as the Attorney General of the State of Hawaii

---

*Yukutake, et al. v. Connors, et al.*; Civ. No. 19-00578 JMS-RT; Joint Stipulation for Dismissal with Prejudice of All Claims by Plaintiffs Against Defendant City and County of Honolulu.

**ORDER**

The stipulation is approved. The City and County of Honolulu is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement through July 31, 2021.

DATED:  Honolulu, Hawaiʻi, June 12, 2020.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Yukutake, et al. v. Connors, et al.*; Civ. No. 19-00578 JMS-RT; Joint Stipulation for Dismissal with Prejudice of All Claims by Plaintiffs Against Defendant City and County of Honolulu.