Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br>Plaintiffs, <br><br>v. <br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br>Defendants. | Civil Action No. 19-578 (JMS-RT) <br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE <br><br>TRIAL: January 12, 2021 9AM <br>JUDGE: Hon. J. Michael Seabright <br>HEARING DATE: N/A |

## **Plaintiffs' Motion for Summary Judgment**

Plaintiffs Todd Yukutake and David Kikukawa, by and through counsel, move this Court for an order granting summary judgment in their favor on all counts as contained in Plaintiffs' Verified Complaint against Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii.

Plaintiffs bring this Motion under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.  Plaintiffs base this Motion upon the attached Memorandum in Support of Motion, the Separate Concise Statement of Facts filed contemporaneously herewith (and its attached exhibits), the record, and oral argument presented by counsel at the hearing.

Pursuant to LR7.8, this motion is made following the conference of counsel which took place on July 13, 2020.

Dated: July 20, 2020.

/s/ Alan Alexander Beck
Alan Alexander Beck

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

Attorneys for Plaintiffs