Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 19-578 (JMS-RT) |
| v. | ) ) ) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) ) ) ) ) |
| Defendants. _____ | ) TRIAL: January 12, 2021 9AM ) JUDGE: Hon. J. Michael Seabright ) HEARING DATE: N/A |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

>CARON M. INAGAKI, ESQ.
>KENDALL MOSER, ESQ.
>RYAN M. AKAMINE, ESQ.
>Deputy Attorneys General
>Department of the Attorney
>   General, State of Hawaii
>425 Queen Street
>Honolulu, HI  96813
>Email:    Caron.M.Inagaki@hawaii.gov
>          Ryan.M.Akamine@hawaii.gov
>          Kendall.J.Moser@hawaii.gov

Dated: July 20, 2020

>*/s/ Alan Alexander Beck*
>Alan Alexander Beck
>
>*/s/ Stephen D. Stamboulieh*
>Stephen D. Stamboulieh
>*Admitted Pro Hac Vice
>
>Attorneys for Plaintiffs