Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiffs
ANDREW TETER & JAMES GRELL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br><br> Defendants. | Civil Action No. 19-578 (JMS-RT) <br><br> DECLARATION OF COUNSEL <br><br><br> TRIAL: January 12, 2021 9AM <br> JUDGE: Hon. J. Michael Seabright <br> HEARING DATE: N/A |

## DECLARATION OF STEPHEN D. STAMBOULIEH

I, Stephen D. Stamboulieh, declare as follows:

1. I am an attorney with the law firm of Stamboulieh Law, PLLC, counsel for Plaintiffs in the above-captioned action. I am admitted *pro hac vice* in this matter.

2. I am authorized and competent to testify to the matters contained in this declaration, and unless otherwise indicated, I make this declaration based upon personal knowledge.

3. I am an attorney licensed to practice in all state and federal courts in Mississippi; the Northern District of Texas; Southern District of Texas; Washington, D.C. District Court; Second, Third, Fourth, Fifth, Sixth, Ninth & District of Columbia Circuit Courts of Appeals; United States Court of Federal Claims; Northern District of New York; and the United States Supreme Court. I am a member in good standing of all the aforementioned courts.

4. Attached hereto as Exhibit "A" is a true and accurate copy of selected portions of Defendant's Responses to Plaintiffs' Interrogatories.

5. Attached hereto as Exhibit "B" is a true and accurate copy of selected portions of SB2954.

6. Attached hereto as Exhibit "C" is a true and accurate copy of selected portions of Defendant's Responses to Plaintiffs' Request for Production of Documents.

7. Attached hereto as Exhibit "D" is a true and accurate copy of selected portions of Defendant's Responses to Plaintiffs' Request for Admissions.

8. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: Canton, Mississippi, July 20, 2020.

                Respectfully submitted,

                      *Counsel for Plaintiffs*

                      */s/ Stephen D. Stamboulieh*
                      Stephen D. Stamboulieh
                      Stamboulieh Law, PLLC
                      **Admitted Pro Hac Vice*