| | |
|---|---|
| THE SENATE<br>TWENTY-EIGHTH LEGISLATURE, 2016<br>STATE OF HAWAII | **S.B. NO.** 2954<br>S.D. 2<br>H.D. 1 |

# A BILL FOR AN ACT

RELATING TO FIREARMS.

**BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF HAWAII:**

1  SECTION 1. The legislature finds that criminal background
2  checks on firearms applicants are critical to ensure the safety
3  of the community.
4  The rap back system is a service of the Federal Bureau of
5  Investigation that provides continuous criminal record
6  monitoring for authorized government agencies, including law
7  enforcement agencies, and notifies them when an individual
8  subject to a criminal history record check is arrested for a
9  criminal offense anywhere in the country. This notification
10  will allow county police departments in Hawaii to evaluate if
11  the owner of a firearm may continue to legally possess and own
12  firearms.
13  The purpose of this Act is to authorize county police
14  departments in Hawaii to enroll firearms applicants and
15  individuals who are registering their firearms into the rap back
16  system.

*Exhibit "B"*

