CLARE E. CONNORS            7936
Attorney General of Hawaii

CARON M. INAGAKI           3835
KENDALL J. MOSER           6515
RYAN M. AKAMINE            4358
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov
        Ryan.M.Akamine@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>    Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CLARE .E CONNORS |

795248_1

*Exhibit "C"*

Defendant has no documents responsive to this request. Discovery is ongoing. Defendant will supplement her responses as appropriate in accordance with applicable court rules.

9. Produce all documents regarding the State of Hawaii's budget for the City and County of Honolulu's Firearms Permit Unit, if any, including budget requests from the City and County of Honolulu and all correspondence regarding same.

RESPONSE:

Defendant has no documents responsive to this request.

10. Produce all documents that support Hawaii's interest in maintaining an in-person registration of handguns.

RESPONSE:

Defendant objects to this request as vague, ambiguous, and assumes facts that have not been established.

CARON M. INAGAKI

Without waiving the above objections, Defendant responds as follows:

Discovery is ongoing. Defendant will supplement her responses as appropriate in accordance with applicable court rules.