Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br>Plaintiffs, <br><br>v. <br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br>Defendants. <br>_____ | ) <br>) <br>) <br>) <br>) <br>) Civil Action No. 19-578 (JMS-RT) <br>) <br>) CERTIFICATE OF SERVICE <br>) <br>) <br>) <br>) <br>) <br>) TRIAL: January 12, 2021 9AM <br>) JUDGE: Hon. J. Michael Seabright <br>) HEARING DATE: N/A |

1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

> CARON M. INAGAKI, ESQ.
> KENDALL MOSER, ESQ.
> RYAN M. AKAMINE, ESQ.
> Deputy Attorneys General
> Department of the Attorney
>    General, State of Hawaii
> 425 Queen Street
> Honolulu, HI  96813
> Email:    Caron.M.Inagaki@hawaii.gov
>                Ryan.M.Akamine@hawaii.gov
>                Kendall.J.Moser@hawaii.gov

Dated: July 20, 2020

> */s/ Alan Alexander Beck*
> Alan Alexander Beck
>
> */s/ Stephen D. Stamboulieh*
> Stephen D. Stamboulieh
> *Admitted Pro Hac Vice*
>
> Attorneys for Plaintiffs