CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>　　　　　　　Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 7.4(a); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KENDALL J. MOSER; CERTIFICATE OF SERVICE<br><br>Trial Date: January 12, 2021 |

## DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 7.4(a)

Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii, by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby moves this Court for leave to exceed the page limit in Local Rule 7.4(a) for memoranda. This motion is made in connection with Defendant Connors' counter motion for summary judgment and opposition to Plaintiffs' Motion for Summary Judgment filed on July 20, 2020 [ECF No. 54] which is due by August 12, 2020. Defendant Connors requests leave to submit a memorandum not to exceed thirty (30) pages in length.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7.4(a) of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the memorandum in support of motion and Declaration of Kendall J. Moser attached hereto.

//

//

//

//

//

//

DATED:  Honolulu, Hawaii, August 5, 2020.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii


        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorney for Defendant
        CLARE E. CONNORS, in her
        Official Capacity as the Attorney
        General of the State of Hawaii