IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing

document was filed electronically and served through CM/ECF on the following at

their last known addresses:

ALAN ALEXANDER BECK, ESQ.          Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123

STEPHEN D. STAMBOULIEH, ESQ.       stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID KIKUKAWA

DATED:  Honolulu, Hawaii, August 5, 2020.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General
State of Hawaii


/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii