# Ⓢ Stambouloieh Law, PLLC

P.O. Box 4008, Madison, MS 39130 | (601) 852-3440 | stephen@sdslaw.us

July 30, 2020

The Hon. Judge J. Michael Seabright  *Via electronic mail*
U.S.D.C. District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850
Seabright_orders@hid.uscourts.gov

RE: *Yukutake, et al. v. Connors, et al.*; Civil Action No. 1:19-cv-00578-JMS-RT

Dear Judge Seabright:

    Pursuant to the Court's Order dated July 20, 2020, the parties have discussed potential hearing options for Plaintiffs' Motion to be heard on October 19, 2020.

    To the extent the Court believes oral argument would be helpful, Plaintiffs' counsel would prefer to appear telephonically at the hearing and Defendants' counsel stated that a telephonic or video conference hearing would be fine with them.

    Thank you in advance for your consideration.

Yours very truly,

STEPHEN D. STAMBOULIEH

cc: All counsel of record (*via e-mail*)