CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI         3835
KENDALL J. MOSER         6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>　　　　　　　Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S (1) COUNTER MOTION FOR SUMMARY JUDGMENT, AND (2) MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>ECF No. 54 |

Hearing on Plaintiffs' Motion
Date: October 19, 2020
Time: 10:00 a.m.
Chief Judge J. Michael Seabright

Trial Date: January 12, 2021

## DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S (1) COUNTER MOTION FOR SUMMARY JUDGMENT, AND (2) OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii ("Defendant"), by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby (1) counter moves this Court for an order granting summary judgment in her favor as to all of Plaintiffs' claims asserted against her in the Verified Complaint for Declaratory and Injunctive Relief, and (2) submits her opposition to Plaintiffs' Motion for Summary Judgment [ECF No. 54].

This counter motion and opposition is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rule 7.7 of the Local Rules of Practice for the United States District Court for the District of Hawaii ("Local Rules"), and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

This counter motion is made following the conference of counsel pursuant to Local Rule 7.8 which took place on July 13, 2020.

DATED: Honolulu, Hawaii, August 12, 2020.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii


        /s/ Caron M. Inagaki
        CARON M. INAGAKI
        Deputy Attorney General


        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorneys for Defendant
        CLARE E. CONNORS, in her
        Official Capacity as the Attorney
        General of the State of Hawaii