IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>　　　　　　Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>DECLARATION OF KENDALL J. MOSER; EXHIBITS "A"-"O" |

## DECLARATION OF KENDALL J. MOSER

KENDALL J. MOSER, pursuant to 28 U.S.C. § 1746, declares that:

1. I am a deputy attorney general with the Department of the Attorney General, State of Hawaii, and I have been assigned to represent Defendant Clare E. Connors, in her Official Capacity as Attorney General of the State of Hawaii in the above-entitled matter.

2. I have personal knowledge of the matters set forth herein and I am competent to so testify.

3. Attached hereto as Exhibit "A" is a true and correct copy of 1907 Haw. Sess. Laws Act 85, §§ 1-8 at pp. 112-15.

4. Attached hereto as Exhibit "B" is a true and correct copy of 1919 Haw. Sess. Laws Act 124, §§ 1-2 at pp. 166-67.

5. Attached hereto as Exhibit "C" is a true and correct copy of S. Stand. Com. Rep. No. 388, in 1919 Senate Journal, at p. 1420.

6. Attached hereto as Exhibit "D" is a true and correct copy of 1923 Haw. Sess. Laws Act 156, §§ 1-2 at pp. 185-86.

7. Attached hereto as Exhibit "E" is a true and correct copy of 1927 Haw. Sess. Laws Act 206, §§ 1-31 at pp. 209-17.

8. Attached hereto as Exhibit "F" is a true and correct copy of S. Stand. Comm. Rep. No. 384, in 1927 Senate Journal, at pp. 1023-24.

9. Attached hereto as Exhibit "G" is a true and correct copy of 1933 Haw. Sess. Laws (Special Sess.) Act 26, §§ 1-17 at pp. 35-40.

10. Attached hereto as Exhibit "H" is a true and correct copy of H. Stand. Comm. Rep. No. 89, in 1933 House Journal, at pp. 427-28.

11. Attached hereto as Exhibit "I" is a true and correct copy of Revised Laws of Hawaii ("RLH") §§ 2541 & 2542 (1935) at pp. 431-32.

12. Attached hereto as Exhibit "J" is a true and correct copy of HRS §§ 134-2, 134-3, and 134-10 (1968) at pp. 581-88.

13. Attached hereto as Exhibit "K" is a true and correct copy of 1988 Haw. Sess. Laws Act 275, §§ 1-6 at pp. 510-17.

14. Attached hereto as Exhibit "L" is a true and correct copy of HRS §§ 134-2, 134-3, and 134-10 (2011) at pp. 162-73.

15. Attached hereto as Exhibit "M" is a true and correct copy of HRS §§ 134-2, 134-3, and 134-10 (Supp. 2018) at pp. 38-46.

16. Attached hereto as Exhibit "N" is a true and correct copy of 1990 Haw. Sess. Laws Act 195, §§ 1-7 at pp. 422-24.

17. Attached as Exhibit "O" is a true and correct copy of S. Stand. Comm. Rep. No. 3058, in 1990 Senate Journal, at pp. 1242-43.

18. Based on my conversations with the deputy corporation counsel assigned to represent Defendant City and County of Honolulu in this matter, it is my understanding that as part of the Plaintiffs' settlement with the City and County, the Honolulu Police Department Firearms Permit Unit agreed to extend their hours of operation.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 12, 2020.

/s/ Kendall J. Moser
KENDALL J. MOSER