# LAWS

OF THE

# Territory of Hawaii

PASSED BY THE

# LEGISLATURE

AT ITS

REGULAR SESSION

1907

PUBLISHED BY AUTHORITY

HONOLULU:
THE BULLETIN PUBLISHING CO., LTD.
1907

**EXHIBIT "A"**

112

## ACT 85.

### AN ACT

To Require the Furnishing of Information Regarding the Possession and Ownership of Fire Arms and Ammunition within the Territory of Hawaii.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

Section 1. From and after forty days after the passage of this Act, any person, firm, corporation or copartnership, resident or doing business within the Territory of Hawaii having in his, its or their possession any fire arm or fire arms or any ammunition capable of causing death or inflicting great personal injury, who shall fail to file a description of the same in the manner provided by this Act shall be deemed guilty of a misdemeanor and punished as this Act provides. Any person, firm, corporation or copartnership being in possession of such fire arm or fire arms and or ammunition, shall file with the County Clerk of the County in which he, they or it resides or does business, a description of the fire arm or fire arms or and ammunition owned by him, it or them, or in his, its or their possession, which description shall set forth the class of fire arm or fire arms or and ammunition so owned and possessed, together with the name of the maker and the factory number when such number appears on said fire arm or fire arms or ammunition. In all cases where the owner or possessor of said fire arm or fire arms or and ammunition is unable to furnish all of the information herein and hereby required, he shall furnish as much as may be possible and in such manner as may be required by said County Clerk.

Section 2. It shall be the duty of the County Clerk of such County to prepare and furnish to all persons applying therefor, proper blanks upon which such information shall be furnished, in the following form:

113

REPORT OF FIRE ARMS AND AMMUNITION IN POSSESSION.

By ........................... Residing at number ......

..................... Street (or locality) ..............

County of ............ Territory of Hawaii .......... 190..

| Name of Owner | Name of Possessor | No. | Description | Makers Name | Factory No. | Number Disposed of and Date |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Number |  |  | Total Number |  |  |  |

I hereby certify that the above and foregoing list contains a full, true and correct statement and description of all the fire arms and ammunition owned by me or in my possession during the period from .......................... to ......................... 190..

..........................................
Signature of Owner or Possessor.

SECTION 3. It shall be the further duty of the County Clerk to enter in a book to be provided for such purpose all informa-

tion thus furnished him relative to the ownership and possession of fire arms and ammunition, which book shall be an exact duplication of the descriptions furnished. And further to furnish to the Governor of the Territory of Hawaii not later than the 20th day of January and the 20th day of July of each and every year, an exact report and complete copy of the descriptions and information so furnished as aforesaid.

SECTION 4. It shall be the duty of every person, firm, corporation and copartnership dealing in fire arms or and ammunition, to furnish to the County Clerk of the County in which such person resides or wherein such business is carried on, on the first day of January and the first day of July of each and every year, a list of all fire arms and ammunition in his, their or its possession, and likewise at the times mentioned furnish to such County Clerk a list of all arms brought into the Territory, in transit or otherwise, by him, them or it during the six months next preceding such date upon which such list and description is required to be filed; the lists thus to be furnished by such dealers in fire arms and ammunition shall comply as nearly as possible with the requirements of Sections one and two of this Act, as may be determined by such County Clerk.

SECTION 5. The records provided by this Act to be kept shall not be treated as records subject to public inspection, and the facts therein set forth shall be made public by such County Clerk or Clerks only upon the request of the Governor of the Territory of Hawaii, or upon the order of a Court for the purposes of procuring and intoducing evidence showing or tending to show a violation of this Act.

SECTION 6. Any person found in the possession of any fire arm or fire arms or any ammunition without having complied with the provisions of this Act shall be deemed guilty of a misdemeanor and upon conviction therefor shall be fined by the Court of appropriate jurisdiction in a sum of not more than Five Hundred ($500.00) Dollars. Any person, firm, corporation or copartnership failing to file any information herein

required to be filed, shall be deemed guilty of a misdemeanor and upon conviction shall be fined by the court of appropriate jurisdiction not more than Five Hundred ($500.00) Dollars. Any County Clerk divulging any of the information contained in such records other than as herein permitted shall be deemed to be guilty of a misdemeanor and fined in a sum not exceeding Twenty-five ($25.00) Dollars.

SECTION 7. Nothing in this Act set forth shall be held to require any of the authorities of the United States of America carrying arms by virtue of their office, nor any of the authorities of the Territory of Hawaii, including the organized militia, carrying arms by virtue of their office, nor any of the authorities of any county or municipality so carrying arms, to furnish the description or information herein required.

SECTION 8. This Act shall take effect from and after the date of its approval.

Approved this 19th day of April, A. D. 1907.

G. R. CARTER,
Governor of the Territory of Hawaii.

## ACT 86.

### AN ACT

To ENCOURAGE THE CONSTRUCTION OR DEVELOPMENT OF RAILROADS IN THE TERRITORY OF HAWAII.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

SECTION 1. For the term of ten years from and after the first day of January 1908 all of the property both real and