# LAWS

OF THE

# TERRITORY OF HAWAII

PASSED BY THE

# LEGISLATURE

AT ITS

# TENTH REGULAR SESSION
## 1919

BEGUN ON WEDNESDAY, THE NINETEENTH DAY
OF FEBRUARY, AND ENDED ON WEDNESDAY,
THE THIRTIETH DAY OF APRIL

PUBLISHED BY AUTHORITY

Printed by
Honolulu Star-Bulletin, Ltd.,
Merchant Street,
1919.

**EXHIBIT "B"**

archives, or a majority of them. Two of such commissioners shall be persons well versed in the English and Hawaiian languages, and the other member thereof shall be a person well versed in the Hawaiian language. The commissioners so appointed shall jointly and actively, and without delay, complete the compilation of said dictionary. The members of said board shall receive such compensation for their services as the said commissioners of public archives, with the approval of the governor, shall determine.

SECTION 3. This appropriation shall be expended by the board of commissioners of the public archives in accordance with the terms of Chapter 198 of the Revised Laws of Hawaii, 1915.

SECTION 4. This Act shall take effect upon its approval.

Approved this 25th day of April, A. D. 1919.

                        C. J. McCARTHY,
                 Governor of the Territory of Hawaii.

## ACT 124

[H. B. No. 304]

AN ACT TO AMEND CHAPTER 125 OF THE REVISED LAWS OF HAWAII, 1915, AS AMENDED BY ACT 122 OF THE SESSION LAWS OF 1915, RELATING TO FIREARMS AND AMMUNITION, BY ADDING THERETO TWO NEW SECTIONS TO BE KNOWN AS SECTIONS 2202B AND 2202C.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

SECTION 1. Chapter 125 of the Revised Laws of Hawaii, 1915, as amended by Act 122 of the Session Laws of 1915, is hereby amended by adding thereto two new sections to be known as Section 2202B and Section 2202C and to read as follows:

"Section 2202B. Any person, firm, or corporation, dealing in or keeping for sale firearms, or any other person in possession of firearms, shall not make an individual or retail sale of any such firearms, unless the person desiring to purchase the same shall first have obtained from the sheriff or a deputy sheriff of the county or city and county a written permit for such purchase; the person desiring to purchase any such firearms shall deliver the said written permit to the proposed vendor, and if the sale is effected, the said vendor shall indorse on the back of said permit a full and complete description of the particular firearm sold under said permit, and immediately transmit the said permit by mail or otherwise to the office or officer issuing the same.

"Section 2202C. Any person, firm, or corporation who shall violate any of the provisions of Section 2202B shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than five hundred dollars ($500.00)."

SECTION 2. This Act shall take effect upon its approval.

Approved this 25th day of April, A. D. 1919.

C. J. McCARTHY,
Governor of the Territory of Hawaii.

## ACT 125

[H. B. No. 308]

AN ACT TO AMEND SECTIONS 2206 AND 2211 OF THE REVISED LAWS OF HAWAII, 1915, AS AMENDED, RELATING TO WEIGHTS AND MEASURES.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

SECTION 1. Section 2206 of the Revised Laws of Hawaii,