Standing: Hon. M. C. Pacheco, Hon. Jno. H. Wise, Hon. Chas. E. King, Hon. Robert Hind, Hon. C. A. Rice, Hon. H. W. Rice, Hon. S. L. Desha, Hon. S. P. Correa, Hon. G. P. Kamauoha, Hon. J. H. Coney. Seated: Hon. J. W. Russell, Hon. H. A. Baldwin, Hon. Chas. F. Chillingworth (President), Hon. R. W. Shingle, Hon. Geo. P. Cooke.

# SENATE JOURNAL

---

## TENTH LEGISLATURE OF THE TERRITORY OF HAWAII

---

## REGULAR SEASON, 1919

---

OPENING DAY   -  -   WED., FEBRUARY 19, 1919
CLOSING DAY   -  -   WED., APRIL 30, 1919

Printed by
Honolulu Star-Bulletin, Ltd.,
Merchant Street,
1919.

**EXHIBIT "C"**

1420                          SENATE JOURNAL.

Upon motion by Senator Coney, seconded by Senator Kamauoha, the report was adopted.

The bill, as amended, thereupon passed its Final Reading on the following showing of ayes and noes:

Ayes: Senators Baldwin, Coney, Cooke, Correa, Desha, Hind, Kamauoha, King, C. A. Rice, H. W. Rice, Russell, Shingle, Wise, and Mr. President. Total, 14.

Noes: Senator Pacheco.

Senator Coney, for the Committee on Military, presented a report (Stand. Com. Rep. No. 388) recommending the passage of House Bill No. 304, entitled: "An Act to amend Chapter 125 of the Revised Laws of Hawaii, 1915, as amended by Act 122 of the Session Laws of 1915, relating to firearms and ammunition, by adding thereto two new sections to be known as Sections 2202B and 2202C". The report was read by the Clerk, as follows:

Honolulu, T. H., April 22, 1919.

Honorable Charles F. Chillingworth,
   President of the Senate.

Sir:—Your Committee on Military, to which was referred House Bill No. 304, entitled "An Act to amend Chapter 125 of the Revised Laws of Hawaii, 1915, as amended by Act 122 of the Session Laws of 1915, relating to firearms and ammunition, by adding thereto two new sections to be known as sections 2202B and 2202C", begs leave to report as follows:

The purpose of this amendment is to have the sheriff or deputy sheriff of the county or City and County issue a permit to any one desiring to purchase firearms or ammunition, said permit to be presented to the vendor of said article and to be endorsed on the back thereof by said vendor describing the article so purchased, said permit to be immediately transmitted to the officer issuing the same.

As this will enable the police authorities to have a better supervision and check over the sale of firearms, your Committee would recommend the passage of this bill.

Respectfully submitted,

J. H. CONEY, Chairman;
S. L. DESHA,
M. C. PACHECO.

Upon motion by Senator Coney, seconded by Senator Desha, the report was adopted. The bill thereupon passed Second Reading.

Senator Coney, for the Committee on Military, presented a report (Stand. Com. Rep. No. 389) recommending the passage of House Bill No. 308, entitled: "An Act to amend Sections 2206 and 2211 of the Revised Laws of Hawaii, as amended, relating to weights and measures". The report was read by the Clerk, as follows: