# LAWS

OF THE

# TERRITORY OF HAWAII

PASSED BY THE

# TWELFTH LEGISLATURE

## REGULAR SESSION 1923.

COMMENCED ON WEDNESDAY, THE TWENTY-FIRST DAY OF FEBRUARY, AND ENDED ON THE SECOND DAY OF MAY.

PUBLISHED BY AUTHORITY

HONOLULU
ADVERTISER PUBLISHING CO., LTD.
1923

**EXHIBIT "D"**

of boundaries, or by decree of a court of competent jurisdiction of the territory".

Section 2. Section 2, 3 and 4 of Act 208 of the Session Laws of 1919, are hereby amended by amending the date "July 1, 1923" wherever it appears in said sections to read "July 1, 1925".

Section 3. This Act shall take effect upon its approval.

Approved this 2nd day of May, A. D. 1923.

W. R. FARRINGTON,
Governor of the Territory of Hawaii.

## ACT 156

[H. B. No. 428.]

AN ACT TO AMEND SECTION 2202B OF THE REVISED LAWS OF HAWAII, 1915, AS AMENDED, CONCERNING THE SALE OR TRANSFER AND THE ACQUISITION OF FIREARMS.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

Section 1. Section 2202B of the Revised Laws of Hawaii, 1915, as enacted by Section 1 of Act 124 of the Session Laws of 1919, and as amended by Section 1 of Act 244 of the Session Laws of 1921, is hereby amended to read as follows:

"Section 2202B. Any person dealing in firearms or pistol or revolver ammunition shall not make an individual or retail sale of any such article unless the person desiring to acquire such article shall have first obtained from the sheriff or deputy sheriff of the county or city and county in which he may be at the time a written permit to acquire such article. The person desiring to acquire such article shall deliver said written permit to the dealer, and if the sale or transfer is affected, the said dealer shall make a written statement, in duplicate, of such sale or transfer, setting forth the name, address and nationality of the person acquiring such article and a full and complete description of such article. The person acquiring such article shall personally sign such statement, in duplicate. One copy of such statement shall, immediately after the delivery of such article be transmitted to the sheriff or deputy sheriff of such county or city and county, and one copy of such statement shall be retained by the said dealer.

No such article shall be delivered to the person desiring to acquire the same on the day in which the transaction for the sale or transfer thereof is made.

Any person who shall violate any provision of this section and any person who shall acquire any of the articles from the aforesaid dealer without having first obtained the permit aforesaid, or without having personally signed the statement of sale or transfer aforesaid, shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than five hundred dollars ($500.00) or by imprisonment for a term of not more than one year, or by both such fine and imprisonment.

Any person furnishing information leading to the conviction of any person violating any provision of this section shall be paid an amount equal to one-half of the fine that may be imposed against the person convicted."

Section 2. This Act shall take effect upon its approval.

Approved this 2nd day of May, A. D. 1923.

W. R. FARRINGTON,
Governor of the Territory of Hawaii.

## ACT 157

[H. B. No. 430.]

AN ACT Repealing Act 215 of the Session Laws of 1919, Making an Appropriation for the Benefit of John Jardin.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

Section 1. Act 215 of the Session Laws of 1919, making an appropriation for the benefit of John Jardin, is hereby repealed.

Section 2. This Act shall take effect on July 1, 1923.

Approved this 2nd day of May, A. D. 1923.

W. R. FARRINGTON,
Governor of the Territory of Hawaii.