PAMELA W. BUNN         6460

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  pam.bunn@dentons.com

Attorneys for *Amicus Curiae*
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>*Plaintiffs*,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and the CITY and COUNTY OF HONOLULU,<br><br>*Defendants*. | Civil No. 19-00578 JMS-RT<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND**<br><br>Trial:   January 12, 2021<br>Judge:  J. Michael Seabright |

## NOTICE OF APPEARANCE OF COUNSEL FOR *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND

PAMELA W. BUNN, with the law firm DENTONS US LLP, hereby gives notice of her appearance as counsel for *Amicus Curiae* EVERYTOWN FOR GUN SAFETY SUPPORT FUND.

DATED: Honolulu, Hawai'i, August 19, 2020.

        */s/ Pamela W. Bunn*
        PAMELA W. BUNN

        Attorneys for Amicus Curiae
        EVERYTOWN FOR GUN SAFETY
        SUPPORT FUND