IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii, and the CITY and COUNTY OF HONOLULU,<br><br>　　　　　Defendants. | Civil No. CV19-00578-JMS-RT<br><br>CERTIFICATE OF COMPLIANCE |

## **CERTIFICATE OF COMPLIANCE**

The undersigned attorneys for Everytown for Gun Safety, hereby certify the foregoing *Motion For Leave To File Brief Of Everytown For Gun Safety As Amicus Curiae* is in compliance with United States District Court Local Rule 7.4(c) and (e). **The Memorandum contains 1,084 words, in Times New Roman 14-point font**.

DATED:  Honolulu, Hawaiʻi, August 19, 2020.

　　　　　　　　　　　　　　　　　　/s/ Pamela W. Bunn
　　　　　　　　　　　　　　　　　　PAMELA W. BUNN

　　　　　　　　　　　　　　　　　　Attorney for Amicus Curiae
　　　　　　　　　　　　　　　　　　EVERYTOWN FOR GUN SAFETY