Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)  Civil Action No. 19-578 (JMS-RT)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)TRIAL: January 12, 2021 9AM<br>)JUDGE: Hon. J. Michael Seabright<br>)HEARING: October 19, 2020 10AM |

1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of

the foregoing document was filed electronically and served through CM/ECF to the

following counsel of record:

CARON M. INAGAKI, ESQ.
KENDALL MOSER, ESQ.
RYAN M. AKAMINE, ESQ.
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:    Caron.M.Inagaki@hawaii.gov
        Ryan.M.Akamine@hawaii.gov
        Kendall.J.Moser@hawaii.gov


Dated: August 20th, 2020


*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
*\*Admitted Pro Hac Vice*

Attorneys for Plaintiffs