Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 19-578 (JMS-RT) ) |
| | ) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) ) ) ) |
| Defendants. | ) TRIAL: January 12, 2021 9AM ) JUDGE: Hon. J. Michael Seabright ) HEARING: October 19, 2020 10AM |

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

    CARON M. INAGAKI, ESQ.
    KENDALL MOSER, ESQ.
    RYAN M. AKAMINE, ESQ.
    Deputy Attorneys General
    Department of the Attorney
      General, State of Hawaii
    425 Queen Street
    Honolulu, HI 96813
    Email:    Caron.M.Inagaki@hawaii.gov
                 Ryan.M.Akamine@hawaii.gov
                 Kendall.J.Moser@hawaii.gov

Dated: August 21st, 2020

                */s/ Alan Alexander Beck*
                Alan Alexander Beck

                */s/ Stephen D. Stamboulieh*
                Stephen D. Stamboulieh
                *Admitted Pro Hac Vice*

                Attorneys for Plaintiffs