ACT 178                          H.B. NO. 2332-84

A Bill for an Act Relating to Place to Keep Firearms.

*Be It Enacted by the Legislature of the State of Hawaii:*

SECTION 1. Section 134-6, Hawaii Revised Statutes, is amended to read as follows:

"**§134-6 Place to keep firearms; loaded firearms, when prohibited.** Except as provided in sections 134-5 and 134-9, the possession of all firearms and ammunition shall be confined to the possessor's place of business, residence, or sojourn, but it shall be lawful to carry <u>unloaded</u> firearms or ammunition, or both, in [a wrapper or other suitable container] <u>an enclosed container</u> from the place of purchase to the purchaser's [home,] <u>residence,</u> place of business, or place of sojourn, or between these places upon change of place of business, [abode, or] sojourn, <u>or residence,</u> or between these places and a place of repair or a target range. <u>"Enclosed container" means a rigidly constructed receptacle or a commercially manufactured gun case or the equivalent thereof, that completely encloses the firearm.</u>

It shall be unlawful for any person to <u>carry on his person, or to</u> have in his possession, or to carry <u>in a vehicle</u> on any public highway any firearm loaded with ammunition; provided that the provisions of this paragraph shall not apply to any person who has in his possession or carries a pistol or revolver and ammunition therefor in accordance with a license or permit issued, as provided in [section] <u>sections</u> 134-9 <u>and 134-5.</u>

[Any person who violates any provision of this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.] <u>Any person violating the provisions of this section by carrying or possessing a loaded firearm, or by carrying or possessing a pistol or revolver, loaded or unloaded, without a permit issued as provided in section 134-9, shall be guilty of a class C felony.</u>

<u>Any person violating this section by carrying or possessing an unloaded firearm, other than a pistol or revolver, shall be guilty of a misdemeanor.</u>"

SECTION 2. Statutory material to be repealed is bracketed. New material is underscored.

SECTION 3. This Act shall take effect upon its approval.

(Approved May 26, 1984.)

338                    Exhibit "4"