Your Committee on Judiciary is in accord with the intent and purpose of H.B. No. 2373 and recommends that it pass Second Reading and be placed on the calendar for Third Reading.

Signed by all members of the Committee except Representatives Peters, Takamine, Yoshimura and Jones.

**SCRep. 464-88        Judiciary on H.B. No. 2396**

The purpose of this bill is to delete the requirement that a minor obtain a permit from the appropriate county chief of police to carry a rifle or shotgun in order to engage in hunting. This bill further permits persons to transport firearms to firearm training or instruction, organized firearm exhibits, and local police stations.

Your Committee has received testimony indicating that requiring minors to obtain permits to carry guns in order to hunt is unnecessary, as the sport of hunting is not limited to the use of guns. Your Committee has further received testimony indicating that the current law governing transportation of firearms creates a trap for the unwary citizen engaged in an otherwise legal activity.

Your Committee finds that strict interpretation of the existing law makes it illegal for firearms to be transported to hunter safety classes or firearm instruction classes, both of which promote the safe use of firearms. Moreover, transportation of firearms to the police station as required in order to register them is likewise illegal. Hence, the latter part of this bill makes it legal to transport guns for purposes of instruction and registration, both of which are socially desirable.

Your Committee on Judiciary is in accord with the intent and purpose of H.B. No. 2396 and recommends that it pass Second Reading and be placed on the calendar for Third Reading.

Signed by all members of the Committee except Representatives Yoshimura and Jones.

**SCRep. 465-88        Judiciary on H.B. No. 2430**

The purpose of this bill is to broaden the definition of "fugitives from justice" to include fugitives from justice of countries other than the United States for purposes of regulating the ownership or possession of firearms, ammunition, or dangerous weapons.

Your Committee has received favorable testimony indicating that under the current law, it is lawful for a fugitive from justice of another country to possess firearms in the State of Hawaii. This measure will enable law enforcement agencies to end this unacceptable situation.

Your Committee on Judiciary is in accord with the intent and purpose of H.B. No. 2430 and recommends that it pass Second Reading and be placed on the calendar for Third Reading.

Signed by all members of the Committee except Representative Yoshimura and Jones.

**SCRep. 466-88        Judiciary on H.B. No. 2437**

The purpose of this bill is to require the Legislative Reference Bureau to furnish to the Legislature at least once a year, not later than twenty days before the beginning of each regular session, a list of the most recent Attorney General opinions. Current law requires that such list be provided not less than four times a year. This bill also makes references to the Attorney General gender neutral.

Your Committee has received testimony from the Legislative Reference Bureau indicating that the number of Attorney General opinions fluctuates from year to year, and that sometimes the small number of opinions does not warrant provision of a list of opinions as often as presently required.

Your Committee has made a non-substantive amendment to this bill to correct a technical drafting error.

Your Committee on Judiciary is in accord with the intent and purpose of H.B. No. 2437, as amended herein, and recommends that it pass Second Reading in the form attached hereto as H.B. No. 2437, H.D. 1, and be placed on the calendar for Third Reading.

Signed by all members of the Committee except Representatives Peters, Takamine, Yoshimura and Jones.

**SCRep. 467-88        Judiciary on H.B. No. 3635**

The purpose of this bill is to add to the Penal Code a definition of "falsely endorse" in relation to a written instrument, meaning to endorse without the authority of the maker or drawer of a written instrument, and to include false endorsing within the offenses of forgery.

Your Committee finds that currently, if a stolen check is cashed, the person who cashes the check must falsely endorse it. However, current law does not include false endorsements as a method of forging a written instrument. Therefore, the offense must be pursued as a theft and the penalties therefore depend on the amount stolen. This bill will provide higher