# STATE OF HAWAI'I PERMIT TO ACQUIRE FIREARMS APPLICATION

**Permit Application Number:** ______________

☐ Long Gun Permit to Acquire ☐ Pistol/Revolver Permit to Acquire ☐ Imported Firearm(s) ☐ Use Only Permit

Name: ______________________________
LAST FIRST MIDDLE

Alias/Nickname/Maiden name(List ALL): ______________________________

Social Security Number: ______________ Height: ______ Weight: ______ Eyes: ______ Hair: ______

Sex: ________ Date of Birth: ____________ Place of Birth (City, State): ______________

U.S. Citizen: ☐ YES ☐ NO If NO, Country of Citizenship: ______________

Alien or I-94 Admission number: ______________

Residence Address: ______________________________
STREET CITY STATE ZIP

Hawai'i Address: ______________________________ Address Type: ☐ Residence ☐ Business ☐ Sojourn

Email Address: ______________________ (optional)

Phone (Home/Cell/Other): ______________ Phone (Business): ______________

Occupation: ____________ Employer: ____________ Bus. Address: ____________

If firearms are imported, city and state imported from: ______________ Date firearms or applicant arrived in Hawaii (whichever is latest): ______________

☐ Permit for motion picture films or television program production ONLY [HRS §134-2.5(b)]

Applicant name or officer of firm/corporation ______ Business name ______ Type of business engaged ______

Business Address ______ Phone ______

Full description of the use of firearms or explosives ______

Name of person(s) using props ______

***An application for a permit to acquire firearms shall require the fingerprinting and photographing of the applicant by the police department of the county of registration; provided that where fingerprints and photograph are already on file with the department, these may be waived. [HRS §134-2(b)]***

**CONTINUE TO FIREARM APPLICATION QUESTIONNAIRE**

Exhibit "6"

# FIREARM APPLICATION QUESTIONNAIRE

**Please answer the questions below by WRITING YOUR INITIALS on the line under "yes" or "no."** **YES** **NO**

1. Are you a fugitive from justice? [HRS §134-7(a) and 18 U.S.C. §922(g)(2)] ___ ___

2. Are you under indictment or information, or have waived indictment, or bound over to the circuit court, in this State or elsewhere, for a crime punishable by imprisonment for a term exceeding one year? [HRS § 134-7(b) and 18 U.S.C. §922(n)] ___ ___

3. Have you been convicted, in this State or elsewhere, of a crime punishable by imprisonment for a term exceeding one year? [HRS §134-7(b) and 18 U.S.C. §922(g)(1)] ___ ___

4. Are you under indictment or information, or have waived indictment, or bound over to the circuit court, in this State or elsewhere, for any crime of violence or for the illegal sale of any drug? [HRS §134-7(b)] ___ ___

5. Have you been convicted, in this State or elsewhere, for any crime of violence or for the illegal sale of any drug? [HRS §134-7(b)] ___ ___

6. Are you or have you been under treatment or counseling for addiction to, abuse of, or dependence upon any dangerous, harmful, or detrimental drug, intoxicating compound, or intoxicating liquor, or controlled substance? [HRS §134-7(c)(1)] ___ ___

   If yes, Include name of treating physician: ______________________

7. Are you an unlawful user of or addicted to any controlled substance? [18 U.S.C. §922(g)(3)] ___ ___

   If yes, Include name of treating physician: ______________________

8. Are you authorized to utilize marijuana for medical purposes? [18 U.S.C. §922(g)(3)] ___ ___

   If yes, please provide expiration date of authorization: ______________________

   and the state which issued authorization: ______________________

9. Have you been acquitted of a crime on the grounds of mental disease, disorder, or defect? [HRS §134-7(c)(2)] ___ ___

   If yes, Include name of treating physician: ______________________

10. Have you been adjudicated as a mental defective or have been committed to any mental institution? [18 U.S.C. §922(g)(4)] ___ ___

    If yes, Include name of treating physician: ______________________

11. Have you been diagnosed as having a behavioral, emotional, or mental disorder(s)? [HRS §134-7(c)(3)] ___ ___

    If yes, Include name of treating physician: ______________________

12. Are you or have you been under treatment for organic brain syndrome(s)? [HRS §134-7(c)(3)] ___ ___

    If yes, Include name of treating physician: ______________________



Please answer the questions below by **WRITING YOUR INITIALS** on the line under "yes" or "no."

