Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br>Plaintiffs, <br><br>v. <br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br>Defendants. | Civil Action No. 19-578 (JMS-RT) <br><br>PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN OPPOSITION; CERTIFICATE OF SERVICE <br>TRIAL: January 12, 2021 9AM <br>JUDGE: Hon. J. Michael Seabright <br>HEARING: October 19, 2020 10AM |

**Plaintiffs' Response to Defendant's Motion for Summary Judgment**

Plaintiffs Todd Yukutake and David Kikukawa, by and through counsel, file this, their Response to Defendant's Motion for Summary Judgment.

Plaintiffs base this Response upon the attached Memorandum in Opposition, the Response to Defendant's Separate Concise Statement of Facts (and incorporate by reference Plaintiffs' previously filed Statement of Facts), and Plaintiffs' Further Concise Statement, the Declaration of Stephen D. Stamboulieh (and annexed exhibits) filed contemporaneously herewith, the record, and oral argument which will be presented by counsel at the hearing.

Dated: September 28, 2020.

                                      */s/ Alan Alexander Beck*
                                      Alan Alexander Beck

                                      */s/ Stephen D. Stamboulieh*
                                      Stephen D. Stamboulieh

                                      Attorneys for Plaintiffs