IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>  Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU,<br><br>  Defendants. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

ALAN ALEXANDER BECK, ESQ.                Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123

STEPHEN D. STAMBOULIEH, ESQ.           stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID KIKUKAWA

DATED: Honolulu, Hawaii, October 5, 2020.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii


        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorney for Defendant
        CLARE E. CONNORS, in her
        Official Capacity as the Attorney
        General of the State of Hawaii