# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00578-JMS-RT |
| CASE NAME: | Todd Yukutake, et al. v. Clare E. Connors |
| ATTYS FOR PLA: | Stephen Stamboulieh<br>Alan Beck |
| ATTYS FOR DEFT: | Kendall Moser |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 10/08/2020 | TIME: | 9:40 - 9:45 a.m. |

COURT ACTION:   EP: MOTION HEARING regarding *Joint Motion to Continue Pretrial and Trial Deadlines* ("Motion") [ECF66] held.

Arguments heard.

Court DENIES Motion, to the extent it seeks suspension of dates and deadlines.

Finding that good cause exists, the Court GRANTS Motion and continues jury trial from 1/12/2021 to 7/13/2021 at 9:00 a.m. before District Judge Seabright. All unexpired deadlines will be adjusted consistent with the new trial date. Any expired deadlines to remain closed.

Mr. Beck to submit proposed order by 10/15/2020 to Trader_Orders@hid.uscourts.gov.

Court sets a Telephone Conference for 1/6/2021 at 9:00 a.m. before Magistrate Judge Trader. Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

1. Dial 1-888-363-4735.
2. Enter Access Code (2070326).

Court VACATES the Settlement Conference set for 10/13/2020 at 10:00 a.m. before Magistrate Judge Trader.

Amended Rule 16 Scheduling Order to issue.

Dates given:

1. Jury trial on July 13, 2021 at 9:00 a.m. before JMS
2. Final Pretrial Conference on June 1, 2021 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 25, 2021
5. File motions to Join/Add Parties/Amend Pleadings by CLOSED
6. File other Non-Dispositive Motions by April 14, 2021
7. File Dispositive Motions by CLOSED
8a. File Motions in Limine by June 22, 2021
8b. File opposition memo to a Motion in Limine by June 29, 2021
11a. Plaintiff's Expert Witness Disclosures by CLOSED
11b. Defendant's Expert Witness Disclosures by CLOSED
12. Discovery deadline May 14, 2021
13. Settlement Conference set for April 12, 2021 at 10:00 a.m. before RT
14. Settlement Conference statements by April 5, 2021
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 29, 2021
21. File Final witness list by June 22, 2021
24. Exchange Exhibit and Demonstrative aids by June 15, 2021
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 22, 2021
26. By June 29, 2021 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by June 22, 2021
28b. File Deposition Counter Designations and Objections by June 29, 2021
29. File Trial Brief by June 29, 2021
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: None

1:19-CV-00578-JMS-RT;
Todd Yukutake, et al. V. Clare E. Connors;
Rule 16 Scheduling Conference Minutes
10/08/2020