LAW OFFICE OF ALAN BECK
ALAN ALEXANDER BECK
Hawaii Bar No. 9145
2692 Harcourt Drive
San Diego, CA  92123
Telephone Number:  (619) 905-9105
E-mail:  Alan.alexander.beck@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | ) | Civil No. 19-00578 JMS-RT |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING IN PART AND |
| | ) | DENYING IN PART JOINT |
| v. | ) | MOTION TO CONTINUE |
| | ) | PRETRIAL AND TRIAL |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) ) ) ) ) | DEADLINES |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART
JOINT MOTION TO CONTINUE PRETRIAL
AND TRIAL DEADLINES**

On August 21, 2020, Plaintiffs Todd Yukutake and David Kikukawa and Defendant Clare E. Connors filed a Joint Motion to Suspend Pretrial and Trial Deadlines ("Joint Motion") .  ECF No. 66.  The parties' request

1

was based on the pending ruling on the parties' cross motions for summary judgment. A telephonic hearing was held on October 8, 2020, at 9:30 a.m., before the Honorable Rom A. Trader, United States Magistrate Judge. Alan A. Beck and Stephen D. Stamboulieh appeared telephonically on behalf of the Plaintiffs, and Kendall J. Moser appeared telephonically on behalf of Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii.

After considering the Joint Motion, applicable law, and oral argument during the hearing, the Court GRANTS IN PART and DENIES IN PART the Joint Motion. The Court DENIES the Motion to the extent it seeks a suspension of the pretrial and trial deadlines in this case pending the district court's ruling on the parties' cross motions for summary judgment. However, the Court finds that good cause exists to GRANT the Motion to continue the jury trial and to continue all unexpired deadlines as set forth in the Court's Amended Rule 16 Scheduling Order (ECF No. 73). Any expired deadlines are to remain closed.

Additionally, the Court VACATES the Settlement Conference set for October 13, 2020 at 10 a.m. and sets a Telephone Conference for January 6, 2021 at 9:00 a.m. before Magistrate Judge Rom A. Trader.

IT IS SO ORDERED:

Dated: Honolulu, Hawaii, October 14, 2020.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

_____
Civ. No. 19-00578 JMS-RT; *Yukutake, et al. v. Connors, et al.*; Order Granting in Part and Denying in Part Joint Motion to Continue Pretrial and Trial Deadlines