Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action No. 19-578 (JMS-RT) ) |
| | ) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | ) ) ) |
| Defendant. | )TRIAL: to be stayed )JUDGE: Hon. J. Michael Seabright |
| _____ | )HEARING: n/a |

## CERTIFICATE OF SERVICE

1

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

CARON M. INAGAKI, ESQ.
KENDALL MOSER, ESQ.
RYAN M. AKAMINE, ESQ.
Deputy Attorneys General
Department of the Attorney
    General, State of Hawaii
425 Queen Street
Honolulu, HI 96813
Email:      Caron.M.Inagaki@hawaii.gov
                Ryan.M.Akamine@hawaii.gov
                Kendall.J.Moser@hawaii.gov


Dated: October 30, 2020


/s/ Alan Alexander Beck
Alan Alexander Beck

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
*Admitted Pro Hac Vice

Attorneys for Plaintiffs