# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cv-00578-JMS-RT |
| CASE NAME: | Todd Yukutake, et al. v. Clare E. Connors |
| ATTY FOR PLA: | Alan A. Beck |
| ATTY FOR DEFT: | Kendall J. Moser |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 04/06/2021 | TIME: | 11:00 am - 11:15 am |

COURT ACTION:   EP: Status conference conducted by telephone conference held.

Discussion held.

Plaintiffs to file their motion for summary judgment briefing by 05/07/2021. At that time, the court will set a hearing date. Given the current public health crisis, the court will notify the parties in due course whether the hearing will be held in court, by video conference, by telephone conference, or whether the matter will be submitted without a hearing under Local Rule 7.1(c). If all parties jointly desire one of those particular options, they may submit a letter request to Seabright_orders@hid.uscourts.gov.

Parties were directed to contact Magistrate Judge Trader to reset other dates and deadlines.

Submitted by: Renee L.F. Honda, Courtroom Manager