Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU <br><br> Defendants. | Civil Action No. 19-578 (JMS-RT) <br><br> PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE <br><br> TRIAL: Not Scheduled <br> JUDGE: Hon. J. Michael Seabright <br> HEARING DATE: N/A |

**Plaintiffs' Motion for Summary Judgment**

Plaintiffs Todd Yukutake and David Kikukawa, by and through counsel, move this Court for an order granting summary judgment in their favor on all counts as contained in Plaintiffs' Verified Amended Complaint against Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii.

Plaintiffs bring this Motion under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.  Plaintiffs base this Motion upon the attached Memorandum in Support of Motion, the Separate Concise Statement of Facts filed contemporaneously herewith (and its attached exhibits), the record, and oral argument presented by counsel at the hearing.

Plaintiffs file this Motion pursuant to the Court's Order, dated April 6, 2021 [Docket No. 83].

Dated: April 28, 2021.

                                         */s/ Alan Alexander Beck*
                                         Alan Alexander Beck

                                         */s/ Stephen D. Stamboulieh*
                                         Stephen D. Stamboulieh

                                         Attorneys for Plaintiffs