Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiffs,<br><br>v.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU<br><br>Defendants.<br>_____ | Civil Action No. 19-578 (JMS-RT)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br>TRIAL: Not Scheduled<br>JUDGE: Hon. J. Michael Seabright<br>HEARING DATE: N/A |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

    CARON M. INAGAKI, ESQ.
    KENDALL MOSER, ESQ.
    RYAN M. AKAMINE, ESQ.
    Deputy Attorneys General
    Department of the Attorney
      General, State of Hawaii
    425 Queen Street
    Honolulu, HI  96813
    Email:    Caron.M.Inagaki@hawaii.gov
                Ryan.M.Akamine@hawaii.gov
                Kendall.J.Moser@hawaii.gov

Dated: April 28th, 2021

        */s/ Alan Alexander Beck*
        Alan Alexander Beck

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        **Admitted Pro Hac Vice*

        Attorneys for Plaintiffs