Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-578 (JMS-RT)<br>)<br>) |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and the CITY and COUNTY OF HONOLULU | ) DECLARATION OF COUNSEL<br>)<br>)<br>)<br>) |
| | ) TRIAL: Not Scheduled<br>) JUDGE: Hon. J. Michael Seabright<br>) HEARING DATE: N/A |
| Defendants.<br>_____ | )<br>) |

### **DECLARATION OF STEPHEN D. STAMBOULIEH**

I, Stephen D. Stamboulieh, declare as follows:

1. I am an attorney with the law firm of Stamboulieh Law, PLLC, counsel for Plaintiffs in the above-captioned action. I am admitted *pro hac vice* in this matter.

2. I am authorized and competent to testify to the matters contained in this declaration, and unless otherwise indicated, I make this declaration based upon personal knowledge.

3. I am an attorney licensed to practice in all state and federal courts in Mississippi; the Northern District of Texas; Southern District of Texas; Washington, D.C. District Court; Second, Third, Fourth, Fifth, Sixth, Ninth, Federal & District of Columbia Circuit Courts of Appeals; United States Court of Federal Claims; Northern District of New York; and the United States Supreme Court. I am a member in good standing of all the aforementioned courts.

4. Attached hereto as Exhibit "A" is a true and accurate copy of selected portions of Defendant's Responses to Plaintiffs' Interrogatories.

5. Attached hereto as Exhibit "B" is a true and accurate copy of Firearms Registrations in Hawaii, 2020.

6. Attached hereto as Exhibit "C" is a true and accurate copy of Firearms Registrations in Hawaii, 2019.

7. Attached hereto as Exhibit "D" is a true and accurate copy of Firearms Registrations in Hawaii, 2018.

8. Attached hereto as Exhibit "E" is a true and accurate copy of Firearms Registrations in Hawaii, 2017.

9. Attached hereto as Exhibit "F" is a true and accurate copy of permit to acquire firearms in the State of Hawaii and the County of Honolulu.

10. Attached hereto as Exhibit "H" is a true and accurate copy of selected portions of Defendant's Responses to Plaintiffs' Request for Production of Documents.

11. Attached hereto as Exhibit "G" is a true and accurate copy of selected portions of SB2954.

12. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 28, 2021.

                Respectfully submitted,

                *Counsel for Plaintiffs*

                */s/ Stephen D. Stamboulieh*
                Stephen D. Stamboulieh
                Stamboulieh Law, PLLC
                *Admitted Pro Hac Vice