# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00578-JMS-RT |
| CASE NAME: | Todd Yukutake, et al. v. Clare E. Connors |
| ATTYS FOR PLA: | Alan Beck |
| ATTYS FOR DEFT: | Kendall Moser |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 05/20/2021 | TIME: | 9:00 - 9:05 a.m. |

COURT ACTION: EP: TELEPHONE CONFERENCE held.

Discussion had. In light of Plaintiffs' ECF [85] Motion for Summary Judgment set for hearing before Chief District Judge Seabright on 6/28/2021, the parties jointly request continuance of trial.

Based upon the agreement of the parties and the Court's finding of good cause, Jury Trial is **CONTINUED** from 7/13/2021 to **2/23/2022** at 8:30 a.m. before Chief District Judge Seabright. All unexpired deadlines to be adjusted consistent with the new trial date. Except for the discovery deadline, all other expired deadlines to remain closed.

Second Amended Rule 16 Order to issue.

Dates given:

1. Jury trial on **February 23, 2022** at **8:30 a.m.** before JMS
2. Final Pretrial Conference on January 11, 2022 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 4, 2022
5. File motions to Join/Add Parties/Amend Pleadings **CLOSED**
6. File other Non-Dispositive Motions by **CLOSED**
7. File Dispositive Motions by **CLOSED**
8a. File Motions in Limine by February 1, 2022
8b. File opposition memo to a Motion in Limine by February 8, 2022
11a. Plaintiff's Expert Witness Disclosures **CLOSED**
11b. Defendant's Expert Witness Disclosures **CLOSED**
12. Discovery deadline **December 27, 2021**

13. Settlement Conference set for December 2, 2021 at 10:00 a.m. before RT
14. Settlement Conference statements by November 26, 2021
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by February 8, 2022
21. File Final witness list by February 1, 2022
24. Exchange Exhibit and Demonstrative aids by January 25, 2022
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 1, 2022
26. By February 8, 2022 the parties shall file any objections to the admissibility of exhibits.  Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by February 1, 2022
28b. File Deposition Counter Designations and Objections by February 8, 2022
29. File Trial Brief by February 8, 2022
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: None


*Submitted by: Lian Abernathy, Courtroom Manager*


1:19-CV-00578-JMS-RT;
Todd Yukutake, et al. v. Clare E. Connors;
Rule 16 Scheduling Conference Minutes
05/20/2021