CLARE E. CONNORS 7936
Attorney General of Hawaii

CARON M. INAGAKI 3835
KENDALL J. MOSER 6515
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron M. Inagaki@hawaii.gov
Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S (1) COUNTER MOTION FOR SUMMARY JUDGMENT, AND (2) MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>ECF No. 85 |

Hearing
Date: June 28, 2021
Time: 10:00 a.m.
Chief Judge J. Michael Seabright

Trial Date: February 23, 2022

DEFENDANT CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII'S (1) COUNTER MOTION FOR SUMMARY JUDGMENT, AND (2) OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii ("Defendant"), by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby (1) counter moves this Court for an order granting summary judgment in her favor as to all of Plaintiffs' claims asserted against her in the First Amended Verified Complaint for Declaratory and Injunctive Relief, and (2) submits her opposition to Plaintiffs' Motion for Summary Judgment [ECF No. 85].

This counter motion and opposition is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rule 7.7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

This counter motion is made following the status conference with the Court held on April 6, 2021. A conference of counsel pursuant to Local Rule 7.8 was held previously.

DATED: Honolulu, Hawaii, May 28, 2021.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General
State of Hawaii

/s/ Caron M. Inagaki
CARON M. INAGAKI
Deputy Attorney General

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii