IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　　　Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

  ALAN ALEXANDER BECK, ESQ.  Alan.alexander.beck@gmail.com
  Law Office of Alan Beck
  2692 Harcourt Drive
  San Diego, CA 92123

  STEPHEN D. STAMBOULIEH, ESQ.  stephen@sdslaw.us
  Stamboulieh Law, PLLC
  P.O. Box 428
  Olive Branch, MS 38654

  Attorneys for Plaintiffs
  TODD YUKUTAKE and DAVID KIKUKAWA

DATED: Honolulu, Hawaii, May 28, 2021.

                STATE OF HAWAII

                CLARE E. CONNORS
                Attorney General
                State of Hawaii

                /s/ Kendall J. Moser
                KENDALL J. MOSER
                Deputy Attorney General

                Attorney for Defendant
                CLARE E. CONNORS, in her
                Official Capacity as the Attorney
                General of the State of Hawaii