# SENATE JOURNAL

## FOURTEENTH LEGISLATURE

OF THE

TERRITORY OF HAWAII

**REGULAR SESSION 1927**

HONOLULU:
THE NEW FREEDOM PRESS
1927

**EXHIBIT "F"**

Back row—L. M. Judd, R. Hind, H. C. Mosman, C. F. Chillingworth, W. H. Heen, H. W. Rice, H. Aki, W. H. McInerny, A. F. Tavares.
Front row—C. A. Rice, E. A. K. Akina, R. W. Shingle, J. W. Russell, S. L. Desha, F. E. I. Brown

SENATE JOURNAL 1023

Upon motion by Senator Judd, seconded by Senator Mossman, the Bill passed First Reading by title, and was advanced one day on the calendar for Second Reading.

Senator Tavares moved for a reconsideration of the action taken by the Senate in deferring action on Governor's Message No. 25, vetoing Senate Bill No. 178. Seconded by Senator Mossman and carried.

Senator C. A. Rice moved that the Bill pass Final Reading, notwithstanding the veto of the Governor. Seconded by Senator Russell, and carried, and Senate Bill No. 178 passed Final Reading on the following showing of Ayes and Noes:

Ayes: Senators Aki, Akina, Brown, Chillingworth, Desha, Heen, Hind, McInerny, Mossman, C. A. Rice, H. W. Rice Russell, Tavares and Mr. President. Total, 14.

Noes: Senator Judd. Total, 1.

Senator Russell, for the Committee on Judiciary, presented a report (Stand. Com. Rep. No. 384) recommending the passage, with certain amendments, of House Bill No. 322, which was read by the Clerk, as follows:

Honolulu, T. H., April 21, 1927.

Hon. Robert W. Shingle,
President of the Senate.

Sir: Your Commttee on Judiciary to which was referred House Bill No. 822, entitled: "An Act regulating the sale, transfer, and possession of certain firearms and ammunitions, and amending Sections 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2146 and 2147 of the Revised Laws of Hawaii, 1925," begs leave to report as follows: The Bill would accomplish two purposes:

1. It would enact for Hawaii the substance of the Uniform Firearms Act as recommended by the National Commission upon Uniform State Laws, which Act was adopted at its July 1926 conference, but subject to certain modifications applicable to conditions existing in this Territory;

2. It seeks to make effective the existing firearms statutes found in Chapter 128 of the Revised Laws of Hawaii 1925, those statutes having heretofore been of no practicable benefit to the people of this Territory because of inconsistencies and ambiguities.

Your Committee has given this Bill very careful consideration. We believe that the same is desirable and necessary and we, therefore, recommend the passage of the same with the following amendments:

1. In Section 7, delete the lines 7 and 10 inclusive and substitute in lieu thereof the following:

"carry a pistol or revolver concealed upon his person or to carry one elsewhere than in his home or office, said license being issued by the authorities of any state or political subdivision of the United States, issue a license to such person to carry a pistol or revolver within this Territory elsewhere than in his home or office"

2. Delete the last sentence of Section 8.

3. Delete the last two lines of Section 27 and substitute in lieu thereof the following:

1024                    SENATE JOURNAL

"under Section 6 of the Small Arms Act, are excepted from the provisions of Section 5 of that Act."

4. Delete Section 29 and substitute in lieu thereof, the following:

"SECTION 29. Short title. The first seventeen sections of this Act are herein referred to as the 'Small Arms Act', by which designation, such sections may be cited."

Respectfully submitted,

J. W. RUSSELL, Chairman
HENRY C. MOSSMAN
A. F. TAVARES
WM. H. HEEN
CHAS. F. CHILLINGWORTH

Upon motion by Senator Russell, seconded by Senator Tavares, the report of the Committee was adopted. House Bill No. 322, as amended, passed Second Reading, and was advanced one day on the calendar for Third Reading.

A communication from the House (H. Com. No. 411) informing the Senate that the House had, upon reconsideration, passed Senate Bill No. 178 on Final Reading, the veto of the Governor to the contrary notwithstanding, was read by the Clerk, as follows:

Honolulu, T. H., April 21, 1927.

To the Honorable President and
    Members of the Senate of the
        Territory of Hawaii.

Gentlemen: I have the honor to inform your Honorable Body that upon reconsideration of Senate Bill No. 178, the House this day passed the same on Final Reading, the veto of the Governor to the contrary notwithstanding.

Very respectfully,

JOSEPH ORDENSTEIN
Clerk, House of Representatives.

The communication was received and placed on file.

A communication from the House (H. Com. No. 412) informing the Senate that the amendment proposed by the Senate to House Bill No. 273 had been agreed to by the House of Representatives, was read by the Clerk, as follows:

Honolulu, T. H., April 21, 1927.

To the Honorable President and
    Members of the Senate of the
        Territory of Hawaii.

Gentlemen: I have the honor to inform your Honorable Body