# JOURNAL

*of the*

# House of Representatives

*of the*

# Seventeenth Legislature

*of the*

# Territory of Hawaii

---

*Special Session 1933*

---

COMMENCED ON MONDAY, THE THIRTIETH
DAY OF OCTOBER, AND ENDED ON
THURSDAY, THE ELEVENTH
DAY OF JANUARY

*Printed by*
KUMALAE PUBLISHING COMPANY
*Honolulu, Hawaii*

**EXHIBIT "H"**

HOUSE JOURNAL 427

port of the majority of the Committee was adopted. Senate Bill No. 31 passed Second Reading, and was placed on the order of the day for Thursday, January 4, 1934, for Third Reading.

Mr. Beebe, for the Committee on Judiciary, reported on House Bill No. 70, recommending its passage with certain amendments (Stand. Com. Rep. No. 89), as follows:

Honolulu, T. H., December 20, 1933.

Honorable Herbert N. Ahuna,
    Speaker, House of Representatives.

Sir:

Your Committee on Judiciary, to which was referred House Bill No. 70, entitled "An Act regulating the sale, transfer and possession of firearms and ammunition, and repealing Sections 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2144, 2145, 2146 and 2147, Revised Laws of Hawaii 1925, Act 206, Session Laws of Hawaii 1927, and Act 120, Session Laws of Hawaii 1933", begs leave to report as follows:

The purpose of the Bill is to give the law enforcing agencies of the Territory a better means of controlling the sale, transfer and possession of firearms and ammunition. It provides for the registration of all firearms now possessed by persons living in the Territory, prohibits the subsequent acquisition of firearms other than shotguns by non-citizens and provides an effective method of registration, etc.

Your Committee recommends passage of the Bill, subject to the following amendments:

1. Section 3, line 9 of the printed Bill, insert after the word "county", the following: "other than the City and County of Honolulu";

2. Section 3, line 24 of the printed Bill, insert after the word "counties", the following: "other than the City and County of Honolulu";

3. Section 3, line 28 of the printed Bill, after the word "counties", insert the following: "other than the City and County of Honolulu";

4. Section 4, line 10 of the printed Bill, after the word "county", insert the following: "other than the City and County of Honolulu";

5. Section 4, line 14, after the word "county", insert the following: "other than the City and County of Honolulu";

6. Section 4, line 18 of the printed Bill, after the sen-

428 HOUSE JOURNAL

tence ending with the words "foreign nations", insert the following: "permits to acquire ammunition for rifles, pistols and revolvers acquired prior to the effective date of this Act and registered in accordance with the provisions hereof, may be granted persons of the age of twenty years or more irrespective of citizenship";

7. Section 4, line 22 of the printed Bill, delete the words "under oath";

8. Section 4, line 46 of the printed Bill, delete the words "forty-eight hours", and insert in lieu thereof "five days";

9. Section 8, line 4, after the word "county", insert the following: "other than the City and County of Honolulu";

10. Section 12, line 4, after the word "county", insert the the following: "other than the City and County of Honolulu".

Respectfully submitted,

E. H. BEEBE, Chairman;
W. H. ENGLE,
GEORGE H. HOLT, Jr.,
THOS. SAKAKIHARA,
O. P. SOARES.

On motion by Mr. Beebe, seconded by Mr. Borthwick, the report of the Committee was adopted. House Bill No. 70, as amended, passed Second Reading, and was placed on the order of the day for Thursday, January 4, 1934, for Third Reading.

Mr. Beebe, for the Committee on Judiciary, reported on Senate Bill No. 60, recommending its passage (Stand. Com. Rep. No. 90), as follows:

Honolulu, T. H., December 20, 1933.

Honorable Herbert N. Ahuna,
    Speaker, House of Representatives.

Sir:

Your Committee on Judiciary, to which was referred Senate Bill No. 60, entitled "An Act to amend Section 3463 of the Revised Laws of Hawaii 1925, as amended, relating to powers of the fire marshall", begs leave to report as follows:

The existing law now provides that the fire marshall "shall have the power to administer oaths and affirmations to any person appearing as a witness, and false swearing shall be prosecuted