# GENERAL ACTS

AND

## JOINT AND CONCURRENT RESOLUTIONS AND MEMORIALS

AND

## PROPOSED CONSTITUTIONAL AMENDMENTS

OF THE

# Forty-fourth General Assembly

OF THE

# STATE OF ARKANSAS

Passed at the Session held at the Capitol, in the City of Little Rock, Arkansas, Commencing on the 8th day of January, 1923, and Ending on the 8th day of March, 1923.

BY AUTHORITY

Democrat Printing & Lithographing Co
Little Rock

**EXHIBIT "Q"**

## ACT 430.

AN ACT to regulate the Ownership of Pistols and Revolvers.

SECTION

1. Unlawful to carry pistol, except it be recorded.
2. License, fee, goes to district school fund.
3. Applies to pistols as acquired in future. Penalty for violation.
4. Conflicting laws repealed, emergency, in force from passage.

*Be It Enacted by the General Assembly of the State of Arkansas:*

*Be It Enacted by the People of the State of Arkansas:*

From and after the passage of this Act, it shall be unlawful for any person to own or have in his custody or possession any pistol or revolver, except as herein provided:

SECTION 1. Any person having in his possession or custody any pistol or revolver, shall within 60 days from the approval of this Act, present such firearm to the county clerk of the county, where he resides, and it shall be the duty of the said county clerk to enter upon a separate record provided for that purpose, the name, age, place of residence, and color of the party, together with the make, calibre and number of said pistol or revolver.

SECTION 2. Any person so registering as provided in section 1 of this Act, shall then make application for

a license or permit, which said application shall be passed upon by a board consisting of the sheriff, county judge and county clerk of said county whose duty it shall be to consider the application and if the applicant be a person of good moral character, whose conduct, past record and occupation is such as to prove to said board that he is a person of good character, then the county clerk shall issue to the applicant a permit, upon a printed form provided for that purpose, and bearing the seal of the county, granting permission to own and possess the pistol or revolver described in the application, for a period of one year from the date thereof, for which permit the applicant shall pay a fee of one ($1.00) dollar which shall go to the common school fund of the district where the applicant resides.

SECTION 3. Any person who shall purchase or acquire possession of any pistol or revolver shall make application and secure a permit to possess same as provided by section 2 of this Act, and any person having in his custody and control any pistol or revolver, and who has not secured the permit as herein provided shall be guilty of a misdemeanor and upon conviction shall be fined in any sum not less than fifty and not more than one hundred dollars, and said fire arm shall be taken by the sheriff, and publicity destroyed.

SECTION 4. All laws and parts of laws in conflict herewith are hereby repealed, and this Act being necessary for the preservation of the public peace, health and safety, an emergency is declared, and this Act takes effect from and after its passage.

Approved March 19, 1923.