# ACTS AND RESOLVES

OF

## MASSACHUSETTS

## 1926

**EXHIBIT "R"**

☞ The General Court, which was chosen November 4, 1924, assembled on Wednesday, the sixth day of January, 1926, for its second annual session.

His Excellency ALVAN T. FULLER and His Honor FRANK G. ALLEN continued to serve as Governor and Lieutenant Governor, respectively, for the political year of 1926.

be credited by the state treasurer to the cities and towns of the metropolitan parks district in the proportions in which they annually pay money into the state treasury to meet one half of the cost of maintenance of boulevards under said section fifty-six, and the other half shall be credited by him to the Highway Fund.        *Approved May 29, 1926.*

---

AN ACT REGULATING THE SALE, RENTAL AND LEASING OF CERTAIN FIREARMS AND PROHIBITING LOANS OF MONEY THEREON.                                           *Chap.*395

*Be it enacted, etc., as follows:*

SECTION 1.   Chapter one hundred and forty of the General Laws, as amended in section one hundred and twenty-three by section four of chapter four hundred and eighty-five of the acts of nineteen hundred and twenty-two and by section one of chapter two hundred and eighty-four of the acts of nineteen hundred and twenty-five, is hereby further amended by striking out said section one hundred and twenty-three and inserting in place thereof the following: —
*Section 123.*   The license shall be expressed to be and shall be subject to the following conditions: First, That the provisions in regard to the nature of the license and the building in which the business may be carried on under it shall be strictly adhered to.   Second, That every licensee shall before delivery of a firearm make or cause to be made a true entry in a sales record book to be furnished by the licensing authorities and to be kept for that purpose, specifying the description of the firearm, the make, number, whether single barrel, magazine, revolver, pin, rim or central fire, whether sold, rented or leased, the date and hour of such delivery, and shall, before delivery as aforesaid, require the purchaser, renter or lessee personally to write in said sales record book his full name, sex, residence and occupation. The said book shall be open at all times to the inspection of the licensing authorities and of the police.   Third, That the license or a copy thereof, certified by the recording officer of the licensing authorities or by the clerk of the town by which it is issued, shall be displayed on the premises in a position where it can easily be read.   Fourth, That no firearms shall be displayed in any outer window of said premises or in any other place where they can readily be seen from the outside. Fifth, That the licensee shall, once a week, send a copy of the record of sales, rentals and leases made by him for the preceding seven days to the licensing authorities and to the commissioner of public safety.   Sixth, That every firearm shall be delivered securely wrapped and fastened and shall be unloaded when delivered.   Seventh, That no delivery of a firearm shall be made on the day of application for the purchase, rental or lease thereof, except to a person having a license to carry a pistol or revolver issued under section one hundred and thirty-one.   Eighth, That no firearm shall be sold, rented or leased to a person who has not a permit,

G. L. 140, § 123, etc., amended.

Conditions of licenses to sell, rent or lease certain firearms.

486                    ACTS, 1926. — CHAP. 395.

Conditions of
licenses to sell,
rent or lease
certain fire-
arms.

then in force, to purchase, rent or lease a pistol or revolver
issued under section one hundred and thirty-one A. Ninth,
That upon a sale, rental or lease of a firearm, the licensee
under section one hundred and twenty-two shall take up
such permit and shall endorse upon it the time and place
of said sale, rental or lease, and shall forthwith transmit the
same to the commissioner of public safety. Tenth, That
the license shall be subject to forfeiture as provided in sec-
tion one hundred and twenty-five for breach of any of its
conditions, and that, if the licensee is convicted of a viola-
tion of any such condition, his license shall thereupon
become void.

G. L. 140, § 128,
etc., amended.

SECTION 2. Section one hundred and twenty-eight of
said chapter one hundred and forty, as amended by section
two of said chapter two hundred and eighty-four, is hereby
further amended by striking out, in the fourth line, the
words "or sixth" and inserting in place thereof the words:
—, sixth, seventh, eighth or ninth, — so as to read as follows:
— *Section 128.* Any licensee under a license described in

Penalty for
violations of
conditions of
licenses by
licensees and
for selling, etc.,
firearms with-
out a license.

section one hundred and twenty-three, and any employee or
agent of such a licensee, who violates any provision of said
section required to be expressed in the second, fourth, sixth,
seventh, eighth or ninth condition of said license, and any
person who, without being licensed as hereinbefore pro-
vided, sells, rents or leases, or exposes for sale, rental or
lease, or has in his possession with intent to sell, rent or lease,
a firearm, shall be punished by imprisonment for not less
than six months nor more than two years.

G. L. 140, two
new sections
after § 131.
Permits to
purchase, rent
or lease certain
firearms, grant-
ing to certain
persons.

SECTION 3. Said chapter one hundred and forty is hereby
further amended by inserting after section one hundred and
thirty-one the two following new sections: — *Section 131 A.*
A licensing authority under the preceding section, upon the
application of a person qualified to be granted a license
thereunder by such authority, may grant to such a person,
other than a minor, a permit to purchase, rent or lease a
pistol or revolver if it appears that such purchase, rental or
lease is for a proper purpose, and may revoke such permit at
will. Such permits shall be issued on forms furnished by the

Forms,
duration, etc.

Copy to com-
missioner of
public safety.
Penalty.

commissioner of public safety, shall be valid for not more
than ten days after issue, and a copy of every such permit
so issued shall within one week thereafter be sent to the
said commissioner. Whoever issues a permit in violation of
this section shall be punished by imprisonment for not less
than six months nor more than two years in a jail or house
of correction.

Loans of
money on
certain firearms
prohibited.

*Section 131 B.* Whoever loans money secured by mortgage,
deposit or pledge of a pistol or revolver shall be punished by
a fine of not more than five hundred dollars or by imprison-
ment for not more than one year, or by both.

*Approved May 29, 1926.*