| | | YES | NO |
|---|---|---|---|
| 13. | Are you an illegal alien or unlawfully in the United States? [18 U.S.C. §922(g)(5)(A)] | ___ | ___ |
| 14. | Have you been admitted to the United States under a nonimmigrant visa? [18 U.S.C. §922(g)(5)(B)] | ___ | ___ |
| 15. | Are you less than 25 years old and have been adjudicated by the family court to have committed a felony, two or more crimes of violence, or an illegal sale of any drug? [HRS §134-7(d)] | ___ | ___ |
| 16. | Have you been discharged from the Armed Forces under dishonorable conditions? [18 U.S.C. §922(g)(6)] | ___ | ___ |
| 17. | Have you renounced your United States citizenship? [18 U.S.C. §922(g)(7)] | ___ | ___ |
| 18. | Are you restrained pursuant to an order of any court, including ex parte order, from contacting, threatening, or physically abusing (to also include harassing and stalking) any person? [HRS §134-7(f) and 18 U.S.C. §922(g)(8)(A-B)] | ___ | ___ |
| 19. | Have you been convicted of a misdemeanor crime of domestic violence? [18 U.S.C. §922(g)(9)] | ___ | ___ |

20. EXPLANATION FOR ANY 'YES' ANSWERS:

| |
|---|
| |
| |
| |
| |
| |
| |
| |

HRS §134-17 Penalties. (a) If any person gives false information or offers false evidence of the person's identity in complying with any of the requirements of this part, that person shall be guilty of a misdemeanor, provided, however that if any person intentionally gives false information or offers false evidence concerning their psychiatric or criminal history in complying with any of the requirements of this part, that person shall be guilty of a class C felony.

****** Do NOT sign until instructed to do so. ******

*I declare under penalty of law that the forgoing is true and correct.*

______________________________ SIGNATURE OF APPLICANT

______________________________ DATE

______________________________ SIGNATURE OF ISSUING AUTHORITY

______________________________ BADGE/ID NO.

______________________________ COUNTY OF ISSUING AUTHORITY

Revised 10/2017

G 267551

# APPLICATION FOR PERMIT TO ACQUIRE FIREARMS

Sections 134-2 and 134-3, Hawaii Revised Statutes

Applicant ______________________________________________
LAST FIRST MIDDLE

Alias(es)/nickname(s)/maiden name ______________________

Residence address/sojourn ______________________ Phone ______

Occupation __________ Name of business __________ Phone ______

Rank/grade (military) __________ Business address __________

Place of birth __________ Racial extraction __________ U.S. citizen YES ☐ NO ☐

U.S. passport/naturalization No. __________ Social Security No. __________

Date of birth ______ Height ______ Weight ______ Hair ______ Eyes ______ Sex ____

Acquired from: Name ______________________ Phone ______

Address ______________________ Deceased YES ☐ NO ☐

Request permit to acquire the following described handgun(s):

| Caliber | Make | Model | Type | Barrel length | Serial No. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

As a condition to obtaining a permit to acquire firearm(s), I hereby grant to the Chief of Police of this County access to my medical records which may have a bearing on my mental health relative to conditions listed in the Firearm Application Questionnaire.

Date __________ Signature of Applicant ______________________

*Office of the Chief of Police, City and County of Honolulu*

## PERMIT TO ACQUIRE FIREARMS

Permission is hereby granted to the above named applicant to acquire the firearm(s) listed in the foregoing application.

Chief of Police, C & C Honolulu

Date: __________ Authorized by: __________

Type of ID used: __________ Investigated by: __________

Person accepting document: ______ Issued by: __________

PHOTO

1st x ☐ 2nd x w/i yr. ______ renewal ______
DATE DATE

Photograph/Fingerprint taken on __________

**THIS PERMIT IS VOID AFTER**

__________

Upon expiration of this permit, please return it to the Firearms Unit of the Honolulu Police Department

RIGHT THUMB PRINT

HPD-131 (R-12/96)

COR

PERMIT NO. ______________
OUT OF STATE YES ☐ NO ☐

# MEDICAL INFORMATION WAIVER

## Chapter 134, Hawaii Revised Statutes

I, ______________________ (PLEASE PRINT NAME), do freely and in compliance with sections 134-2 and 134-7 of the Hawaii Revised Statutes, authorize the Chief of Police in the City and County of Honolulu access to any and all records which have a bearing on my mental health for the strict purpose of determining my qualification to acquire, own, possess, or have under my control, a firearm.

Name of physician/facility: ______________________

______________________ DOCTOR'S ADDRESS ______________________ DOCTOR'S TELEPHONE NO.

______________ DATE ______________________ SIGNATURE OF APPLICANT

______________________ WITNESS ______________ DATE ________ TIME

HPD-89 (R-05/13)



**KAISER PERMANENTE** *HAWAII REGION*

***Authorization for Release of Protected Health Information***

MR #

UC Loc

Name

Sex/BD.

Original: 7/1/98 Revised: 5/8/03 Reviewed:

Date Format: MM / DD / YYYY

1. ***I hereby authorize:***
KAISER PERMANENTE DEPARTMENT OF BEHAVIORAL HEALTH SERVICES
1441 KAPIOLANI BOULEVARD, SUITE 1600
HONOLULU, HAWAII 96814

2. ***Release to:***
A. ☐ Patient or Authorized Representative
B. ☐ Kaiser Permanente Medical Center: 3288 Moanalua Road, Honolulu, Hawaii 96819:
Attention Outpatient Medical Records for: ____________
*Physician • Department • Location*
Upon receipt, forward to requester
C. ■ Physician, receiving person, agency or institution: CITY AND COUNTY OF HONOLULU, HPD
Address: 801 SOUTH BERETANIA STREET
City: HONOLULU State: HI Zip Code: 96813
Attention: FIREARMS SECTION Dept: ____________

3. ***Pertaining to the care of:***
Name: Last ____________ First ____________ M.I. ____
MR #: ____________ and SS# ____________
Also known as: ____________ Birthdate ___/___/___

4. ***For the purpose of:*** DETERMINING AUTHORIZATION FOR ME TO ACQUIRE, OWN, OR POSSESS A FIREARM

5. ***Description of Information:***
Disclosure is authorized for any and all information about medical history, mental and physical condition, including HIV infection, AIDs, or ARC, drug and alcohol use, and other personal information unless otherwise specified.

6. ***Fees:***
A reasonable fee will be charged for duplication of records. An estimate of those charges will be provided upon request prior to duplication.

7. ***Duration of validity:***
This authorization is valid for six (6) months from the date of signing unless revoked in writing by the undersigned prior to six (6) months. The undersigned may revoke this by submitting a letter to Health Information Management Department at 3288 Moanalua Road, Honolulu, Hawaii 96819. I understand that the revocation will not apply to any action taken in reliance on this authorization.

8. ***Re-disclosure:***
The information used and/or disclosed pursuant to the authorization may be subject to re-disclosure by the recipient and no longer be protected by 45 CFR Subtitle A, Subchapter C, Section 164.508.

9. ***Signature:***
I understand that Kaiser Permanente may not condition treatment, payment, enrollment in the health plan, or eligibility for benefits on my execution of this authorization, except when Kaiser Permanente seeks authorization (1) because it is providing research-related treatment; (2) for purposes of determining health plan eligibility, enrollment underwriting, or risk rating, so long as the authorization is not for use or disclosure of HIPAA psychotherapy notes; or (3) because it is providing treatment solely for the purpose of creating protected health information for disclosure to a third party.

Date ___/___/___ Signature ____________ Ph # ____-____
*Patient • Authorized Representative*

If signed by other than patient or parent of minor child, please print name and indicate relationship. Submit documents to show authority to request information on the patient.

Print: ____________ ____________
*Authorized representative's name* *Relationship to patient*

***Please return a copy of this authorization form with your report. Thank You!***

4800 3566 7/03 **White** - OMR/Permits Correspondence **Canary** - Requester Copy

**Office use only:** ID Check: ______ MRN: ______
Source: ______ Released By: ______ Date ______

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I hereby authorize this provider/facility Straub Clinic and Hospital

located at the following address 888 South King Street Honolulu Hawaii 96813

to use or disclose my individually identifiable health information as described below. I understand that this authorization is voluntary and that this facility will not withhold treatment if I refuse to sign this authorization.

Patient Name: X ______ Date of Birth: X ______ SSN: X ______

Other names I may be known by: ______

Address: X ______

Telephone: Work: X ______ Home: X ______ Other: ______

This authorization covers the services provided during the period of ALL DATES TO PRESENT __/__/__ (mm/dd/yy) to __/__/__ (mm/dd/yy)

Requested format: ___ Electronic Mail ___ CD ___ Paper

**I would like to** ☒ **Review** ☐ **Copy** ☐ **Request a release of the following information: (check as many as apply)**

☐ History and Physical Examination (clinic)
☐ History and Physical Report (hospital)
☐ Laboratory tests results
☐ AIDS or HIV infection/HIV Testing
☒ Treatment for alcohol and/or drug abuse
☒ Mental health or psychiatric services (*excluding psychotherapy notes*)
☐ Progress Notes
☐ Discharge Summary
☐ Pathology reports
☐ ER Records
☐ Clinic Visit Notes
☐ X-ray reports results
☐ X-ray Films
☐ Consultation Reports
☐ Surgery reports
☐ Billing Records
☐ Photographs, videotapes, digital or other images
☒ Other (please specify) COMPLETE RECORDS

**Note: Release of Psychotherapy Notes, as defined by HIPAA Regulations, requires a separate authorization**

1. My initials specifically authorize the release of any of the following kinds of information that are or may be in my record **(Note: we will not release your records if they contain any of the following unless initialed by you):**

   ______ AIDS or HIV infection or venereal disease X______ Treatment of alcohol or drug abuse X______ Mental health(including medications)/psychiatric services

2. This information is to be disclosed for the purpose of: ☐ Continuing Health Care ☐ Insurance ☐ Legal Purposes

   ☒ Other (specify): APPLICATION TO ACQUIRE FIREARMS

3. Information to be released or sent to: Fax: ______

   Name: HONOLULU POLICE DEPARTMENT Telephone: 723-3190

   Address: 801 SOUTH BERETANIA STREET City HONOLULU State HI Zip 96813

4. I understand that if the organization authorized to receive the information is not a health plan or health care provider; the released information may no longer be protected by federal privacy regulations.

5. This facility, its employees, officers, and physicians are released from any legal responsibility or liability for releasing the requested information as authorized.

6. My initials indicate I have read and agree to the following:

   a. **Initials:** X____ I understand that this authorization will expire 1 year from the date signed below or upon the following event or condition ______ unless revoked earlier.

   b. **Initials:** X____ I understand that I may revoke this authorization at any time by notifying this facility in writing. I also understand that revoking this authorization will not apply to any information released by this facility before they received the revocation. (See our *Notice of Privacy Practices* for instructions)

   c. **Initials:** X____ I understand that the provider/facility reserves the right to collect reasonable fees for the copies I have requested.

***(Form MUST be completed before signing)***

Signature: X ______ Print Name: X ______ Date: X ______

If signed by someone other than the patient, please describe your authority to act on behalf of the Patient:

______

MAIL OR FAX TO: STRAUB CLINIC AND HOSPITAL, MEDICAL REPORTS DEPARTMENT,
888 So. King St., Honolulu, Hawaii 96813 FAX#: 808/522-3207

**Straub**
CLINIC & HOSPITAL
*An affiliate of Hawaii Pacific Health*

*888 South King Street Honolulu, Hawaii 96813*
*Tel: 808-522-4285 Fax: 808-522-3207*

***Form# 91562*** ***rev date 5/2004***

**Mail/Fax/E-mail consent form with a clear copy of your ID (ex. Driver's License, State ID, or passport)*

**Please allow up to 30 days minimum for completion of your request*

Email: ______

# Authorization for Use or Disclosure of Protected Health Information (PHI)

| Organization Disclosing PHI | Name of Individual/Organization (other than AMHD) Disclosing PHI |
|---|---|
| Name: State of Hawaii<br>Adult Mental Health Division (AMHD)<br>PO Box 3378<br>Honolulu, HI 96801-3378 | Name: ____________ |

**Organization That Will Receive the Individual's PHI**

Honolulu Police Department
801 South Beretania Street
Honolulu, HI 96813

**Client/Patient Whose PHI is Being Requested**

| First Name: | Last name: |
|---|---|
| Address: ____________ | Birth date: |
| | Social Security Number: |

I Authorize that the Following Protected Health Information be Used/Disclosed: **(PLEASE INITIAL)**

_______ Mental Health _______ Substance Abuse Treatment and/or Counseling

The Protected Health Information is Being Used or Disclosed for the Following Purposes (*At the request of the Individual* is an acceptable purpose if the request is made by the individual and the individual does not want to state a specific purpose.):

To determine my qualification to own, possess, or control any firearm or ammunition.

Authorization Duration (This authorization will be in force and effect until the event specified below. At that time, this authorization to use or disclose this protected health information expires).

Expiration of Authorization Event That Relates to the Purpose of the Use or Disclosure:

My disqualification from owning, possessing, or controlling any firearm or ammunition.

I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to the above stated county police department. I understand that a revocation is not effective to the extent that the county police department has relied on the use or disclosure of the protected health information.

I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by federal or state law. However, I understand that information related to education (FERPA, 34 CFR Part 99), alcohol or drug treatment services (42 CFR Part 2) may not be redisclosed without my authorization.

| Signature: | Date: |
|---|---|
| Print Name: | |

AG Firearms Waiver Honolulu 9/2013



PAID

PERMIT NO. ____________

# FIREARMS INFORMATION FORM

☐ Rifle/Shotgun Acquisition ☐ Out-of-State Firearm Acquisition ☐ Return of Firearm from Evidence

Name ____________________
LAST FIRST MIDDLE (MAIDEN NAME)

Address ____________________ Phone ____________

Employer ____________________ SSN ____________

Business address ____________________ Phone ____________

Occupation ____________________ Rank/grade (military) ____________

Date of birth ____________ Sex ______ Place of birth ____________

U.S. passport/naturalization No. ____________ U.S. citizen YES ☐ NO ☐

Racial extraction ________ Height ___'___" Weight _____ Hair _______ Eyes _______

Acquired from: Name ____________________ Phone ____________

Address ____________________ Deceased YES ☐ NO ☐

Brought in from: ____________________
CITY AND STATE (OR CITY AND COUNTRY)

| | Caliber | Make | Model (Hand/Rifle/Shotgun) indicate action | Type | Barrel length | Serial No. |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |

____________ SIGNATURE OF APPLICANT

____________ DATE/TIME

____________ TYPE OF IDENTIFICATION

PHOTO

____________ WITNESS

____________ PERFORMED COMPUTER CHECKS

RIGHT THUMB PRINT

COR

HPD-84 (R-05/13)

C000009



Payment Method: Cash ☐ Credit Card Ref. # ____________

# HONOLULU POLICE DEPARTMENT FIREARMS SECTION

**State and National Criminal History Record Check**
**Consent & Notification**

Department: HONOLULU POLICE DEPARTMENT

Division: RECORDS AND IDENTIFICATION DIVISION

Applicant Type: FIREARM APPLICANT

Name: (Last, First, Middle) ____________

Alias(es): ____________

SSN: ____________ Sex: ________ Race: ____________

Height: ________ Weight: ________ Eye: ________ Hair Color: ________

Place of Birth: ____________ Date of Birth: ____________

Citizenship: ____________

☐ I have not been convicted of a crime.
☐ I have been convicted of the following crime(s):

Describe the crime(s) and the particulars, such as dates, offense, and disposition (attach additional sheets as necessary):

I, the undersigned, hereby authorize the Department/Division listed above to submit a set of my fingerprints to the Hawaii Criminal Justice Data Center (HCJDC) and the Federal Bureau of Investigation (FBI) for the purposes of accessing and reviewing state and national criminal history records that may pertain to me. I understand that my fingerprints will be retained by the HCJDC and the FBI for all purposes and uses authorized for fingerprint submissions, which may include participation in the state and national rap back program.

I understand that I have the right to challenge the accuracy and completeness of the results of my fingerprint-based criminal history record check. Should the Department/Division policy not allow a copy of the results to be given to me, I may obtain a copy of my criminal history record by submitting fingerprints and fees directly to the HCJDC and/or FBI. I understand that the procedures for obtaining a change, correction, or updating of my criminal history record are set forth in Title 28, Code of Federal Regulations, Section 16.34.

I acknowledge that I have read, understand, and agree to the FBI Privacy Act Statement.

Signature: ____________________ Date: ____________

OTN: ____________________

COR