# EXHIBIT A

PAMELA W. BUNN          6460
DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  pam.bunn@dentons.com

Attorney for *Amicus Curiae*
EVERYTOWN FOR GUN SAFETY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii, and the CITY and COUNTY OF HONOLULU, <br><br> Defendants. | Civil No. CV19-00578-JMS-RT <br><br> **BRIEF OF EVERYTOWN FOR GUN SAFETY AS AMICUS CURIAE;** APPENDIX <br><br> Summary Judgment Motion Hearing: June 28, 2021, at 10:00 a.m. Chief Judge J. Michael Seabright <br><br> Trial Date: February 23, 2022 |

# Table of Contents

I.     INTEREST OF AMICUS CURIAE .................................................................1

II.    INTRODUCTION ......................................................................................2

III.   UNDER *HELLER* AND NINTH CIRCUIT PRECEDENT, GUN
      REGULATIONS WITH A LONGSTANDING HISTORICAL PEDIGREE
      ARE CONSTITUTIONAL ......................................................................3

    A. Laws Are Constitutional at Step One if They Are Themselves Longstanding
       or if They Are Part of a Longstanding Regulatory Tradition..........................5

    B. Early 20th Century Laws Are "Longstanding" .................................7

IV.   THE LONGSTANDING HISTORICAL PEDIGREE OF IN-PERSON I
      NSPECTION REQUIREMENTS ESTABLISHES THE
      CONSTITUTIONALITY OF H.R.S. § 134-3 .............................................10

    A. Laws Imposing Stringent In-Person Gun Inspection Requirements Were
       Widespread in 1791 .......................................................................10

    B. In-Person Inspection and Registration Under Hawai'i Law Sits Firmly
       Within This Longstanding Historical Tradition. ..........................................17

V.     CONCLUSION.......................................................................................19

i

<u>**TABLE OF AUTHORITIES**</u>

**Page(s)**

**Federal Cases**

*Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*,
  910 F.3d 106 (3d Cir. 2018) ...............................................................................2

*District of Columbia v. Heller*,
  554 U.S. 570 (2008)................................................................*passim*

*Drake v. Filko*,
  724 F.3d 426 (3d Cir. 2013) ...............................................................................9

*Fyock v. City of Sunnyvale*,
  779 F.3d 991 (9th Cir. 2015) ....................................................................6, 8, 9

*Gould v. Morgan*,
  907 F.3d 659 (1st Cir. 2018)...............................................................................4

*Heller v. District of Columbia*,
  670 F.3d 1244 (2011).....................................................................................7, 8

*Heller v. District of Columbia*,
  801 F.3d 264 (D.C. Cir. 2015) (Henderson, J., concurring in part
  and dissenting in part)..........................................................................19

*Kachalsky v. County of Westchester*,
  701 F.3d 81 (2d Cir. 2012) ...........................................................................6, 10

*Kolbe v. Hogan*,
  849 F.3d 114 (4th Cir. 2017) (en banc) .............................................................4

*Long v. SEPTA*,
  903 F.3d 312 (3d Cir. 2018) ...............................................................................6

*National Rifle Ass'n v. Bureau of Alcohol, Tobacco, Firearms, and
  Explosives*,
  700 F.3d 185 (5th Cir. 2012) .........................................................................6, 7

*Pena v. Lindley*,
898 F.3d 969 (9th Cir. 2018) (Bybee, J., concurring in part and
dissenting in part)................................................................................8

*Peruta v. County of San Diego*,
824 F.3d 919 (9th Cir. 2016) (en banc) .............................................4

*Rehaif v. United States*,
139 S. Ct. 2191 & 7 (2019) (Alito, J., dissenting)..............................2

*Rupp v. Becerra*,
401 F. Supp. 3d 978 (C.D. Cal. 2019), *appeal docketed*, No. 19-
56004 (9th Cir. Aug. 28, 2019)...........................................................2

*Silvester v. Harris*,
843 F.3d 816 (9th Cir. 2016) ..........................................................4, 8

*Teter v. Connors*,
460 F. Supp. 3d 989 (D. Haw. 2020), *appeal docketed*, No. 20-
15948 (9th Cir. May 19, 2020) ...........................................................2

*United States v. Chovan*,
735 F.3d 1127 (9th Cir. 2013) .........................................................4, 9

*United States v. Class*,
930 F.3d 460 (D.C. Cir. 2019)............................................................5

*United States v. Marzzarella*,
614 F.3d 85 (3d Cir. 2010) ...............................................................16

*United States v. Skoien*,
614 F.3d 638 (7th Cir. 2010) (en banc) ...........................................6, 7

*Young v. Hawaii*,
992 F.3d 765 (9th Cir. 2021) (en banc) ...........................................4, 9

## Federal Statutes

Act of May 8, 1792, ch. 33, § 10, 1 Stat. 271, 273 ...........................12, 16

## Constitutional Provisions

Second Amendment .........................................................................*passim*

**State Statutes**

H.R.S. § 134-3 .................................................................................3, 5, 10

United States Selective Service System, *Military Obligation: The
    American Tradition*, v. 2, pts. 2-14 (1947) ...................................*passim*

**Other Authorities**

A. Winkler, *The Secret History of Guns*, The Atlantic (Sept. 2011).......................16

J. Lindgren & J. Heather, *Counting Guns in Early America*, 43 Wm.
    & Mary L. Rev. 1777, 1871 (2002) ....................................................17

Joseph Blocher & Darrell A.H. Miller, *The Positive Second
    Amendment* 136 (2018) ...........................................................6

Mark Frassetto, *Judging History: How Judicial Discretion in
    Applying Originalist Methodology Affects the Outcome of Post-
    Heller Second Amendment Cases*, 29 Wm. & Mary Bill Rts. J. 413,
    427 (2020) ...........................................................................7

**BRIEF OF EVERYTOWN FOR GUN SAFETY AS AMICUS CURIAE**

## I.   INTEREST OF AMICUS CURIAE

Amicus curiae Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter, "Everytown") is the nation's largest gun-violence-prevention organization, with nearly six million supporters across the country, including thousands in Hawai'i. Everytown was founded in 2014 as the combined efforts of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after the murder of twenty children and six adults in an elementary school in Newtown, Conn. Everytown also includes the Everytown Survivor Network, a nationwide community of survivors working together to end gun violence.

Everytown's mission includes defending gun safety laws through the filing of amicus briefs providing historical context, social science and public policy research, and doctrinal analysis that might otherwise be overlooked. Everytown has filed such briefs in numerous Second Amendment cases, including a prior brief in this case. *See* Dkt. 64, 67; *see also, e.g.*, *Teter v. Connors*, No. 1:19-cv-00183 (D. Haw.), Dkt. 47; *Roberts v. Suzuki*, No. 1:18-cv-00125 (D. Haw.), Dkt. 62-1; *Young v. Hawaii*, No. 12-17808 (9th Cir.); *Silvester v. Harris*, No. 14-16840 (9th Cir.). Several courts, including in this District, have expressly relied on

1

Everytown's amicus briefs in deciding Second Amendment and other gun cases.

*See Teter v. Connors*, 460 F. Supp. 3d 989, 1002-03 (D. Haw. 2020), *appeal docketed*, No. 20-15948 (9th Cir. May 19, 2020); *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 910 F.3d 106, 112 n.8 (3d Cir. 2018); *Rupp v. Becerra*, 401 F. Supp. 3d 978, 991-92 & n.11 (C.D. Cal. 2019), *appeal docketed*, No. 19-56004 (9th Cir. Aug. 28, 2019); *see also Rehaif v. United States*, 139 S. Ct. 2191, 2210-11 nn.4 & 7 (2019) (Alito, J., dissenting).

## II.    INTRODUCTION

Hawai'i protects its citizens from gun violence through permit-to-acquire and registration laws for handguns. Plaintiffs allege that these laws violate the Second Amendment. As the State explains in its brief, however, the permitting scheme and registration laws do not regulate constitutionally-protected conduct and, in any event, survive the applicable standard of scrutiny. *See* Defendant's Counter-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, Dkt. 91-1, at 11-25 ("State Br.").

Everytown submits this amicus brief in support of the State to address two points. First, this brief addresses two preliminary errors in plaintiffs' account of the historical inquiry courts undertake in Second Amendment cases in the wake of *District of Columbia v. Heller*, 554 U.S. 570 (2008). Second, it demonstrates that there is a long history of regulation supporting Hawai'i's in-person inspection

requirement stretching all the way back to the founding era. Militia laws in the earliest days of the United States required members to equip themselves with specific firearms and ammunition and to present their weapons for inspection on a regular basis. In light of these laws, ordinary citizens in the founding era would have considered in-person inspection requirements to be well within the government's powers—and thus, under *Heller*, such requirements fall outside the scope of the Second Amendment. Plaintiffs' challenge to H.R.S. § 134-3 on this basis should therefore fail.

## III. UNDER *HELLER* AND NINTH CIRCUIT PRECEDENT, GUN REGULATIONS WITH A LONGSTANDING HISTORICAL PEDIGREE ARE CONSTITUTIONAL

In *Heller*, the Supreme Court held that the Second Amendment protects an individual right to bear arms. It emphasized, however, that the right "is not unlimited," and that "nothing in [its] opinion should be taken to cast doubt on longstanding prohibitions on the possession of firearms." *Id.* at 626. Those longstanding prohibitions include "laws imposing conditions and qualifications on the commercial sale of arms," which are "presumptively lawful regulatory measures." *Id.* at 626-27 n.26.

In the wake of *Heller*, courts in the Ninth Circuit—and, indeed, in every circuit to have addressed the issue—apply a two-step analysis to Second

3

Amendment claims.[1] The first step is to ask "whether the challenged law burdens conduct protected by the Second Amendment." *Chovan*, 735 F.3d at 1136. Courts examine "whether there is persuasive historical evidence showing that the regulation does not impinge on the Second Amendment right as it was historically understood." *Silvester v. Harris*, 843 F.3d 816, 821 (9th Cir. 2016); *see also Young v. Hawaii*, 992 F.3d 765, 784-85 (9th Cir. 2021) (en banc) (critiquing other circuits for not undertaking a "systematic review of the historical right"). Where such evidence exists, the law should be upheld "'without further analysis'"—in other words, without proceeding to the second step of the inquiry—because it falls outside the Second Amendment's scope. *Young*, 992 F.3d at 783 (citation omitted); *see also Peruta v. County of San Diego*, 824 F.3d 919, 942 (9th Cir. 2016) (en banc) (upholding concealed-carry restrictions based on historical analysis alone).

In arguing that their challenge survives step one of the two-step framework, plaintiffs make two preliminary arguments.[2] First, they argue that the only question

---

[1] *See, e.g.*, *United States v. Chovan*, 735 F.3d 1127, 1136-37 (9th Cir. 2013); *Kolbe v. Hogan*, 849 F.3d 114, 132-33 (4th Cir. 2017) (en banc) (collecting decisions of Second, Third, Fifth, Sixth, Seventh, Tenth, Eleventh, and D.C. Circuits); *Gould v. Morgan*, 907 F.3d 659, 669 (1st Cir. 2018).

[2] In addition, in a prior filing, *see* Plaintiffs' Response to Defendant's Motion for Summary Judgment, Dkt. 70-1 ("Pl. Resp."), plaintiffs purported to address the founding-era history of in-person inspection requirements that Everytown previously presented to this Court. Part IV.A sets out that history again and Part IV.B addresses plaintiffs' effort to rebut it.

4

is whether the challenged law *itself* is longstanding. *See* Memorandum in Support of Plaintiffs' Motion for Summary Judgment, Dkt. 85-1, at 4-5 ("Pl. Br."). Second, they claim that 20th century laws cannot be longstanding. *See id.* at 5-7. Both of these arguments are mistaken.

### A.  Laws Are Constitutional at Step One if They Are Themselves Longstanding or if They Are Part of a Longstanding Regulatory Tradition

Plaintiffs argue that the in-person inspection requirement of H.R.S. § 134-3 is "less than a year old" and that the ten-day expiration period is of "twentieth-century vintage," and, on those bases, that neither is "longstanding." *See* Dkt 85-1 at 4-7. This misunderstands the inquiry. For purposes of *Heller*'s exceptions, it is *sufficient* if a law itself is longstanding, but it is not *necessary*; the law also falls outside the scope of the Second Amendment if it is part of a longstanding regulatory tradition. The D.C. Circuit addressed exactly this issue in *United States v. Class*, 930 F.3d 460 (D.C. Cir. 2019), in which a criminal defendant challenged a 1980 prohibition on firearms in a parking lot near the Capitol. The court rejected the defendant's argument that the precise prohibition challenged had to be "longstanding" to fall into *Heller*'s exceptions. Instead, "[t]he relevant inquiry is whether a particular *type* of regulation has been a 'longstanding' exception to the right to bear arms." *Id.* at 465.

A modern law also does not have to match precisely a historical regulatory tradition for the modern law to fall outside the Second Amendment's scope. *See, e.g.*, *Fyock v. City of Sunnyvale*, 779 F.3d 991, 997 (9th Cir. 2015) ("*Heller* demonstrates that a regulation can be deemed 'longstanding' even if it cannot boast a precise founding-era analogue." (quoting *National Rifle Ass'n v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 700 F.3d 185, 196 (5th Cir. 2012))); *United States v. Skoien*, 614 F.3d 638, 641 (7th Cir. 2010) (en banc) ("exclusions" from the scope of the right "need not mirror limits that were on the books in 1791"). The U.S. Solicitor General recently explained that the Supreme Court "has never held … that modern firearms regulations can be constitutional only if they mirror colonial regulations. … It is enough if the modern law is 'fairly supported' by tradition." Br. in Opp. to Pet. for a Writ of Cert. 9-10, *McGinnis v. United States*, No. 20-6046 (Jan. 15, 2021) (citations omitted), *cert. denied* (Feb. 22, 2021). More generally, "lower courts have used analogy to extend *Heller*'s exclusions beyond those specifically identified in the case." Joseph Blocher & Darrell A.H. Miller, *The Positive Second Amendment* 136 (2018); *see, e.g., Kachalsky v. County of Westchester*, 701 F.3d 81, 91 (2d Cir. 2012) (upholding law regulating public carry of firearms, which has "a number of close and longstanding cousins"); *cf. Long v. SEPTA*, 903 F.3d 312, 321, 324 (3d Cir. 2018) (in Article III standing context, where Supreme Court test requires that an

6

intangible harm have "'a close relationship' to one that historically has provided a basis for a lawsuit," emphasizing that "[a] perfect common-law analog is not required" (citation omitted)).[3]

### B.   Early 20th Century Laws Are "Longstanding"

Plaintiffs are also mistaken in claiming that, simply because the ten-day expiration period originated in the early 20th century, it cannot be "longstanding." *See* Pl. Br. 85-1 at 4-7. To the contrary, it was not until the late 19th and early 20th centuries that "the administrative state had developed sufficiently to make regulations such as licensing, registration, and background checks realistic to implement."[4] In *Heller*, the Supreme Court made clear that "longstanding prohibitions on the possession of firearms by felons and the mentally ill" were constitutional, *see* 554 U.S. at 626-27, even though "the current version of these bans are of mid-20th century vintage," *National Rifle Ass'n*, 700 F.3d at 196; *see*

---

[3] Even the small number of dissenting jurists who would prefer to interpret the Second Amendment to bar any firearm regulation not grounded in "text, history, and tradition"—a view contrary to the two-part Second Amendment framework that is the law of the Ninth Circuit and every other circuit that has weighed in—acknowledge that "the proper interpretive approach" to the historical inquiry involves "reason[ing] *by analogy* from history and tradition." *See, e.g.*, *Heller v. District of Columbia*, 670 F.3d 1244, 1275 (2011) ("*Heller II*") (Kavanaugh, J., dissenting) (emphasis added).

[4] Mark Frassetto, *Judging History: How Judicial Discretion in Applying Originalist Methodology Affects the Outcome of Post-Heller Second Amendment Cases*, 29 Wm. & Mary Bill Rts. J. 413, 427 (2020).

*also, e.g.*, *Skoien*, 614 F.3d at 640-41 (noting that the "presumptively constitutional" extension of prohibitions to non-violent felons did not occur until the 1960s, and "legal limits on the possession of firearms by the mentally ill also are of 20th Century vintage"); *Heller II*, 670 F.3d at 1253 ("The Court in *Heller* considered 'prohibitions on the possession of firearms by felons' to be 'longstanding' although states did not start to enact them until the early 20th century."). Following *Heller*, the Ninth Circuit and other courts of appeals have concluded or noted that 20th century laws may themselves be longstanding and presumptively constitutional, or may establish a longstanding history of regulation such that the regulated activity falls outside the scope of the Second Amendment. *See, e.g.*, *Fyock*, 779 F.3d at 996 (noting that "early twentieth century regulations might … demonstrate a history of longstanding regulation if their historical prevalence and significance is properly developed in the record"); *Silvester*, 843 F.3d at 831 (Thomas, C.J., concurring) ("[W]aiting periods—which first appeared on the books in California in 1923—constitute a sufficiently longstanding condition or qualification on the commercial sale of arms to be considered presumptively lawful."); *Pena v. Lindley*, 898 F.3d 969, 1003 (9th Cir. 2018) (Bybee, J., concurring in part and dissenting in part) (observing that early 20th century laws can be longstanding); *Heller II*, 670 F.3d at 1253-55 (concluding that "basic registration of handguns is deeply enough rooted in our history to support

8

the presumption that a registration requirement is constitutional" under *Heller*, in light of registration laws from the 1910s and 1920s); *Drake v. Filko*, 724 F.3d 426, 433-34 (3d Cir. 2013) (concluding that New Jersey's 1924 law permitting public concealed carry only for those who can show "justifiable need" is "a longstanding regulation that enjoys presumptive constitutionality," including in light of New York's similar 1913 law).[5]

*   *   *

In light of these principles, and as the State explains, the ten-day expiration period in Hawaiʻi's permitting requirement is constitutional at the first step of the two-step framework. *See* State Br. 12-13 (Hawaii's law is itself longstanding and is also part of a longstanding regulatory tradition in light of analogous early 20th century laws from other states). With respect to Hawaiʻi's in-person inspection requirement, these principles are not even necessary. As the following section explains, there is abundant, persuasive *founding-era* evidence showing that in-

---

[5] Plaintiffs attempt to diminish *Fyock* by arguing that its dictum endorsing 20th century pedigree is in tension with *Chovan* and *Young*. *See* Pl. Br. 5-7. In *Chovan*, however, the Court simply noted that it was "not clear[]'" that a 1938 law was longstanding before announcing that the "more important[]" point was that prohibitions on domestic violence misdemeanants were not enacted until 1996. *Chovan*, 735 F.3d at 1137. In *Young*, the court did not "clarif[y]" that "in th[e Ninth] Circuit, twentieth century laws are not reviewed 'in detail,'" as the plaintiffs assert (Pl. Br. 6); instead, it expressed a lack of "inclin[ation]" to review twentieth-century developments in that case, after its exhaustive survey of earlier historical materials had already revealed a robust tradition of regulating the carrying of arms in public. *See Young*, 992 F.3d at 787-811.

person inspection does not impinge on the Second Amendment right as it was historically understood. In light of this evidence, this Court should reject plaintiffs' challenge to the inspection requirement at the first step of the Second Amendment analysis.[6]

## IV. THE LONGSTANDING HISTORICAL PEDIGREE OF IN-PERSON INSPECTION REQUIREMENTS ESTABLISHES THE CONSTITUTIONALITY OF H.R.S. § 134-3

### A. Laws Imposing Stringent In-Person Gun Inspection Requirements Were Widespread in 1791

Around the time of the Second Amendment's ratification in 1791, and in the decades preceding, laws requiring inspection of personal weapons existed at the federal level and throughout the original states. These laws were part of militia requirements, which mandated that individuals subject to militia duty—typically, white men in a specified age range[7]—must acquire their own arms and

---

[6] If the Court were to proceed to the second step, it should uphold the law for the reasons set out in the State's brief. *See* State Br. 13-18, 22-25. As the State explains, the appropriate standard at step two would be intermediate scrutiny and Hawaiʻi's law survives such scrutiny. *See id.* The robust history supporting the law, set forth below and in the State's brief, further supports concluding that intermediate scrutiny is the applicable standard. *See, e.g., Kachalsky*, 701 F.3d at 96 ("Because our tradition so clearly indicates a substantial role for state regulation of the carrying of firearms in public, we conclude that intermediate scrutiny is appropriate in this case.").

[7] *See, e.g.*, United States Selective Service System, *Military Obligation: The American Tradition*, v. 2, pt. 3, pp. 26-27 (1947) (republishing *An Act for Establishing the Militia*, Del. June 4, 1785) (Delaware's militia composed of white males between 18 and 50 years of age) (App'x p. A6); *id*. at pt. 4, pp. 144-45 (republishing *An Act for Revising and Amending the Several Militia Laws of this*

10

ammunition. The laws described the weapons required and provided for regular inspection by militia officers.

Weapons requirements were specific. Connecticut's 1784 law, for example, required "a well fixed Musket, the Barrel not less than three Feet and [a] Half long, and a Bayonet fitted thereto, with a Sheath and Belt or Strap for the same, with a Ram-rod, Worm, Priming-wire and Brush, [and] one Cartouch-box carrying sixteen rounds of Cartridges, made with good Musket Powder and Ball, fitting his Gun."[8] A 1776 Massachusetts law required "a good fire-arm, with a steel or iron ramrod and a spring to retain the same, a worm, priming-wire and brush, and a bayonet fitted to his gun, … and a cutting-sword, or a tomahawk or hatchet, a pouch containing a cartridge-box that will hold fifteen rounds of cartridges, at least, a hundred buck-shot, a jack-knife, … one pound of powder, [and] forty leaden balls."[9] South Carolina law in 1778 required "one good musket and

_____

*State*, Ga., Feb. 26, 1784) (Georgia's militia composed of every free male between 16 and 50 years of age) (App'x p. A8). The Selective Service System's compilation of early American militia laws is available at https://catalog.hathitrust.org/Record/100889778/Home, and the sections cited in this brief are compiled in the attached appendix.

[8] *Id*. at pt. 2, p. 256 (republishing *An Act for Forming, Regulating and Conducting the Military Force of this State*, Conn., 1784) (App'x p. A4).

[9] *Id.* at pt. 6, p. 223 (republishing *An Act for Forming and Regulating the Militia within the Colony of the Massachusetts Bay, in New England, and for Repealing All the Laws Heretofore Made for that Purpose*, Jan. 22, 1776) (App'x p. A14).

bayonet, or a good substantial smooth bore gun and bayonet, … or one good rifle-gun and tomahawk or cutlass," with appropriate ammunition.[10]

Militia laws also provided for in-person inspection to ensure that militiamen were prepared and properly armed if called up to fight. In particular, they required members to attend regular musters (militia assemblies) with their arms and ammunition, which officers would inspect. The 1792 federal Militia Acts, for example, required "the brigade-inspector to attend the regimental and battalion meeting of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements."[11] Massachusetts required that "every captain … shall call the train-band of his company together four days in a year, … for the purpose of examining their arms and equipments, and instructing them in military exercises."[12] In Virginia, "every militiaman" had to "furnish himself with a good rifle, if to be had," or certain identified alternative weapons, "and appear with the same at the place appointed

---

[10] *Id*. at pt. 13, pp. 67-68 (republishing *An Act for the Regulation of the Militia of this State; and for Repealing Such Laws as Have Hitherto Been Enacted for the Government of the Militia*, S.C., Mar. 28, 1778) (App'x pp. A31-A32).

[11] Act of May 8, 1792, ch. 33, § 10, 1 Stat. 271, 273.

[12] *Military Obligation: The American Tradition* at pt. 6, p. 264 (republishing *An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for that Purpose*, 1789) (App'x p. A17).

for mustering."[13] And in Connecticut, commanding officers had to "cause the arms

and ammunition of all under his command … to be reviewed …, by requiring such

persons to bring forth their arms and ammunition at a certain time and place."[14] If a

member failed to bring the required firearm, or if it was in defective condition, he

would be fined.[15] Musters where weapons would be inspected occurred regularly—

for example, twice per year in Connecticut and North Carolina;[16] three times per

---

[13] *Id*. at pt. 14, p. 274 (republishing *An Ordinance for Raising and Embodying a Sufficient Force, for the Defense and Protection of this Colony*, Va., July 17, 1775) (App'x p. A35).

[14] *Id*. at pt. 2, pp. 201-02 (republishing *An Act in Further Addition to an Act Entitled An Act for the Forming and Regulating of the Militia and for the Encouragement of Military Skill for the Better Defence of this Colony*, Conn., Oct. 11-25, 1775) (App'x pp. A1-A2).

[15] *Id.*, p. 202 ("[I]f any of the persons aforesaid shall … be deficient in arms or ammunition, such persons respectively shall pay the same fine … for deficiency of arms or ammunition[.]") (App'x p. A2); *see also, e.g.*, *id*. at pt. 4, p. 146 (republishing *An Act for Revising and Amending the Several Militia Laws of this State*, Ga., Feb. 26, 1784) (any member who "shall neglect or refuse to appear comple[te]ly armed and furnished with one rifle musket, fowling-piece or fusee fit for action, … at any general musters" shall be fined up to five shillings) (App'x p. A10); *id*. at pt. 13, p. 103 (reprinting *An Act for the Regulation of the Militia of this State*, S.C., Mar. 26, 1784) (any person summoned to muster who "shall wilfully neglect to turn out at a regimental muster, properly armed and accoutred," shall be fined up to four dollars) (App'x p. A33).

[16] *Id*. at pt. 2, pp. 201-02 (republishing *An Act in Further Addition to An Act Entitled An Act for the Forming and Regulating of the Militia and for the Encouragement of Military Skill for the Better Defence of this Colony*, Conn., Oct. 11-25, 1775) (App'x pp. A1-A2); *id*. at pt. 10, p. 51 (republishing *An Act to Establish a Militia for the Security and Defence of this Province*, N.C., Mar. 2, 1774) (App'x p. A24).

year in Rhode Island;[17] four times per year in New Jersey;[18] and between four and six times per year in Massachusetts.[19] Some states also required officers to visit militia members' homes to inspect their weapons.[20]

In a number of states and under federal law, furthermore, not only were militia members' firearms inspected, they were also recorded in a register. Massachusetts's 1776 law, for example, provided that "the clerk of each and every company of said militia shall, once every six months …, take an exact list of his company, and of each man's equipments."[21] Maryland's 1756 law required militia officers to "make d[i]ligent Search and Enquiry" in their districts and to report

---

[17] *Id.* at pt. 12, pp. 227-230 (republishing *An Act to Organize the Militia of this State*, R.I., 1798) (App'x pp. A26-A29).

[18] *Id.* at pt. 8, pp. 70-71 (republishing *An Act for the Regulating, Training, and Arraying of the Militia, and for providing more effectually for the Defence and Security of the State*, N.J., Jan. 8, 1781) (App'x pp. A21-A22).

[19] *Id.* at pt. 6, p. 264 (republishing *An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for that Purpose*, 1789) (App'x p. A17).

[20] *Id.* at pt. 8, p. 70 (republishing *An Act for the Regulating, Training, and Arraying of the Militia, and for providing more effectually for the Defence and Security of the State*, N.J., Jan. 8, 1781) (requiring captains to order sergeants, once every four months, "to call at the Place of Abode of each Person enrolled as aforesaid, for the Purpose of examining the State of his Arms, Accoutrements, and Ammunition, of which the Sergeant shall make exact Report to the Officer issuing the Orders") (App'x p. A21).

[21] *Id.* at pt. 6, p. 224 (republishing *An Act for Forming and Regulating the Militia within the Colony of the Massachusetts Bay, in New England, and for Repealing All the Laws Heretofore Made for that Purpose*, Jan. 22, 1776) (App'x p. A15).

"what Number of Arms and what Quantity of Ammunition they … discover and the Condition and kind of such Arms and Ammunition and who shall be possessed thereof distinctly in Writing," and it required "all and every Person" to produce their arms and ammunition on demand for this recording, on penalty of a five pound fine.[22] New Hampshire's 1776 law required the clerk of each militia company, once every six months, to "take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof."[23] Virginia's 1784 law required commanding officers to send a list of militia members to the Governor, including an account of members' weapons and their condition.[24] New Jersey had a similar requirement.[25] And the federal Militia Acts required the brigade inspector "to make returns … at

---

[22] *Id*. at pt. 5, p. 85 (republishing *An Act for Regulating the Militia of the Province of Maryland*, May 22, 1756) (App'x p. A12).

[23] *Id.* at pt. 7, p. 83 (republishing *An Act for Forming and Regulating the Militia within the State of New Hampshire in New England, and for Repealing all the Laws Heretofore Made for that Purpose*, Sept. 19, 1776) (App'x p. A19).

[24] *Id*. at pt. 14, pp. 426-27 (republishing *An Act for Amending the Several Laws for Regulating and Disciplining the Militia, and Guarding Against Invasions and Insurrections*, Va., Oct. 18, 1784) (App'x pp. A37-A38).

[25] *Id*. at pt. 8, pp. 70-71 (republishing *An Act for the Regulating, Training, and Arraying of the Militia, and for providing more effectually for the Defence and Security of the State*, N.J., Jan. 8, 1781) (requiring sergeants to inspect arms in members' homes and make "exact report" to commanding officer, who must in turn "make a Return of … his Company, and a State of their Arms, Accoutrements and Ammunition" to superiors) (App'x pp. A21-A22).

least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrement, and ammunition, of the several corps."[26]

"Constitutional rights are enshrined with the scope they were understood to have when the people adopted them[.]" *Heller*, 554 U.S. at 634-35. The ubiquity of these militia inspection laws means that ordinary citizens in the founding era would have understood a requirement to present arms for inspection to be well within the government's power—and thus outside the scope of the Second Amendment. *See United States v. Marzzarella*, 614 F.3d 85, 91 (3d Cir. 2010) ("If the Second Amendment codified a pre-existing right to bear arms [as *Heller* announced], it codified the pre-ratification understanding of that right …. Therefore, if the right to bear arms as commonly understood at the time of ratification did not bar [a certain set of restrictions or limitations], it follows that by constitutionalizing this understanding, the Second Amendment carved out these limitations from the right.").[27]

---

[26] Act of May 8, 1792, ch. 33, § 10, 1 Stat. 271, 273; *see also* A. Winkler, *The Secret History of Guns*, The Atlantic (Sept. 2011), *available at* https://bit.ly/3l6n0fE ("A 1792 federal law mandated every eligible man to purchase a military-style gun and ammunition for his service in the citizen militia. Such men had to report for frequent musters—where their guns would be inspected and, yes, registered on public rolls.").

[27] To be sure, not every gun owner would have been required to join the militia, and thus required *personally* to maintain and present the specified arms for

16

### B.    In-Person Inspection and Registration Under Hawaiʻi Law Sits Firmly Within This Longstanding Historical Tradition.

The historical tradition of requiring in-person inspection of firearms provides a robust historical basis for Hawaiʻi's law. Just as militia officers would inspect (and frequently record) members' personal weapons to ensure that they comported with militia weaponry requirements, Hawaiʻi's law requires police officers to inspect and register guns in-person to verify that they comport with the information provided in the registration form. In fact, by mandating regular and repeated in-person firearm inspections, these historical laws imposed a much greater burden on militia-eligible gun owners than would such a comparatively modest one-time check.

Plaintiffs have raised two challenges to this evidence. First, they argue that this Court should ignore founding-era militia laws because "*Heller* already rejected a militia-centric view of the Second Amendment." Pl. Resp., Dkt. 70-1, at 1. That

---

inspection, given that states typically confined the militia to white men in a specified age range. But most guns in the founding era were owned by white adult men. *See generally* Winkler, *supra* note 26 (explaining that founding-era authorities disarmed many groups and, "[f]or those men who *were* allowed to own guns," mandated purchase, inspection, and registration as part of militia duty); J. Lindgren & J. Heather, *Counting Guns in Early America*, 43 Wm. & Mary L. Rev. 1777, 1871 (2002) (finding 4.4 times greater likelihood of male than female gun ownership in Virginia and Maryland probate estates, 1740-1810). And the Supreme Court has never suggested—nor would it make any sense to require—that a law had to be *universally* applicable in the founding era before a court can conclude that ordinary citizens in that era would have considered it to be within the government's powers.

does not follow. *Heller* held that the Second Amendment enshrined an individual right, as opposed to a right connected to militia service. *See, e.g.*, 554 U.S. at 616. But that does not mean that government powers under early militia laws have no bearing on the proper understanding of the scope of the Second Amendment. Indeed, *Heller* itself relied on militia laws in defending its view of the Second Amendment. *See, e.g.*, 554 U.S. at 590 (Pennsylvania Militia Act of 1757).

Second, plaintiffs argue that founding-era militia laws are inapposite "because they deal with laws for the inspection of firearms required for military duty," firearms that "were already owned," as opposed to inspections "for private use" of firearms "prior to being owned." Pl. Resp., Dkt. 70-1, at 1. But plaintiffs make no effort to explain *why* these distinctions should make any difference, and they do not. To be sure, Hawaiʻi's challenged gun inspection law exists in a different context than the historical laws discussed above—as part of a background check and registration process, rather than as part of ensuring a functional state militia. But, as explained above (at 5-7), a law need not precisely match a set of founding-era regulations to be part of a longstanding historical tradition. Moreover, a central function of Hawaiʻi's law and the historical laws is the same: to ensure that the gun an individual possesses matches the applicable specifications—of the registration in Hawaiʻi's case and of the militia laws in the historical cases. *See* Response to Interrogatory No. 6, Dkt. 55-2 at 6-7 ("In-person handgun

18

registrations can prevent fraud and reduce or eliminate discrepancies."); State Br. 23-24 ("[The] government['s] objective in requiring people to bring the firearm to the registration is that it ensures that the registration information is accurate, it ensures that the firearm complies with Hawaii law, and it confirms the identity of the firearm so as to facilitate tracing by law enforcement."); *see generally Heller v. District of Columbia*, 801 F.3d 264, 285 (D.C. Cir. 2015) (Henderson, J., concurring in part and dissenting in part) (in-person inspection and registration process is needed to "verify that the application information is correct" (internal quotation marks and citations omitted)). In other words, in each case, the requirements exist to ensure that people own the specific firearm they are supposed to. Such a requirement was understood to be permissible in 1791, and thus it does not implicate a Second Amendment right today.

## V.    CONCLUSION

This Court should enter summary judgment in favor of the State and against the plaintiffs.

DATED:  Honolulu, Hawaiʻi, _____, 2021.

_____
PAMELA W. BUNN

Attorney for Amicus Curiae
EVERYTOWN FOR GUN SAFETY

**Appendix of Excerpts of Early American Militia Laws
Republished in Volume 2 (Part --) of United States Selective Service System,**
*Military Obligation:  The American Tradition* **(1947)**

## TABLE OF CONTENTS

__Page__

**Connecticut**

An Act in Further Addition to an Act Entitled an Act for the Forming and Regulating the Militia and for the Encouragement of Military Skill for the Better Defence of this Colony, Oct. 11-25, 1775 (Part 2) ......................................A1

An Act for Forming, Regulating and Conducting the Military Force of this State, 1784 (Part 2)......................................................................................A3

**Delaware**

An Act for Establishing the Militia, June 4, 1785 (Part 3)......................................A5

**Georgia**

An Act for Revising and Amending the Several Militia Laws of this State, Feb. 26, 1784 (Part 4)................................................................................A7

**Maryland**

An Act for Regulating the Militia of the Province of Maryland, May 22, 1756 (Part 5) ...........................................................................A11

**Massachusetts**

An Act for Forming and Regulating the Militia within the Colony of the Massachusetts Bay, in New England, and for Repealing all the Laws Heretofore Made for that Purpose, Jan. 22, 1776 (Part 6)......................................A13

An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing all Laws Heretofore Made for that Purpose, 1789 (Part 6).........................................................................A16

**New Hampshire**

An Act for Forming and Regulating the Militia within the State of New Hampshire in New England, and for Repealing all the Laws Heretofore Made for that Purpose, Sept. 19, 1776 (Part 7) ............................................................................A18

**New Jersey**

An Act for the Regulating, Training, Arraying of the Militia and for providing more effectually for the Defence and Security of the State, Jan. 8, 1781 (Part 8) ...............................................................................A20

**North Carolina**

An Act to Establish a Militia for the Security and Defense of this Province, Mar. 2, 1774 (Part 10)...............................................................................A23

**Rhode Island**

An Act to Organize the Militia of this State, 1798 (Part 12)................................A25

**South Carolina**

An Act for the Regulation of the Militia of this State; and for Repealing Such Laws as have Hitherto Been Enacted for the Government of the Militia, Mar. 28, 1778 (Part 13)..........................................................................A30

An Act for the Regulation of the Militia of this State, Mar. 26, 1784 (Part 13)..........................................................................A33

**Virginia**

An Ordinance for Raising and Embodying a Sufficient Force, for the Defence and Protection of this Colony, July 17, 1775 (Part 14) .........................................A34

An Act for Amending the Several Laws for Regulating and Disciplining the Militia and Guarding Against Invasions and Insurrections, Oct. 18, 1784 (Part 14).......A36

Case 1:19-cv-00578-JMS-RT   Document 94-1   Filed 06/04/21   Page 28 of 65   PageID.883

safety; and of such their proceedings and resolves they do transmit authentic copies from time to time to the General Assembly of this Colony. That the said Delegates now appointed do repair to and take their seats in said Congress by the first day of January next, in case said Congress shall be then sitting, or as soon after as said Congress shall be convened; and that the said gentlemen who are now attending said Congress in behalf of this Colony do continue in their said office until the gentlemen now chosen and are directed to attend in manner aforesaid shall arrive at said Congress.

Whereas the committee appointed by this Assembly in May last for the purpose of procuring three thousand stand of arms for the use of this Colony &c. have now represented to this Assembly that they have proceeded in said business and procured a considerable number of said arms to be made [504] in this Colony, which are now in the hands ‖ of said committee: but notwithstanding their utmost assiduity have not been able to procure the whole number ordered by said act within the time therein limited:

*Resolved by this Assembly*, That the said committee be directed and they are hereby directed, to purchase and receive for the use of this Colony all the stands of fire-arms which shall be made and compleated within this Colony, according to the direction of the aforesaid act, and shall be delivered to said committee at any time before the first day of May next; and the manufacturers of said fire-arms and gun-locks shall be entituled to and receive the same bounty as those are entituled to by said act who made and delivered to the committee any arms before the 20th day of October instant, the time therein limited.

See also original p. 138

**An Act in further Addition to an Act entituled An Act for the forming and regulating the Militia and for the Encouragement of Military Skill for the better Defence of this Colony.**

*Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That the chief officer of every troop shall cause the arms and ammunition of all under his command, and the chief officer of every company of foot shall cause the arms and ammuni-

Vol. XV.—18

480. Conn.—*General Assembly, New Haven, 15 Hoadly; Act, Oct. 11–25, 1775, pp. 137–139.*


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A1

tion of all under his command, and also of all others dwelling within the limits of his company who are by law obliged to keep arms, to be reviewed on the first Monday of May and the first Monday of October annually, by requiring such persons to bring forth their arms and ammunition at a certain time and place by such officer appointed; and if any of the persons aforesaid shall not appear, being thereto required and duly warned, or shall be deficient in arms or ammunition, such persons respectively shall pay the same fine for non-appearance, and also for deficiency of arms or ammunition, and in manner as in and by said act is provided, saving and excepting as in said act is excepted; any repealing act, or any law, usage or custom to the contrary notwithstanding.

This act to continue and be in force for the term of one year from the rising of this Assembly, and no longer.

**An Act in further Addition to an Act entituled An Act for forming and regulating the Militia and for the Encouragement of Military Skill for the better Defence of this Colony.**

*Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That each and every trooper inlisted into and belonging to any troop of horse in this Colony shall, within three months from the first day of November next, furnish and provide himself with a suitable horse and furniture, a carabine and every other article of fire-arms and accoutrements which are by law already directed and prescribed for troopers, and the same constantly hold and keep in readiness for service. And that every person who shall hereafter inlist and be received into any troop of horse shall, within three months after such his inlistment, be compleatly furnished, provided and equipped in manner aforesaid.

*Be it further enacted by the authority aforesaid,* That every inlisted or to be inlisted trooper who shall neglect to furnish and provide himself in manner and within the time and times limited as aforesaid, shall be by the captain or chief officer of such troop discharged and dismissed from the same; and every person so discharged shall be liable and shall attend and perform military duty in the company of foot within

Digitized by Google          Original from
UNIVERSITY OF CALIFORNIA

A2

## ACTS AND LAWS.

On penalty of 40l.

*Forty Pounds*, to the Treasury of such County : To be recovered before the County Court in the County where the Transgression is committed.

Charge to be born by the society.

And the Proceedings in settling and affixing such Meeting-House Place shall be at the Charge of the Society where such House is needed : And such County Court shall be allowed the Fees for their Judgment thereon, as in the Trial of other Causes.

## An Act for preserving due Order in Town-Meetings, Society-Meetings, and in the Meetings of other Communities ; and for preventing Tumults therein.

Preamble.

*WHEREAS the Peace and good Order of Towns, Societies and other Communities do very much depend on their peaceably and orderly carrying on and managing their Affairs in their Meetings, and their regularly proceeding therein. Therefore,*

*BE it enacted by the Governor, Council and Representatives, in General Court assembled, and by the Authority of the same,* That when any Town, Society or Proprietors Meeting, or the Meeting of any other Community is lawfully assembled, if any Person or Persons whatsoever, shall in such Meeting or Assembly, by tumultuous Noise, Quarrelling, or by any unlawful Act, disturb such Meeting, or hinder the Members thereof from proceeding in an

Penalty for disturbing any meeting, &c.

orderly and peaceable Manner to the choice of their Moderator, or after the choice of such Moderator, shall vilify or abuse him, or interrupt him in the discharge of his Trust ; or after he hath commanded Silence in such Meeting, shall speak in the Meeting to the disturbance of the Business of the Meeting, without the Moderator's Leave first had and obtained, (unless it be to ask reasonable Liberty to speak) such Person or Persons so offending in any of the Particulars above-mentioned, contrary to the Intent of this Act, shall for every such Offence forfeit and pay a Fine of *Five Shillings* to the Treasurer of the Town where the Offence is committed,

Triable by an assistant or Justice.

All Offences against this Act to be heard and determined by any one Assistant or Justice of the Peace ; unless the Offence be ageravated by some notorious breach of Peace ; in which Case the Offenders shall be bound over by such Assistant or Justice, to the next County Court, to answer for such Offence : Which Court may impose such Fine as the aggravations of the Offence, in their Judgment deserves ; not exceeding *Ten Pounds.*

Adjournments to be by major pars.

And that no such Meeting shall be adjourned, but by the major Part of the Members present.

## An Act for forming, regulating, and conducting the military Force of this State.

Preamble.

*WHEREAS the Defence and Security of all free States depends (under God) upon the Exertions of a well regulated and disciplined Militia. Wherefore,*

Who obliged to bear arms, and who exempt.

*BE it Enacted by the Governor, Council and Representatives, in General Court assembled, and by the Authority of the same,* That all male Persons, from sixteen Years of Age to Forty-five, shall constitute the military Force of this State, except Members of the Council, of the House of Representatives, and of the Congress of the United States for the Time being, the State Treasurer, and Secretary, Justices of the Peace, field, commissioned, and staff Officers, honourably discharged, Ministers of the Gospel, the President, Tutors and Students of College, Physicians and Surgeons, Select-men, constant School-masters, one Miller to each Grist-mill, being approved by the Select-men, and having a Certificate thereof, constant Mariners who

6. Conn.—*General Assembly, Hartford, A & L, T. Green,, 1784; Act, n. d.,*
*pp. 144-157.*

Digitized by **Google**                                    Original from
                                               UNIVERSITY OF CALIFORNIA

**A3**

*ACTS AND LAWS.*

Captain-General, to be by him laid before the General Affembly, at fuch
Times as he or they fhall think proper: And every Captain neglecting to
make a Return as aforefaid, or fhall make a falfe Return to the commanding
Officer of the Regiment, fhall forfeit and pay a fine of *Ten Pounds*; and if any
commanding Officer of any Regiment fhall neglect to make a regimental Re-
turn as aforefaid, or fhall make a falfe Return, he fhall forfeit and pay a fine of
*Twenty Pounds* ; and if any commanding Officer of a Brigade fhall neglect or
refufe to make a Return, as herein directed, he fhall forfeit and pay a fine of
*forty Pounds* ; the diftrefs thereof to be granted by the commanding Offi-
cer of the Regiment or Brigade to which fuch delinquent Officer belongs,
or by the Captain-General, directed to the Adjutant, Brigade-Major, or
Adjutant-General, as the nature of the Cafe fhall require, and returnable
in four Weeks, unlefs fuch delinquent Officer fhall make a fatisfactory Ex-
cufe to the Officers hereby directed to grant fuch Warrant, within twelve
Days after fuch Neglect or Default fhall happen.

Infantry, &c.
how furnifh-
ed.

And be it further Enacted, That all fuch as belong to the Infantry Compa-
nies, and Houfholders under fifty-five Years of Age, fhall, at all Times be
furnifhed at their own Expence, with a well fixed Mufket, the Barrel not
lefs than three Feet and an Half long, and a Bayonet fitted thereto, with a
Sheath and Belt or Strap for the fame, with a Ram-rod, Worm, Priming-
wire and Brufh, one Cartouch-box carrying fixteen rounds of Cartridges,
made with good Mufket Powder and Ball, fitting his Gun, fix good Flints, and

Penalty for
neglect.

each Militia Man one Canteen holding not lefs than three Pints, upon Penalty
of forfeiting and paying a Fine of *Three Shillings* for want of fuch Arms and
Ammunition as is hereby required, and *One Shilling* for each Defect, and
the like Sum or Sums for every four Weeks he fhall remain unprovided.

Provifo.

Provided neverthelefs, That if any Soldier fhall, in the Judgment of the
Selectmen of the Town to which he belongs, be unable to arm and accoutre
himfelf, agreeable to the directions of this Act, it fhall be the Duty of fuch
Selectmen to certify the fame to the commiffioned Officers of the Company
to which fuch Soldier belongs, in order that Execution may not iffue againft
him for deficiency in fuch Arms and Accoutrements ; and alfo at the Expence
of fuch Town, to provide fuch Soldier with Arms, and the whole or any
part of fuch Accoutrements, as may be neceffary, within forty Days from
the Time of granting fuch Certificate, under Penalty of the Value of fuch
Arms and Accoutrements, to be recovered of any or all of faid Selectmen, by
Warrant from an Affiftant or Juftice of the Peace, upon proper Information
and Proof of fuch Neglect, by faid commiffioned Officers, which Warrant
fhall be directed to any Sheriff or Conftable proper to ferve the fame, return-
able in fixty Days, and the Fine payable into the Treafury of fuch Town.

And all Arms and Accoutrements thus provided, fhall be the Property
of fuch Town, and fhall, by the commanding Officer of the Company, be
depofited in fuch Place or Places as he fhall think proper, to be ready for
fuch Soldiers, as occafion fhall require ; and fuch Officers fhall ftand accoun-
table for fuch Arms and Accoutrements, and fhall be liable to pay for the
fame, if loft through his Neglect or Default.

Dragoons
how accou-
tred.

And be it further Enacted, That every Light-Dragoon fhall always be pro-
vided with a good ferviceable Horfe, not lefs than fourteen Hands high, to
the acceptance of the two chief commiffioned Officers of the Company to
which he belongs, covered with a good Saddle, with Houfing and other pro-
per Furniture, bitt Bridle and Holfters, a Cafe of good Piftols, a Sword or
Cutlafs, not lefs than four Feet in Length, and alfo a Cap made of Jirk-
Leather, or other Cover for the Head fufficient to withftand the Force of a
Broad-fword, a Flafk or Cartouch-box, one Pound of good Powder, three
Pounds of fizable Bullets, twelve Flints, a good pair of Boots and Spurs, on
Penalty of *Three Pounds* for want of fuch Horfe, and the Value of each other
Article in which he fhall be deficient.                                    *And*

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA.

**A4**

See also original
p. 58.

*Of the* D E L A W A R E   S T A T E.   **‡‡** *57.*

*1785.*

ments, (unlefs their remaining eftate be fufficient to anfwer what they are
then in arrear) are hereby declared fraudulent, and fhall not prevent or
avoid the feizing and felling the fame eftates, on any judgment that may
be had on fuits to be brought for the recovery of the monies fo in arrear.

State treafu-
rer to give
bond.

Sect. 15. *And be it enacted,* That the faid ftate treafurer, before the firft
day of November next, fhall become bound unto the Delaware ftate, with
two or more fufficient fureties, to be approved of by the prefident or com-
mander in chief for the time being, in an obligation of fifteen thoufand
pounds, conditioned for the true obfervation of this act and the duty which
to the faid office doth appertain; and in cafe of neglect or refufal of the faid
ftate treafurer fo to do, or of his death in the recefs of the general affembly,
it fhall and may be lawful for the prefident or commander in chief, with
the approbation of the privy-council, to appoint fome other fit perfon to
fupply his place, who fhall give fecurity as aforefaid.

H's place how
fupplied in
cafe of delin-
quency, &c.

Sect. 16. *And be it enacted,* That if any of the days appointed by this act
for the performance of any of the duties herein required, fhall happen to
be on a Sunday, then fuch duties fhall be performed on the day following.

W H E R E A S it appears, that fundry collectors of the ftate taxes direct-
ed to be raifed for the fervice of the years feventeen hundred and eighty-one,
eighty-two, eighty-three and eighty-four, have through their indulgence,
omitted to execute for thofe taxes within the times limited by law,
and this general affembly being willing to give the fame fummary mode to
the faid collectors to collect the arrearages of fuch taxes, as they could have
had under the feveral acts of affembly paffed for thofe purpofes.

Sect. 17. *Be it enacted,* That the collectors refpectively of the faid feve-
ral ftate-taxes, heretofore appointed, or hereafter to be appointed for that
purpofe, be and they hereby are impowered to collect all arrearages and
balances due of the faid taxes by, execution, or otherwife, between the
time of paffing this act and the firft day of November next, in as full and
ample manner as heretofore could have been done had the fame been done
within the time limited by law.

Summary
mode for col-
lecting the
arrearages of
taxes.

*Signed by Order of the Houfe of Affembly,*

T H O M A S   D U F F,   *Speaker.*

*Signed by Order of the Council,*

T H O M A S   M'D O N O U G H,   *Speaker.*

*Paffed at* DOVER, }
*June* 4, 1785. }

---

An   A C T   for eftablifhing a Militia.

SECTION I.     W HEREAS a well regulated Militia is the proper and
natural defence of every free ftate; and as the laws
heretofore made for the regulation thereof within this ftate are expired,
and it is neceffary that a militia be eftablifhed;

Preamble.

( Sect. 2. *Be it therefore enacted by the General Affembly of Delaware,*
( That the late captain or commanding officer of each militia company in
the

26

Digitized by Google     Original from
UNIVERSITY OF CALIFORNIA

**A5**

59
1785.

**Sect. 6.** *And be it enacted*, That every company shall be duly exercised and instructed in the months of April and September annually, at such time and place as the captain or commanding officer shall direct, he giving notice thereof by advertisement at three of the most public places in his district, at least five days before the day of muster; and every regiment shall be reviewed on the first Wednesday in June and the second Wednesday in October in every year, and be properly trained and disciplined at such place as the colonel or commanding officer shall direct, and at such other times and places as the president or commander in chief shall think necessary, and shall order.

*Militia how often to be exercised.*

**Sect. 7.** *And be it enacted*, That every person between the ages of eighteen and fifty, or who may hereafter attain to the age of eighteen years, except as before excepted, whose public taxes may amount to twenty shillings a year, shall at his own expence, provide himself; and every apprentice, or other person of the age of eighteen and under twenty-one years, who hath an estate of the value of eighty pounds, or whose parent shall pay six pounds annually towards the public taxes, shall by his parent or guardian respectively be provided with a musket or firelock, with a bayonet, a cartouch box to contain twenty three cartridges, a priming wire, a brush and fix flints, all in good order, on or before the first day of April next, under the penalty of forty shillings, and shall keep the same by him at all times, ready and fit for service, under the penalty of two shillings and fix pence for each neglect or default thereof on every muster day, to be paid by such person if of full age, or by the parent or guardian of such as are under twenty-one years, the same arms and accoutrements to be charged by the guardian to his ward, and allowed at settling the accounts of his guardianship.

*What persons shall provide arms, &c.*

*Penalty for neglecting to keep them in repair.*

**Sect. 8.** *And be it enacted*, That every male white person within this state, between the ages of eighteen and fifty, or who shall hereafter attain to the age of eighteen years, except as before excepted, shall attend at the times and places appointed in pursuance of this act for the appearance of the company or regiment to which he belongs, and if any non-commissioned officer or private, so as aforesaid required to be armed and accoutred with his firelock and accoutrements aforesaid in good order, or if any male white person between the ages aforesaid although not required to be to armed and accoutred, shall neglect or refuse to appear on the parade and answer to his name when the roll is called over, which the commanding officer is hereby directed to cause to be done at the distance of one hour after the time appointed for meeting, not having a reasonable excuse, to be adjudged of by a court-martial to be appointed by the commanding officer of the company, which shall consist of a subaltern and four privates, the subaltern to be president thereof, every such person shall forfeit and pay the sum of four shillings for every such neglect or refusal; and if the said court-martial shall adjudge, that such person had not a reasonable excuse for such neglect or refusal, the justice to whom the captain or commanding officer of the company shall make return of the proceedings of such court martial shall enter judgment and issue execution thereupon, unless it shall appear to him, that the defendant was sick, or out of the county on some necessary business, and had not an opportunity of being heard before the court-martial.

*Penalty on privates for non-attendance, &c.*

*How to be adjudged.*

**Sect. 9.** *And be it enacted*, That every person required to attend as aforesaid at the time and place of exercise in company, or in regiment, who shall then and there appear, and shall neglect or refuse to answer to his name when the roll is called over, or to obey the lawful commands of his commanding officer or to perform his exercise with the care and attention requi-

*For neglect of duty, the penalty.*

D                                                                                        site

28

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A6

---

Revising and Amending Militia Laws.

(State Archives.)

## AN ACT

*For Revising and amending the several Militia Laws of this State. —*

WHEREAS the Laws now in being For the regulation of the Militia, are either expired or near expiring, or are found inadequate to the present Period: and a well ordered and well disciplined Militia is essentially necessary to the safety, peace And prosperity of the State in Particular, and the Confederal Union in General.

BE IT THEREFORE ENACTED by the Representatives of the Freemen of the State of Georgia in General Assembly Met and by the Authority of the same. That from and immediately after the passing this Act it shall and may be lawful for his honor the Governor for the time being, by and with the Advice and consent of the honorable Executive Council, to call forth And Assemble all the Male free Inhabitants of this State, from the Age of Sixteen to fifty Years Within the Different Counties, Districts, and places of the same at such times as may appear to him and them Necessary, and to Lead, conduct or employ, or cause or procure to be led, Conducted or employed as well within the said Counties, Districts and places where such persons Reside, as into any other County,
**District,**

327. Ga.—*General Assembly; Col. Recs. . . Vol. 19, Pt. II, Candler, 1911; Act, Feb. 26, 1784, pp. 348–359.*

Digitized by  Google

Original from
UNIVERSITY OF CALIFORNIA

**A7**

Revising and Amending Militia Laws.

Regiment within this state, and they are hereby
Required to assemble, Muster train and exer-
cise, or Cause to be Mustered trained and Exer-
cised their respective Companies, giving Notice
of the same by beat of Drum or otherwise in
such expeditious Manner as the Colonel or Offi-
cer Commanding the Regiment shall think fit, at
any place, or places for Ordering Musters;
PROVIDED the same does not exceed six times
each Year, and that such Muster, training and
exercising be within the district or division the
said Company belongs to — ——

AND BE IT FURTHER ENACTED that the
several Captains or Commanding Officers of
Companies in the Different Battalions or Regi-
ments, shall Respectively enter enlist and en-
roll the names of all the male free inhabitants
from the age of Sixteen to fifty as aforesaid
within their respective companies districts or
divisions and shall cause the several persons so
enrolled and enlisted notice being given of the
same, to appear at the times and places ap-
pointed for ordinary muster in each respective
districts or division, and the publishing of
which as aforesaid, shall be deemed a sufficient
summons within the intent of this act to oblige
the persons so entered and enrolled liable to
appear as well at such ordinary musters, as at
any general musters which may be held as
aforesaid, and the persons so enrolled shall be
deemed and held to be enlisted in and to belong
to

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A8**

352     COLONIAL RECORDS

Revising and Amending Militia Laws.

to the company of that district or division in which he or they shall so reside and be so entered and enrolled and in case of any neglect or refusal to obey such summons, such person or persons so offending shall be fined at the direction of a court-martial to consist, if an ordinary muster of one captain two lieutenants in a sum not exceeding twenty shellings.

AND BE IT FURTHER ENACTED that it shall and may be lawful for the captains of the respective companies to appoint a proper person in each of their companies to act as clerk thereof who shall enroll and enter the names of the free male inhabitants so as aforesaid to be taken and sett down in a fair book for that purpose, and after the same shall be set down, such captain or other commanding officer of such company shall cause the different names to be thrown into a box, with a partition to be made for that purpose and shall every year draw four names from the one part, to be put into the other agreable to the mode of drawing jurors, to act as serjeants for such company who shall proceed to obey the commands of their superior officers, and shall be respected and obey'd as such by the other non-commissioned officers and privates of their company and in case such serjeant or serjeants so drawn shall refuse in his or their turn to act immediately or shall at any time within his or their turn of continuance as such, that is one year as aforesaid, he or they

              shall

Digitized by Google               Original from
UNIVERSITY OF CALIFORNIA

**A9**

### Revising and Amending Militia Laws.

shall be liable to the mulct or fine of five pounds to be levied and placed to such purposes, as this act hereafter points out and directs, and the said officer so commanding is hereby required to proceed in manner before mentioned to draw another or others in his or their room: PROVID'D NEVERTHELESS that this clause shall not extend to prevent any captain, previous to such election from appointing any serjeant or serjeants not exceeding the number aforesaid who may be found capable and willing to act in that capacity

AND BE IT FURTHER ENACTED that in case any person or persons so liable shall neglect or refuse to appear compleatly armed and furnished with one rifle musket, fowling-piece or fusee fit for action, with a cartridge box or powder-horn answerable for that purpose with six cartridges or powder and lead equal thereto and three flints, at any general musters of the regiment or battalion to which his company belongs, every such person shall forfeit and pay a sum not exceeding five shillings, and if an ordinary muster a sum not exceeding two shellings and six pence

AND WHEREAS it may much contribute to the safety and welfare of the state, by encouraging volunteer troops of horse and companies subject however to the Field Officers of each regiment or battalion: BE IT THEREFORE

146

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A10

450    *Assembly Proceedings, Feb. 23–May 22, 1756.*

L. H. J.
Liber No. 48
May 22

p. 298

An Act for regulating the Militia of the Province of Maryland.

Whereas in this Time of Imminent Danger it is requisite for the Defence and Security of this Province that the Militia thereof be duly regulated and well Armed as well to repell the hostile Attempt of foreign Invaders as to quell and Suppress any intestine Commotions Rebellions or Insurrections which may happen.

Be it therefore Enacted by the Right honourable the Lord Proprietary by and with the Advice and Consent of his Lordships Governor and the Upper and Lower Houses of Assembly and the Authority of the Same that every Male Inhabitant of this Province (Papists, the Persons commonly called Neutralls, Servants, and Slaves excepted) who shall be from the Age of Sixteen Years to the Age of Sixty Years and able to bear Arms at the Expiration of Ten days after the Publication of this Act in the County wherein he shall reside shall inlist with the Captain or next Commanding Officer of the Troop of Horse or Company of Foot in the District or Place where such Person shall reside by writing his name or making his Mark (as he shall be able) in a Roll to be Entituled and kept for that Purpose within Ten Days from and after the Publication of this Act as aforesaid under the Penalty of forty Shillings Current Money and the Same Penalty for every Thirty days Neglect or Omission thereafter and all Captains within this Province are hereby directed and commanded to take due Care to Inlist accordingly all such Persons as aforesaid and in Case of dispute whether any Person ought to inlist in respect of his Age the Same Shall be determined by the Officer before whom Such Dispute Shall happen by the Oath of the Person whose Age shall be in Question or the Oath or Affirmation (if a Quaker) of his Parent or some other credible Witness which Oath or Affirmation the Said Officer is hereby authorized to Administer.

And Be it further Enacted by the Authority aforesaid that all and every Male Person and Persons (except as above excepted) who shall attain his or their Age of Sixteen Years or come into and Settle in this Province after the Expiration of the aforesaid Ten Days from and after the Publication of this Act and be of the Age aforesaid Shall within Ten days after his or their attaining their Said of Sixteen Years or Twenty Days after his or their Arrival within this Province inlist in the manner aforesaid under the Penalty of Forty Shilling Current Money and the Same Penalty for every Thirty days Neglect or Omission hereafter so to inlist as aforesaid.

And be it Enacted by the Authority aforesaid that the Colonels or Commanding Officers of all Regiments Troops and Company's shall in Ten days after the Publication of this Act in their respective Counties and once at least in every Two Months thereafter issue

367. Md.—*General Assembly (Lower House), Annapolis; Arch . . . Vol. 52,
Pleasants, 1935; Act, May 22, 1756, pp. 450–474.*

Digitized by 

Original from
UNIVERSITY OF CALIFORNIA

A11

452   *Assembly Proceedings, Feb. 23–May 22, 1756.*

L. H. J.
Liber No. 48
May 22

Custody upon Payment of the aforesaid Sum of One hundred Pounds Current Money and Fees aforesaid Shall Presume to have or keep in his Possession or in his House or upon his Plantation or elsewhere any Fire-Arms or Ammunition Such Person Shall forfeit and pay the further Sum of One hundred pounds Current Money

And be it Enacted by the authority aforesaid that in Ten days after the Publication of this Act the Colonel or Commanding Officer of every Regiment Troop or Company in the Militia of this Province shall issue his Warrant to his inferiour Officers directing them to make deligent Search and Enquiry in their respective District what Arms and Ammunition shall be therein and return what Number of Arms and what Quantitiy of Ammunition they Shall on such Search and Enquiry find or discover and the Condition and kind of such Arms and Ammunition and who shall be possessed thereof distinctly in Writing under the Penalty of Twenty Pounds Current Money upon the Colonel or Commanding Officer aforesaid neglecting his duty in this Behalf and the Penalty of Five Pounds Current Money on the Inferiour Officer charged with the Execution of Such Warrant who shall neglect within five days after receipt of such Warrant to comply with his Duty herein and all and every Person and Persons shall on Demand produce his or their Arms and Ammunition to the Said Officers charged with the Execution of Such Warrants under the Penalty of Five Pounds Current Money for his or their every wilfull neglect or refusal so to do And Whereas on many Occasions Arms Ammunition and military Accoutrements of different Kinds have been delivered out of the public Magazines of this Province and are now dispersed among the Inhabitants and have been Sold or Sent from one to another and it is represented that the Locks have been taken of from many of the Said Arms and put to private Use therefore for discovering the Said Arms Ammunition and Military Accoutrements and Locks and rendering of Service towards Arming the Militia of this Province in this Time of common Danger  Be it Enacted by the Authority aforesaid that the Captain of every Troop or Company of Militia shall within Ten Days after the Publication of this Act issue his Warrant to his Several Corporals to make diligent Inquiry within their Limits for all Arms military Accoutrements and Locks belonging to the Public and the Said Corporals are hereby required as soon as may be after receit of such Warrant to repair to the Habitation of every Housekeeper within their respective Limits and demand of him Such Arms Ammunition Military Accoutrements and Locks as he hath in his Possession belonging to the Public and immediately on Such Demand Such Person shall deliver the Same to the Said Corporals And the Said Corporals shall give Receits for all Such Arms Ammunition military Accoutrements and Locks as Shall be delivered

p. 300

85

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A12

See also original p. 451

# CHAPTER 10.

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE
COLONY OF THE MASSACHUSETTS BAY, IN NEW ENGLAND, AND FOR
REPEALING ALL THE LAWS HERETOFORE MADE FOR THAT PUR-
POSE.

WHEREAS it is not only the interest but the duty of all nations to defend their lives, liberties and properties, in that land which the Supreme Ruler of the universe has bestowed on them, against the un-lawful attacks and depredations of all enemies whatever, especially those who are moved by a spirit of avarice, or despotism ; *and whereas* the honorable American Congress have recommended to the United Colonies to put the militia into a proper state for the defence of America ; *and whereas* the laws now in force respecting the regulation of the militia have been found insufficient for the purposes aforesaid, — *Preamble.*

\* *It is therefore enacted by the Council and House of Representatives in General Court assembled, and by the authority of the same,*

[SECT. 1.]   That the several laws, and the several paragraphs and clauses of all and every the laws, of this colony, enforc[e]ing or any ways relating to the regulation of the militia, be and hereby are re-peal[e]'d, and declared null and void. *Repealing clause.*

*And be it further enacted by the authority aforesaid,*

[SECT. 2.]   That that part of the militia of this colony, commonly called the training-band, shall be constituted of all the able-bodied male persons therein, from sixteen years old to fifty, excepting mem-bers of the American Congress, members of the council and of the house of representatives, for the time being, the secretary of the colony, all civil officers that have been or shall be appointed by the general court or either branch of it, officers and students of Harvard College, ministers of the gospel, elders and deacons of churches, church-wardens, grammar-school masters, masters of arts, the de-nomination of Christians called Quakers, selectmen, for the time being, those who have by commission under any government or congress, or by election in pursuance of the vote of any congress, of the conti-nent, or of this or any other colony, held the post of a subaltern, or higher officer, persons while actually employed as masters of vessels of more than thirty tons burthen, other than fishing vessels and ves-sels coasting in this colony, and to and from this colony to the other New-England governments, constables, and deputy sher[r]if[f]s, negroes, Indians and m[o][u]latoes, and shall be under the command of such officers as shall be chosen, impower[e]'d, and commissioned over them, as is by this act provided ; and the selectmen, or the *The training-band.* *Persons excepted.*

\* [SECT.] 1.

NOTE. — In numbering the sections of this chapter the division of the engrossed act has not been strictly followed, as the numbers there given are placed opposite the first line of the enacting clauses of the respective sections, and, moreover, are not, in all cases, denotative of clearly distinct sections. It has, therefore, been deemed best to give in the margin the numbers of the sections in the engrossment. The word [Sect.] not appearing in the engrossment, nor in the contemporary impression, is, in each instance, enclosed in brackets. Another impression of this act, under the resolve of April 24, 1776, differs from it in several unimportant particulars, which have not been thought of sufficient conse-quence to be noticed here, inasmuch as all differences between the engrossment and the printed act most nearly in conformity thereto, have been carefully noted.

461. Mass.—*General Court, Watertown; A & R Vol. 5, 1886, Ch. 10; Act,*
*Jan. 22, 1776, pp. 445–454.*

Digitized by Google          Original from
                              UNIVERSITY OF CALIFORNIA

**A13**

448      **PROVINCE LAWS. — 1775–76.**      [CHAP. 10.]

[REVOLUTIONARY PERIOD — "COLONY."]

**to be chosen by the company.**

called together by their captain or commanding officer, as soon as may be, for the purpose of choosing one clerk, four serjeants, four corporals, one drummer and one fifer; and when it shall appear to the commission officers of any company that either of said non-commission[e]'d officers shall neglect his duty, they may remove and dismiss him from his office, and call upon their company, including the alarm list, to choose another in the room of such delinquent; and if the said company, being called together for that purpose, shall at any time neglect or refuse immediately to proceed to the choice of one or more non-commission[e]'d officer or officers so order[e]'d to be chosen, the commission officers of such company, or the major part of them, shall, by warrant under their hands, in writing, appoint said non-commissioned officer or officers which the said company shall have refused to choose as aforesaid.

     *• And be it further enacted by the authority aforesaid,*

**Articles of equipments. 10 Allen, 581.**

[SECT. 8.]   That each and every officer and private soldier of said militia, not under the controul of parents, masters or guardians, and being of sufficient ability therefor, in the judgment of the selectmen of the town wherein he has his usual place of abode, shall equip himself, and be constantly provided with, a good fire-arm, with a steel or iron ramrod and a spring to retain the same, a worm, priming-wire and brush, and a bayonet fitted to his gun, a scabbard and belt therefor, and a cutting-sword, or a tomahawk or hatchet, a pouch containing a cartridge-box that will hold fifteen rounds of cartridges, at least, a hundred buck-shot, a jack-knife, and tow for wadding, six flints, one pound of powder, forty leaden balls fitted to his gun, a knapsack and blanket, a canteen or wooden bottle sufficient to hold one quart. And all parents, masters and guardians shall furnish and equip those of the militia which are under their care and command, with the arms, equipments, and accoutrements aforesaid; and where the selectmen of any town shall adjudge any person, belonging to the militia of their town, unable to equip and arm himself, as aforesaid, such selectmen shall, in writing, under their hands, certify the same to the captain or commanding officer in whose company such person may be, and shall, at the expence of such town, provide for, furnish, arm and equip such person with such arms and equipments: which arms so provided by such selectmen shall be the property of the town at whose expence they shall be provided; and if any non-commission[e]'d officer or soldier shall embezzle or destroy the same, he shall be punish[e]'d at the discretion of the justice or court before whom he may be convicted thereof, by paying double the value of the arms or accoutrements so wilfully destroy[e]'d or embezzled; and on default thereof, to be publicly whipp[e]'d not exceeding twenty stripes. And the selectmen of each and every town shall provide at the expence of the colony, and deposit and keep in some safe place for the use of the militia upon an alarm, one sixteenth part so many spades, or iron shovels with handles, and fitted for service, as there are rateable polls in their town; one-half as many narrow axes as spades and iron shovels, and as many pickaxes as narrow axes, — all fitted for service; and, at the cost and charge of their respective towns, one drum and one fife for each company therein. And the freeholders and inhabitants of each and every town in this colony, qualified by law to vote in town meetings, are hereby impower[e]'d, at a meeting regularly warned for that purpose, to raise mon[e]y by tax on the pol[e][l]s and estates of

**Poor persons to be equipped at the expense of their town.**

**Penalties for embezlement of such equipments.**

733968 O - 47 - 15      *• [Sect.] 7.*

223

Digitized by Google      Original from UNIVERSITY OF CALIFORNIA

**A14**

the inhabitants of their towns, to defrey all charges arising on said
towns in consequence of this act.

\* *And be it further enacted by the authority aforesaid,*

[SECT. 9.] That each and every commission officer of said militia
who shall not within one month next after receiving his commission
provide for, arm and equip himself with such arms and accoutre-
ments as [*is*] by this act [is] directed, shall, by order of a court mar-
tial, appointed as by this act is provided, be removed from his office.
And every commission[*e*]'d officer, who shall be deposed from his
office in the militia for neglect of duty, or other misdemeanor, as by
this act is provided, shall receive no benefit from any commission
which he shall be thus incapacitated to execute, to exempt him from
military duty.

*Penalty for com-
mission officers
neglecting to
equip them-
selves.*

† *And be it further enacted,*

[SECT. 10.] That the clerk of each and every company of said
militia shall, once every six months after the time of his choice or ap-
pointment, take an exact list of his company, and of each man's
equipments, respectively, and present the same to the captain or com-
manding officer thereof ; a copy whereof the captain or commanding
officer of said company shall immediately deliver to the colonel or
commanding officer of the regiment he belongs to ; and the colonel
shall, without delay, return the number therein contained to the briga-
dier, and the brigadier shall as soon as may be, return the same to
the first major-general, and he shall forthwith return the same to the
council.

*A return of all
the equipments,
to be made every
six months.*

‡ *And be it further enacted by the authority aforesaid,*

[SECT. 11.] That every brigadier shall review each regiment of his
brigade twice a year, and oft[e]ner if the council shall order it, and
on default thereof shall be liable to be removed from his office ; and
when the captain or commanding officer of any company of such mili-
tia shall choose to call his company together, or shall be order[e]'d
by his superior officer to do it, to examine their arms, or instruct
them in the exercises which, from time to time, shall by the general
court be order[e]'d for them, he shall notify and warn them of the
time and place of meeting, in such manner as his colonel shall appoint
therefor ; and each and every company shall be muster[e]'d eight
times a year, at least, including their regimental musters.

*Each brigadier
to review his
brigade twice a
year.*

*Each company
to be mustered
eight times a
year.*

§ *And be it further enacted,*

[SECT. 12.] That, if the commanding officer of any regiment shall
neglect to call his regiment together at such time and place and in
such manner as his brigadier shall order, and be thereof convicted
before a court-martial, appointed as is in this act provided, he shall
be liable to be removed from his office ; and if any captain or subal-
tern shall prove disobedient on a training, or muster[*ing*]-day, or
shall not draw out the company he commands, being order[*e*]'d by his
superior officer thereto, he shall be liable to be removed from his office
by a court-martial appointed as by this act is provided ; and when
any commission officer shall be removed from his office as aforesaid,
he shall be held incapable of holding any military office, in said militia,
for the space of three years next after sentence declared against him ;
and when any captain or subaltern shall be removed from his office as
aforesaid, the commanding officer of the company wherein such inca-
pacitated person used last to command, shall call the company to-
gether, including the alarm list, and direct them, in the presence of

*Penalty for
colonels neglect-
ing to call their
regiments
together.*

\* [Sect.] 8.     † [Sect.] 9.     ‡ [Sect.] 10.     § [Sect.] 11.


Digitized by Google      Original from
UNIVERSITY OF CALIFORNIA

A15

Case 1:19-cv-00578-JMS-RT   Document 94-1   Filed 06/04/21   Page 43 of 65   PageID.898



# Perpetual Laws,

## Of the Commonwealth of Maffachufetts.

### PART VII.

### *Militia Regulations.*

An Act for regulating and governing the Militia of the Commonwealth of *Maffachufetts*, and for repealing all Laws heretofore made for that Purpofe.

**Preamble.**

*W* H E R E A S *the laws now in force for regulating the militia of the Commonwealth, are found to be infufficient for the faid purpofe* :

**Laws heretofore made for regulating the militia, repealed.**

I. *Be it therefore enacted by the Senate and Houfe of Reprefentatives, in General Court affembled, and by the authority of the fame.* That the feveral laws heretofore made for regulating the militia aforefaid, be, and hereby are repealed.

**Provifo.**

*Provided neverthelefs,* That all actions and proceffes commenced and depending in any Court within this Commonwealth, upon or by force of the faid laws, fhall, and may be fuftained and profecuted to final judgment and execution ; and that all officers elected, appointed and commiffioned agreeably to law, fhall be continued in commiffion, and hold their refpective commands in the militia, in the fame manner as they would in cafe the faid laws were ftill in force.

II.

468. Mass.—*General Court; Perpetual Laws, Adams & Nourse, 1789; Part VII, Mil. Regs. pp. 338-343.*

Digitized by 

Original from
UNIVERSITY OF CALIFORNIA

**A16**

*Militia   Regulations.*

one pound of powder, forty leaden balls fuitable for his fire-arm, a
haverfack, blanket and canteen ; and if any non-commiffioned offi- <span style="font-size:small">Fine for non equipment.</span>
cer or private foldier fhall negleĉt to keep himfelf fo armed and
equipped, he fhall forfeit and pay a fine not exceeding *three pounds,*
in proportion to the value of the article or articles in which he fhall
be deficient, at the difcretion of the Juftice of the Peace before
whom trial fh..l be had.

XIV. *And be it further enacted by the authority aforefaid,* That <span style="font-size:small">Parents, mafters and guardians, to equip thofe under their care under the like penalties.</span>
all parents, mafters and guardians, fhall furnifh thofe of the faid
militia who fhall be under their care and command, with the arms
and equipments afore-mentioned, under the like penalties for any
negleĉt.

XV. *And be it further enacted by the authority aforefaid,* That <span style="font-size:small">Perfons unable felves, to be provided by the town.</span>
whenever the felectmen of any town fhall judge any inhabitant
thereof, belonging to the faid militia. unable to arm and equip
himfelf in manner as aforefaid, they fhall, at the expence of the
town, provide for and furnifh fuch inhabitant with the aforefaid
arms and equipments, which fhall remain the property of the town
at the expence of which they fhall be provided ; and if any foldier
fhall embezzel or deftroy the arms and equipments, or any part
thereof, with which he fhall be fo furnifhed, he fhall upon convic- <span style="font-size:small">Soldiers embezzling or deftroying their arms, &c. how punifhed upon conviction.</span>
tion before fome Juftice of the Peace in the county where fuch of-
fender fhall live, be adjudged to replace the article or articles which
fhall be by him fo embezzeled or deftroyed, and to pay the coft
arifing from the procefs againft him ; and in cafe he fhall not with-
in fourteen days after fuch adjudication againft him perform the fame, <span style="font-size:small">In cafe.</span>
it fhall be in the power of the felectmen of the town to which he
fhall belong, to bind him out to fervice or labour, for fuch term of
time as fhall in the difcretion of the faid Juftice, be fufficient to
procure a fum of money equal to the amount of the value of the
article or articles embezzeled or deftroyed, and to pay the coft
arifing as aforefaid.

<span style="background-color:yellow">XVI. *And be it further enacted by the authority aforefaid,* That <span style="font-size:small">Officers to call together the train-band four days in a year, and the alarm-lift once a year.</span>
every captain or commanding-officer of a company, fhall call the
train-band of his company together four days in a year, and oftener
if he fhall judge neceffary, not exceeding fix days in the whole, for
the purpofe of examining their arms and equipments, and inftruĉt-
ing them in military exercifes ; and fhall alfo once in a year, on a
day when he fhall mufter the train-band of his company, call to-
gether the alarm-lift belonging to his company, within the limits
of the town of which they fhall be inhabitants, for the purpofe of
examining their arms and equipments.</span>

XVII *And be it further enacted by the authority aforefaid,* That <span style="font-size:small">Manner of calling together militia companies.</span>
when any captain or commanding officer of a company fhall think
fit to mufter or call his company together, he fhall iffue his orders
therefor to one or more of his non-commiffioned officers, if he fhall
have any, otherwife to one or more of the private foldiers belong-
ing to his company, directing him or them to notify and warn the
faid company to appear at fuch time and place as fhall be appointed,
and with fuch arms and equipments as fhall be mentioned in the

O o o o                                  faid

 Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A17**

the Public Treasury of the same, and the other moiety to and for the Benefit of the Town, where the Offense is Committed after deducting the reasonable Charges of Prosecution.   This Act to be in force until the Twentieth Day of November next, and no longer.

## [CHAPTER 3.]

{ *State of* }
{ *New Hampshire.* }

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE STATE OF NEW HAMPSHIRE IN NEW ENGLAND, AND FOR REPEALING ALL THE THE LAWS HERETOFORE MADE FOR THAT PURPOSE.

[Passed Sept. 19, 1776.  Original Acts, vol. 7, p. 15 ; recorded Acts, vol. 3, p. 271.  Laws, 1780 ed., p. 36.   Repealed March 18, 1780.   See resolutions of March 19, 1777 and Dec. 25, 1778.  Laws, 1780 ed., pp. 90, 145.   See additional act of June 26, 1779.  For analysis of the militia laws of the province period, consult Fry, "New Hampshire as a Royal Province," p. 473 ; Potter, "Military History of New Hampshire," pp. 1-263 ; "History of the 17th N. H. Regiment, War of 1861-5," Ch. 38, p. 213.]

Whereas it is not only the Interest but the Duty of all Nations to defend their Lives, Liberties and Properties in that Land which the Supreme Ruler of the Universe has bestowed on them, against the unlawful attacks and Depredations of all Enemies whatever ; especially those who are moved by a Spirit of Avarice or Despotism :—And whereas the Honorable American Congress have recommended to the United Colonies, to put the Militia into a proper State for the Defence of America :—And whereas the Laws now in Force, respecting the Regulation of the Militia, have been found insufficient for the Purposes aforesaid.

1st   It is therefore enacted by the Council & House of Representatives in General Court Assembled, And by the Authority of the same, that the several Laws and the several Paragraphs and Clauses of all and every the Laws of this State enforceing, or any Ways relating to the Regulation of the Militia, be and hereby are repealed & declared null and void.

And be it further enacted by the Authority aforesaid That that part of the Militia of this State commonly called the Training Band, shall be constituted of all the able-bodied Male persons therein, from sixteen Years old to fifty excepting Members of the American Congress, Members of the Council and of the House of Representatives for the time being, the Secretary of the Colony, all Civil Officers that have been or shall be appointed by the General Court, or either Branch of it, Officers and Students of

517. N. H.—*General Assembly, Exeter; Laws, Metalf, Vol. 4, 1916; Act, Sept. 19, 1776, pp. 39-57.*

728087 O - 47 - 6

Digitized by Google                        Original from
                                    UNIVERSITY OF CALIFORNIA

**A18**

be publickly whipped not exceeding twenty stripes: And the Selectmen of each and every Town shall provide at the Expence of the Colony and deposit and keep in some safe Place for the Use of the Militia upon an Alarm—one sixteenth part so many Spades, or Iron Shovels with Handles and fitted for Service, as there are Rateable Polls in their Town; one half as many narrow Axes, as Spades and Iron Shovels, and as many Pick Axes, as narrow Axes all fitted for Service:—And at the Cost and Charge of their respective Towns, one Drum and one Fife for each Company therein. And the Freeholders & Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town Meetings, are hereby impowered at a Meeting regularly warned for that purpose, to raise Money by Tax on the Polls and Estates of the Inhabitants of their Towns to defray all charges arising on said Towns in Consequence of this Act.—

7.   And be it further enacted by the Authority aforesaid, That each and every Commission Officer of said Militia, who shall not within one Month next after receiving his Commission, provide for, arm and equip himself with Such Arms and Accoutrements, as is by this Act directed, shall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every Commissioned Officer, who shall be deposed from his Office in the Militia for Neglect of Duty, or other Misdemeanor, as by this Act is provided, shall receive no Benefit from any Commission, which he shall be thus incapacitated to execute to exempt him from Military Duty.

8.   And be it further enacted, That the Clerk of each and every company of said Militia, shall once every six months after the Time of his Choice or Appointment, take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof; a Copy whereof the Captain or commanding Officer of said Company, shall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to; and the Colonel shall without delay return the Number therein contained to the Major General, and he shall forthwith return the same to the Council.—

9.   And be it further enacted by the Authority aforesaid, That when the Captain or commanding Officer of any Company of Militia in this Colony, shall choose to call his Company together, or shall be ordered by his Superior Officer to do it, to examine their Arms, or instruct them in the Exercises, which from Time to Time shall by the General Court be ordered for them, he shall notify and warn them of the Time and Place of Meeting, in such manner as his Colonel shall appoint therefor, and each and every Company shall be mustered eight Times a Year at least, including their Regimental Musters.

10.   And be it further enacted, that if the commanding Officer of any Regiment shall neglect to call his Regiment together at

 Digitized by Google     Original from UNIVERSITY OF CALIFORNIA

A19

166 ACTS PASSED V. INDEPENDENCE, *A. D.* 1781.

### C H A P. CCXLII. See in general

*\* An ACT for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

Passed Jan. 8, 1781.

Preamble.

WHEREAS the several Laws heretofore made for the Government of the Militia, and for the Purpose of directing the internal Force of the State to the Preservation and Safety of the same, have been found inadequate to these important Purposes, and have become, from their Number and Diversity, difficult to be understood and executed; Therefore,

Militia, how to be divided.

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That, from and after the Publication of this Act, the Militia of this State shall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen, Essex, Morris, Suffex,* and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Northern and Eastern Side of *Raritan* River, and of the South Branch of the same, shall compose the upper Brigade; the Militia of the Counties of *Monmouth, Hunterdon* and *Burlington,* and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Southern and Western Side of the said River *Raritan,* and of the South Branch of the same, shall compose the middle Brigade; and the Militia of the Counties of *Gloucester, Salem, Cape-May* and *Cumberland,* shall compose the lower Brigade.

Brigades, by whom to be commanded.

2. AND BE IT FURTHER ENACTED, That each Brigade shall be commanded by a Brigadier or Colonel Commandant, who shall be the eldest Colonel, and if there is no Colonel, the eldest Lieutenant-Colonel of the Regiments which compose the Brigade, to be determined by the Date of their several Commissions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, shall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

Regiments, how to be officered.

3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion shall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and also with an Adjutant, who shall be taken from the Line, and rank as First Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermaster, who shall also be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumstances will admit, a Surgeon; which Regimental Staff-Officers shall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion shall appoint a Sergeant-Major. PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commissioned in any Regiment or Battalion both shall be continued, but Vacancies happening in the Office of Second Major, shall not hereafter be supplied.

Proviso.

4. AND

\* See a Supplement to this Act, Chap. CCCXIX.

259. N. J.—*General Assembly, Trenton; A & L, P. Wilson, 1784; Act, Jan. 8, 1781, pp. 166–181.*

67

Generated on 2020-08-19 16:57 GMT / https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

A20

## WILLIAM LIVINGSTON, Esquire, Governor. 169

Members of the Legiflative-Council and General Affembly, the Judges and Juftices of the Supreme and Inferior Courts, the Judge of the Court of Admiralty, the Attorney-General, the Secretary, the Treafurer, the Auditor of Accounts, the Clerks of the Council and General Affembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Superintendant of Purchafes, the County Contractors, Poftmafters, Minifters of the Gofpel of every Denomination, the Prefident, the Profeffors and Tutors of Colleges, Sheriffs, Coroners, one Conftable for each Townfhip, to be determined by the Court of Quarter-Seffions of the County, two Ferrymen for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, Slaves, and every Perfon exempted by any particular Law of this State, fhall not be borne on any fuch Lifts or Rolls, or be fubject to Military Duty.

11. AND BE IT ENACTED, That every Perfon enrolled as aforefaid, fhall conftantly keep himfelf furnifhed with a good Mufket well fitted with a Bayonet, a Worm, a Cartridge-Box, twenty-three Rounds of Cartridges fized to his Mufket, a Priming-Wire, Brufh, fix Flints, a Knapfack and Canteen, under the Forfeiture of *Seven Shillings and Six-pence* for Want of a Mufket, and *One Shilling* for Want of any other of the aforefaid Articles, whenever called out to Training or Service ; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Perfon be furnifhed as aforefaid with a good Rifle-Gun, the Apparatus neceffary for the fame, and a Tomahawk, it fhall be accepted in Lieu of the Mufket and the Bayonet and other Articles belonging thereto.

*Arms and Ac-coutrements to be procur-ed by each Man.*

*Penalty on Neglect.*

*Provifo.*

12. AND BE IT ENACTED, That each Perfon enrolled as aforefaid, fhall alfo keep at his Place of Abode one Pound of good merchantable Gunpowder, and three Pounds of Ball fized to his Mufket or Rifle, and for Want of either fhall forfeit the Sum of *Three Shillings*, to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Perfon enrolled as aforefaid fhall, by a Majority of the commiffion-ed Officers of the Company to which he may belong, be deemed and adjudged unable to purchafe the Arms, Accoutrements, and Ammuniti-on above fpecified, he fhall be exempted from the Forfeiture for any De-ficiency therein until he can procure them, or they are provided for him.

*Ammunition to be kept by each Man.*

*Provifo.*

13. AND BE IT FURTHER ENACTED, That the Captain or Com-manding Officer of each Company fhall, once in every four Months, or-der a Sergeant to call at the Place of Abode of each Perfon enrolled as aforefaid, for the Purpofe of examining the State of his Arms, Accou-trements, and Ammunition, of which the Sergeant fhall make exact Re-port to the Officer iffuing the Orders, and if the Captain fhall neglect his Duty herein he fhall forfeit *Six Pounds ;* and if any Sergeant fhall ne-glect his Duty in this Refpect he fhall forfeit and pay for each Offence the Sum of *Three Pounds*, to be recovered and applied as herein after is directed ; and for this Service he fhall receive the Sum of *Three Shillings and Nine-pence* for each Day he fhall be neceffarily engaged therein, to be paid by the Treafurer of the Regiment, on an Order from the Captain or Commanding Officer of the Company, certifying the Number of Days the Sergeant was on the Duty, the Treafurer taking the Sergeant's Re-ceipt on the Back of the Order for the fame.

*Sergeants to examine and report State of Arms, &c.*

*Penalty for Neglect.*

*Wages for this Service.*

Z z

14. AND

Digitized by 

Original from
HARVARD UNIVERSITY

A21

170   ACTS passed V. INDEPENDENCE, *A. D.* 1781.

*Days of mustering in Companies.*

14. And be it further Enacted, That each Company fhall affemble, properly armed and accoutred, not later than ten o'Clock in the Forenoon of the firft *Monday* in the Months of *April* and *September* every Year, at fuch Place as the Commanding Officer of the Company fhall appoint, and there fpend the Remainder of the Day in Training and Exercife, and that the Penalty in cafe of Abfence fhall be as follows: On

*Penalty in cafe of Abfence.*

a Captain, *Three Pounds*; on a Lieutenant or Enfign, *Forty Shillings*; on a Non-commiffioned Officer or Private, any Sum not under *Five Shillings* nor more than *Forty Shillings*; and in due Proportion for attending later than the Hour above limited.

*Days of Regimental Mufters.*

15. And be it further Enacted, That each Regiment or Battalion fhall affemble, properly armed and accoutred, twice in a Year, *videlicet,* On the firft *Monday* in *June* and *November*, at fuch Hour and Place as the Field Officers, or a Majority of them, fhall appoint, for the Purpofe of Training and Exercife; and the Colonel or Commanding Officer, after parading his Regiment or Battalion, fhall require from the

*Returns of Companies to be required and made.*

Captain or Commanding Officer of each Company a Return of the commiffioned and Non-commiffioned Officers and Privates of his Company, and a State of their Arms, Accoutrements, and Ammunition; and if the Captain or Commanding Officers of Companies fhall neglect or re-

*Forfeitures.*

fufe to make fuch Return, they fhall forfeit for each Neglect or Refufal the Sum of *Six Pounds*; and the Penalty in cafe of Abfence on the Day of Regimental Training or Review fhall be as follows: On a Colonel or Lieutenant-Colonel Commandant, *Ten Pounds*; on a Lieutenant-Colonel, *Eight Pounds*; on a Major, *Six Pounds*; on a Captain or Adjutant, *Five Pounds*; on a Lieutenant, Quartermafter, or Enfign, *Three Pounds*; on Non-commiffioned Officers and Privates, any Sum not lefs than *Ten Shillings* nor more than *Three Pounds*; and in due Proportion for attending later than the Hour fpecified in the Order for Meeting; to be recovered

*Provifo.*

and applied as herein after is directed. Provided always, That if the local Situation of the Companies compofing any Regiment or Battalion be fuch as may render it inconvenient to affemble the Whole at the fame Time and Place, it fhall and may be lawful for the Field-Officers, or a Majority of them, to affemble fuch Regiment or Battalion by Parts, at different Times, and in different Places, each Part being affembled twice in a Year.

*Returns of Regiments to be made and when, and Penalties for Neglect.*

16. And be it further Enacted, That the Colonel or Commanding Officer of each Regiment or Battalion fhall make Returns of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *July* and *December*, yearly, and every Year, to the Brigadier or Commanding Officer of the Brigade to which fuch Regiment may belong, under the Penalty of *Twenty Pounds,* and fhall alfo make Return in the faid Months, of the State of the Magazines of Arms, Accoutrements and Ammunition belonging to his Regiment or Battalion, to the Keeper of the Magazine or Commiffary of Military Stores of the State for the Time being, under the Penalty of *Twenty*

*Of Brigades.*

*Pounds*; and the Brigadier or Commanding Officer of each Brigade fhall make Return of his Brigade to the Major-General, in the Months of *Ja-*

*Of the Whole of the Militia.*

*nuary* and *Auguft*, every Year, under the Penalty of *Twenty-five Pounds*; and the Major-General fhall make Returns to the Governor or Commander in Chief of the State, in the Months of *February* and *September*, every Year, under the Penalty of *Fifty Pounds* for each Default: Which

feveral

71

Generated on 2020-08-19 16:56 GMT  /  https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



Original from
HARVARD UNIVERSITY

A22

940     LAWS OF NORTH CAROLINA—1774.

heretofore had, held, and enjoyed, due respect being had to the several limitations and Restrictions in this law heretofore mentioned.

XLIII. And be it further enacted by the Authority aforesaid, that the time elapsed since the expiration of the late Inferior Court Law to the passing of this Act, shall not be allowed of in any Plea of Limitation, or in the computation of time allowed for proving accounts under the Act ascertaining the method of proving Book debts.

XLIV. And be it further enacted by the Authority aforesaid, that the Sheriff of each respective County of this Province shall five days at least before the sitting of each respective Inferior Court to be held after the passing of this Act Summon Twenty-four Freeholders to serve on the Grand Jury, and Twelve Freeholders to serve on the Petit Jury to attend at such Court respectively which said Jurors shall appear and give their attendance accordingly till discharged by the Court, and that there may not be a default of Jurors, it shall and may be lawful during the sitting of the Court for the Sheriff by order of the said Court to summon of the by-standers other Jurors to serve on the Petit Jury from day to day, and on any day of the said Court the Justices may discharge those who have served the preceding day.

XLV. And to enforce the attendance of Jurymen at the said Court, Be it enacted by the Authority aforesaid, that every Person, who shall hereafter be summoned in virtue of this Act to appear either as a Grand or Petit Juror at any of the said Courts and shall fail to appear and give his attendance till discharged by order of the Court, such Person so failing to appear or give his attendance till discharged, shall be fined forty shillings by the Justices of the said Court to be applied towards defraying the charges of the County and lessening the County tax, unless he shall shew sufficient cause to the next succeeding Court for such failure.

XLVI. And be it further enacted by the Authority aforesaid, that this Act shall continue and be in force during the Term of one year, and from thence to the end of the next Session of Assembly, and no longer.

---

### CHAPTER II.

#### An Act to Establish a Militia for the Security and Defence of this Province.

Whereas a Militia may be necessary for the defence and safety of this Province.

I. Be it Enacted by the Governor, Council and Assembly and by the Authority of the same That all Freemen and Servants within this province between the Age of Sixteen and Sixty shall compose the Militia thereof and that the several Captains of the same shall Enroll the names of all such Freemen and Servants of which their several Companies consist and shall at their respective General Musters return a Copy thereof to the Colonel of their respective Regiments under the Penalty of Five Pounds Proclamation money to be levied by a Warrant of Distress from the Colonel of their Regiment directed to the Sheriff of the County to which the said Regiment belongs which Sheriff shall be paid out of the said Penalty the sum of ten Shillings: and in case any Sheriff shall neglect or refuse to serve such Warrant he shall forfeit and pay the sum of five pounds to be recovered by action of Debt in any court of Record and be applied as hereinafter directed which Copy so returned shall by every Colonel be returned to the Governor or Commander in Chief for the time being under the like Penalty and that all persons after being so Enrolled who shall at any time (Unless

283. N. C.—*Assembly, New Bern; Recs. Clark, Vol. 23, 1904, Ch. II; Act, Mar. 2, 1774, pp. 940–945.*

Digitized by Google     Original from UNIVERSITY OF CALIFORNIA

**A23**

## LAWS OF NORTH CAROLINA—1774. 943

A Colonel p. day........................................... 12s 6d
A Lieutenant p. day....................................... 10s
A Major p. day............................................ 10s
A Captain p. day.......................................... 7s 6d
An Aujutant p. day........................................ 7s 6d
A Lieutenant and Chirurgeon each p. day.................. 5s
An Ensign p. day.......................................... 4s 6d
A Clerk p. day............................................ 4s
A Serjeant p. day......................................... 4s
A Corporal and Drummer each p. day...................... 3s
Every private Man p. day................................. 2s
And Eight pence p. day to the Commanding Officer for victualing each Man.

X. And be it further Enacted by the Authority aforesaid, That every Captain of a Company shall once within every Six Months at such times and places within their Several Districts as their respective Colonels shall appoint muster his Company and see that every Soldier in his said Company be furnished with such Arms, Ammunition and Accoutrements as in and by this Act is directed under the Penalty of three pounds for each Muster he shall neglect to be levied by a Warrant of Distress from the Colonel or Commanding Officer of the County in Manner aforesaid and be applied as by this Act is directed and that each and every Company shall consist of not less than fifty men exclusive of Officers.

XI. And be it further Enacted by the Authority aforesaid, That all Officers of the Militia shall be resident in the County for which they are appointed Officers.

XII. And be it further Enacted by the Authority aforesaid, That if any Soldier shall during the time of Muster resist his Commanding Officer or refuse his Lawful Commands such Soldier shall be punished at the discretion of his officer by being tied Neck and Heels not exceeding fifteen minutes, picqueted or ride the Wooden horse and if any Officer or Soldier shall refuse to Carry such Commands into execution he or they so offending shall forfeit and pay the sum of five pounds Proclamation Money to be levied by a Warrant from any Field Officer in the Regiment and applied as other Fines mentioned in this Act.

XIII. And be it further Enacted by the Authority aforesaid, That if any Number of Men not less than thirty nor exceeding Sixty including officers belonging to any of the Regiments within this province shall desire to form themselves into a Troop of Horse it shall and may be lawful for such persons by and with the Assent of the Colonel of the Regiment to form themselves into a Troop and give a list of their names to the Colonel who shall forthwith return the same under his Hand and Seal to the Governor or Commander in Chief of this province for the time being and it shall and may be lawful for the said Governor or Commander in Chief to appoint and Commissionate a Captain, Lieutenant and Cornet to the said Troop and when the Commanding Officers of the said Troop are ready and shall Exercise the said Troop and not before the Persons so Enrolled in the said Troop shall be and are Exempt from their Service in the foot Companies. And the Officers and private men of the said Troop shall afterwards be subject to Muster as many times as well with regard to private Musters as to General Musters of the County and under the same penalties as in and by this Act is before directed for the foot Muster.

XIV. And be it further Enacted by the Authority aforesaid, That every Trooper shall be provided with a good serviceable Horse not less than


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A24**

Generated on 2020-08-19 15:52 GMT / https://hdl.handle.net/2027/ucl.d0009198250
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

See in general and
especially original
pp. 422, 423, 430,
and following

402                    *Militia.*

Court proper to try the fame ; one moiety
thereof to the ufe of the perfon who fhall
fue for the fame, and the other moiety to and
for the ufe of the State.

*Officers to profe-*
*cute for the fame.*
Sec. 2. *And be it further enacted,* That
it fhall be the duty of the officers from
whom any fines, forfeitures or penalties may
be withholden or detained, to collect the
fame in the due courfe of law, and to profe-
cute for the breaches of this act in manner
aforefaid.

*Justices to make*
*return of fines to*
*the General-*
*Treafurer.*
Sec. 3. *And be it further enacted,* That
every Juftice of the Peace and Warden fhall
annually, at the May feffion of the General
Affembly, make return to the General-Trea-
furer whether he hath collected any fines
due to the State during the laft year, and
until that time, and the amount and circum-
ftances of fuch fines, if any, by him collected,
and fhall pay over the fame to the General-
*On neglect, ren-*
*dered ineligible.*
Treafurer ; and that if any Juftice of the
Peace or Warden fhall neglect to make re-
turn as aforefaid, or fhall neglect to pay over
the fines by him collected, he fhall be ineligi-
ble to the faid office of Juftice of the Peace
or Warden.

---

1718.
1736.
1740. Pre-
      amble.
1744.
1745.
1754.
1755.
1756.
1758.
1767.
1771.

*An Act to organize the Militia of this State.*

WHEREAS by the Conftitution of the
United States, the Congrefs have
power to provide for organizing, arming
and difciplining the militia, and for govern-
ing fuch part of them as may be employed
in the fervice of the United States ; referv-
ing to the States refpectively the appoint-
ment of the officers, and the authority of
training the militia according to the difci-
pline

465. R. I.—*General Assembly; Pub. Laws, Carter & Wilkinson, 1798; Act,*
*reenacted Jan. 1798 with marginal annotations including 1718, 1736, 1740,*
*1744, 1745, 1754, 1755, 1756, 1758, 1767, 1771. pp. 422–442.*

215

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A25

484                    *Militia.*

it shall be the duty of the Commanding Officer of every company to make a return of the same to the Commandants of their respective regiments, who shall make returns of their respective regiments to the Brigadier-Generals : And where said companies or regiments are not respectively attached to any regiment or brigade, returns shall be made to the Adjutant-General. And it shall be the duty of the Brigade-Major of such brigade, to form a brigade return, and transmit the same to the Adjutant-General, who shall, from the several returns thus made, form a general return, and present the same to his Excellency the Commander in Chief of the State, and a copy thereof to the Major-General; and transmit another duplicate thereof to the President of the United States; and that the general return aforesaid, and the copies thereof, be made, presented and transmitted as aforesaid, on or before the first day of January, annually.

**Times, &c. of training.**   Sec. 9. *And be it further enacted,* That on the first Wednesday in April, and on the second Wednesday in September, in every year, the militia of this State shall meet by companies (unless the weather on those days shall be foul, in which case they shall meet on the next fair day) for the purpose of training, disciplining and improving them in martial exercise; and in the month of October, in every year, in regiment or battalion; and that the places of rendezvouzing by companies be appointed by the Commanding Officers of the respective companies; the places of regimental or battalion rendezvous, by the Commandants of the regiments respectively; and the days of regimental

227

Generated on 2020-08-19 15:49 GMT / https://hdl.handle.net/2027/uc1.d0009198250
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF CALIFORNIA

A26

*Militia.* 435

regimental or battalion rendezvous, by the respective Brigadiers.

Sec. 10. *And be it further enacted,* That it shall be the duty of the Brigade-Major of each brigade, to furnish a copy of all orders for muster to the Commandants of regiments within each respective brigade; and of the Adjutant of each regiment to furnish a copy of all orders for muster from the Commandants thereof, to the Commanding Officers of the respective companies.

*Orders for mustering, by whom to be furnished.*

Sec. 11. *And be it further enacted,* That whenever the Commanding Officer of any company shall receive orders from his Brigadier, or the Commandant of his regiment, he shall issue his warrant for the assembling of his company, at least ten days before the time appointed for muster, directed to one or more non-commissioned officer or officers, private or privates, by him specially appointed, requiring him or them to warn the men of said company, either in general or in districts, to be by him assigned, to assemble, at the time and place appointed therein, equipped according to law. And the warning officer aforesaid shall warn the men as aforesaid, either by personal notice, or by leaving word at their usual places of abode, six days before, and shall return his warrant, with the name of every man so warned, to the said Commanding Officer, one day before the day of assembling, as aforesaid.

*Companies, how to be warned.*

Sec. 12. *And be it further enacted,* That the Commanding Officers of the several companies of militia in this State shall take post according to the dates of their respective commissions, and that their companies shall

*Post of captains and companies.*

228


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A27

Case 1:19-cv-00578-JMS-RT   Document 94-1   Filed 06/04/21   Page 55 of 65   PageID.910

shall take post with them in the same station when on parade.

**Commanding Officer may punish for disorderly behaviour, &c.**

Sec. 13. *And be it further enacted,* That
when the militia, or any part of them, shall
be assembled together for review or training, it shall be in the power of the Commanding Officer present to punish all disorders, or breaches of military order and
discipline, whether in non-commissioned officers or privates, by immediately putting
the offender under guard, for a space of
time not exceeding twelve hours, or by
fining him, not exceeding six dollars, at
the discretion of the said Commanding Officer; which fine shall be certified by the
officer inflicting the same, to some one Justice of the Peace, and collected, paid over
and appropriated, in the manner prescribed
by the fifteenth section of this act. And
if any commissioned officer shall behave in
a disorderly or insolent manner, when the
militia, or any part of them, shall be assembled as aforesaid, the said officer shall be
liable to be arrested and tried for such behaviour by a Court-Martial, and if found
guilty, shall be broken.

**Fines for non-appearance at the rendezvous.**

Sec. 14. *And be it further enacted,* That
every non-commissioned officer or private,
who shall neglect to appear (being first legally warned) at the regimental or battalion
rendezvous, shall forfeit two dollars for
every day of such neglect; and every one
who shall neglect to appear (being first legally warned) at the company parade, shall
forfeit one dollar and fifty cents for every
day of such neglect; and if he shall not be
armed and equipped according to the said
act of Congress, when so appearing, in case
he shall have resided in this State six months,
and

**For not being equipp.d.**

229

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

Generated on 2020-08-19 15:51 GMT  /  https://hdl.handle.net/2027/uc1.d0009198250
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

A28

and shall not, within ten days after such rendezvous or parade, produce to the Commanding Officer of his company a certificate from the Clerk of the Town-Council of the town, that he had been adjudged by said Town-Council unable to arm and equip himself, he shall, for appearing without a gun, forfeit twenty-five cents; without a bayonet and belt, eight cents; without a cartouch-box and cartridges, eight cents; without a knapsack, four cents; and without flints, priming-wire and brush, four cents.

Sec. 15. *And be it further enacted,* That at the expiration of ten days after such rendezvous or parade, the Commanding Officer of every company shall deliver to some one Justice of the Peace, residing in the same town, a copy of his warrant, and of the return of the warning officer thereon, together with a list of the delinquents, in not appearing at the rendezvous or parade as aforesaid, and of the delinquents, in not being equipped in the articles enumerated in the preceding section of this act, and of the articles of equipment aforesaid in which they shall have been deficient, and of such offenders as he shall fine, or shall incur a fine, by virtue of the provisions of the thirteenth or eighteenth section of this act, who shall not have paid their fines to said Commanding Officer, or shall not have rendered to him a satisfactory excuse for their delinquencies; and the said Justice of the Peace shall, within ten days after he shall have received such copy and list from such Commanding Officer, issue his warrant against each of such delinquents or offenders, directed to the Town-Sergeant or either of the Constables of said town,

Fines, how collected.

230

Generated on 2020-08-19 15:51 GMT / https://hdl.handle.net/2027/uc1.d0009198250
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A29**

**666**

A. D. 1778.

See also original pp. 667, 672, 674, 677, 678, 679

# APPENDIX.

*Acts relating to the Militia.*

the public, furnish the said company with an artillery chest and proper carriages, such as powder carts and ammunition wagons.

General issue may be pleaded.

VIII. *And be it further enacted* by the authority aforesaid, That if any person or persons whosoever, shall be sued, impleaded, molested or prosecuted for any matter, cause or thing whatsoever, done or executed, or caused to be done and executed, by virtue of or in pursuance of this Act, such person or persons may plead the general issue, and give this Act and the special matter in evidence ; and in case the plaintiff or prosecutor shall suffer a discontinuance, or become non-suit, or a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit, for which the court where such prosecution shall be brought, is hereby fully authorized to give judgment and award execution accordingly.

IX. *And it is hereby also enacted* by the authority aforesaid, That this Act shall be and continue of force for and during the term of four years, and from thence to the end of the next session of the General Assembly, and no longer.

B. SMITH, *Speaker.*

*In the Council Chamber, the* 31st *day of July,* 1760.

*Assented to :*   WM. BULL

---

No. 1076. AN ACT FOR THE REGULATION OF THE MILITIA OF THIS STATE ; AND FOR REPEALING SUCH LAWS AS HAVE HITHERTO BEEN ENACTED FOR THE GOVERNMENT OF THE MILITIA.

Preamble.

WHEREAS, the establishment of a well regulated militia in a free State, will greatly conduce to its happiness and prosperity, and is absolutely essential to the preservation of its freedom ; and *whereas*, it is necessary that the laws hitherto enacted for the regulation of the militia of this State, be amended and reduced into one body, for the satisfaction and better information of individuals, and for the interest of the community.

Militia divided into brigades, regiments and companies.

I. *Be it therefore enacted*, by his Excellency Rawlins Lowndes, Esqr., President and Commander-in-chief in and over the State of South Carolina, by the Honorable the Legislative Council and the General Assembly of the said State, and by the authority of the same, That as soon as conveniently may be, after the passing of this Act, the whole militia of this State shall be divided into three brigades ; and there shall be a Brigadier-General and a Major of Brigade appointed to each ; and the several regiments of militia in this State, consisting of more than twelve hundred men, shall be divided into regiments of not less than six hundred men each, by the majority of the field officers of the regiments so to be divided and those appointed to such new regiments, and who are hereby empowered

308. S. C.—*General Assembly; Statutes, Vol. 9, D. McCord, 1841; Act, Mar. 28, 1778, pp. 666–682.*

61

Digitized by    Original from UNIVERSITY OF CALIFORNIA

**A30**

## APPENDIX.

A. D. 1778.

*Acts relating to the Militia.*

Fines, how to
be applied.

X. And *be it further enacted* by the authority aforesaid, That all fines which are inflicted under this Act for any sum not exceeding ten pounds, shall be applied by the majority of the officers of the company in which the persons paying them are, towards purchasing drums, fifes, standards and other necessaries for the said company ; and the purchasing of arms, ammunition and accoutrements for such persons belonging to such companies respectively, as shall on oath make it appear they cannot purchase the same without distressing their families. *Provided, nevertheless,* that such persons so furnished, shall return the same on removing out of the beat of such company, on pain of forfeiting for neglect thereof, seventy-five pounds, currency, to be recovered as all fines under six pounds, are recoverable by this Act. And that all fines recovered in any regiment in the county above ten pounds, shall be paid by the commanding-officer, once a year, into the treasury of this State, for the use thereof ; and those above ten pounds recovered in any regiment of Charlestown, shall by the commanding officer be paid at the end of every six months, into the treasury, for the use aforesaid : *Provided, nevertheless,* That the major of each regiment shall receive and pay, in like manner, all fines and forfeitures incured by his commanding officer.

Returns to be
made.

XI. And *be it further enacted* by the authority aforesaid, That every captain of every regiment of militia in this State shall, (in Charlestown immediately, and in the country within two months,) after the passing of this Act, and once in every six months thereafter, take and enrol the names of all male free inhabitants within the districts of their respective companies, from the age of sixteen to sixty years, and inform them of the companies to which they belong, who are hereby obliged to turn out, and to do the duty of such companies, whenever their respective companies are by law obliged to be mustered or trained, or to perform any duty or service whatever ; the publishing of the time and places of any such mustering, training or performance of any duty or service, by beat of drum, or any other expeditious and proper manner, shall be deemed a legal notice thereof, to oblige such persons to appear in their respective companies in a proper and legal manner for such purposes, and in no other. And every captain of every regiment shall, immediately after taking such list, which he is hereby enjoined to do twice in every year, and as often after as required by the commanding officer, make and return an exact copy thereof, on oath, to the adjutant of the regiment to which he belongs, who shall therefrom make an exact roll of the officers and privates of such regiment, and certify the same immediately to the brigadier-general of the brigade to which such regiments belong, who shall return the same to the colonel of such regiment, who shall return an exact copy thereof to the President or Governor and Commander-in-chief, as the case may be, for the time being, within sixty days thereafter ; on pain that every such captain, adjutant, colonel or brigadier, neglecting or refusing so to do, shall, for every such offence, forfeit the sum of one hundred pounds.

Arms.

XII. And *be it further enacted* by the authority aforesaid, That all persons under the age of sixteen and above the age of sixty years, are hereby excused from bearing arms in time of peace or alarm, on making such age appear, on oath ; and all persons liable to bear arms by this Act, shall constantly keep in good repair, at his place of abode, and appear with, at every muster of the company to which he belongs, and do duty in the said company on all occasions, with one good musket and bayonet, or a good substantial smooth bore gun and bayonet, a cross belt and car-

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

## APPENDIX.

573

### *Acts relating to the Militia.*

A.D. 1778.

touch box, capable of containing thirty-six rounds, with at least twelve rounds of good cartridges, filled with gun powder and a leaden bullet, each fit for such musket or smooth bore gun, and half a pound of spare powder and twenty-four spare rounds of leaden bullets or buck-shot, or one good rifle-gun and tomahawk or cutlass, with three quarters of a pound of powder, and not less than thirty-six leaden bullets proper for such rifle, with an equal number of patches, together with a cover for the lock of such musket or gun, one ball of wax, one worm and picker, six spare flints, and one screw driver or substantial knife, of the fitness and sufficiency of which arms, ammunition and accoutrements, the captain or commanding officer of each company shall determine.

XIII. And *be it further enacted* by the authority aforesaid, That every person liable to bear arms by this Act, whose arms, ammunition or accoutrements shall be found at any muster deficient, and not as required by this Act, shall forfeit and pay, for every such part of his arms, ammunition or accoutrements which shall be so deficient, a sum not exceeding three pounds. And every commissioned officer of any company in any of the regiments of militia of this State, may, once in every two months, and not oftener, with one or more sergeants of the company under his command, repair to the abode of every such person enrolled in such company, and demand a sight of his arms, ammunition and accoutrements, and every such person refusing to produce such arms, ammunition and accoutrements to be viewed, and who shall be found deficient in any of them, or not to have kept them in good order, shall, for every such refusal, or part of such arms, ammunition or accoutrements so deficient or out of order, forfeit and pay a sum not exceeding six pounds. *Provided, nevertheless,* that no such person shall be fined for such deficiency of arms, ammunition or accoutrements, if he can make it credibly appear to the captain of his company that such deficiency of such arms, ammunition and accoutrements, is not from wilful neglect.

*Penalty for not being armed.*

XIV. And *be it further enacted* by the authority aforesaid, That the following persons are excused from general and ordinary musters, that is to say :—the Lieutenant-Governor for the time being, and all such persons as have held the offices of President or Governor and Commander-in-chief, or Vice-President or Lieutenant-Governor, all members of the Privy Council for the time being, with their clerk and door-keepers, the judges of the several courts of justice, and clerks of such courts, the master in chancery, sergeant-at-arms, sheriffs, with one deputy each, collectors of the customs, comptrollers, powder receiver, commissary, surveyor-general, auditors-general, secretary and one deputy, waiters and searchers, commissioners of the treasury, all non-commissioned colonels, lieutenant-colonels, majors and captains in the several regiments who have borne commissions, or any or all of them, respectively, for the space of ten years in the whole, all officers in the continental regiments in the service of this State, who shall have borne commissions for ten years successively, or who continue in the said service until such regiments be disbanded by public authority, the members of the Senate and House of Representatives, and their respective officers, all officers of the courts of justice not before mentioned, while attending the same, all justices of the peace who actually qualify and act, and no other, all licensed clergymen, belonging to any established church in this State, the post-master, his deputy and post-rider, the fire-masters and managers of the fire engines in Charlestown, the pilots and their crews, one white man to each ferry, and one to

*Who exempt from muster.*

VOL. IX—85.

68


Original from
UNIVERSITY OF CALIFORNIA

**A32**

## APPENDIX.

689

*Acts relating to the Militia.*

A.D. 1784.

AN ACT FOR THE REGULATION OF THE MILITIA OF THIS STATE.

No. 1233.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, in General Assembly met, and by the authority of the same, That it shall be lawful for the Governer or Commander-in-chief of this State to order the militia of this State to assemble once in every six months in the city of Charleston, and once in every twelve months in the other districts throughout the State, at regimental musters, and to assemble at ordinary musters of companies once in two months, within the districts of such regiments and companies ; and also, to order out the militia of this State in any time of invasion or alarm, for the security and defence of the same : That every person who, on being summoned, shall wilfully neglect to turn out at a regimental muster, properly armed and accoutred, or shall be guilty of a disobedience of orders at such musters, shall be fined in a sum not exceeding four dollars ; and who, on being summoned, shall wilfully neglect to turn out at an ordinary muster of the company he belongs to, or shall be guilty of a disobedience of orders at such ordinary muster, shall be fined in a sum not exceeding two dollars ; and every person who shall wilfully neglect to repair to the rendezvous of the company to which he belongs, properly armed and accoutred, on being properly summoned thereto by beat or drum or otherwise, in time of any invasion or alarm for the defence of this State, or shall while under orders on such duty, be guilty of disobedience of orders, every such persons so offending shall be fined in a sum not exceeding ten pounds. That all fines shall be inflicted, on non-commissioned officers and privates, by the judgment of the majority of the officers of the company in which the offender is enrolled : that a captain shall be tried by three captains and two field-officers, and a subaltern by a captain and two subalterns, who shall take the following oath before they proceed to trial. "I, A, B, C, D, E, F, will faithfully and impartially try and determine the case of G. H, now to be tried before this court, so help me God." That no fines shall be levied until ten days after conviction ; and the courts authorized by this Act shall administer the necessary oaths, and issue the necessary process for summoning offenders and levying of fines ; and that the sergeants, for executing such process, shall be allowed fees as constables are by law allowed.

*Militia, when to muster.*

*Fines for neglect.*

II. *And be it further enacted* by the authority aforesaid, That from and immediately after the passing of this Act, the captains and subalterns of each company shall divide their repective companies into small divisions, who shall do the necessary duties of patrol in their respective districts, at least once in every fortnight, under the same fines as are inflicted for non-attendance at ordinary musters, and to be recovered in the same manner.

*Patrols.*

III. *And be it enacted* by the authority aforesaid, That the following persons shall be excused from militia duty, except in times of alarm, to wit : the members of the privy council with their officers, all clergymen regularly licensed in this State, all school masters who have under their tuition not less than fifteen scholars, the members of the Legislature and their officers, judges and clerks of the several courts and officers, the intendant and wardens of Charleston and their officers, the commissioners of the treasury, all officers of the customs, the Secretary and his deputies, the auditor general and his several clerks, all acting magistrates and constables legally appointed, all regularly bred practising physicians and surgeons, the post-master and post riders, branch

*Who exempt from muster.*

VOL. IX—87.



Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A33

*AT* a Convention of Delegates for the ~~Seven Serv~~
Counties and Corporations in the ~~President~~
Colony of Virginia, held at Rich-
mond town, in the county of Hen-
rico, on Monday the seventeenth day
of July, in the year of our Lord one
thousand seven hundred and seven-
ty-five.

See also original
pp. 27 and 34

## ORDINANCES, &c.

### CHAP. I.

*An ordinance for raising and embo-
dying a sufficient force, for the de-
fence and protection of this colony.* *

WHEREAS it is found necessary, in the present **Preamble.**
time of danger, that a number of forces should be im-
mediately raised, and that the militia should be settled
under proper arrangements, and be thoroughly disci-
plined, for the better protection and defence of the coun-
try against invasions and insurrections:

Be it therefore ordained, by the delegates and repre- **Two regi-**
sentatives of the several counties and corporations within **ments of re-**
the colony and dominion of Virginia, now assembled in **gulars to be**
general convention, and it is hereby ordained by autho- **raised.**
rity of the same, That there shall be forthwith raised,
and taken into the pay of this colony, from the time of
their enlistment, __two regiments complete__, to consist of
__one thousand and twenty privates__, rank and file: Five **Numbers.**
hundred and forty four of whom as to be the first regi-
ment, under the command of a colonel, lieutenant-co- **Officers.**
lonel, and a major, eight captains, sixteen lieutenants,
eight ensigns, twenty four serjeants, eight drummers,

---

* In the original, the title of this ordinance is wanting, nor are
any of the chapters numbered   The title is here inserted from
the Chancellors' Revisal, edit. 1785, p. 88, and the late edition of
the Ordinances of 1816, p. 29.

VOL. IX.          B

416. Va.—*Convention of Delegates, Richmond; Va. Laws, W. Hening,
Vol. 9, 1821; Chs. I & II Acts, July 17, 1775, pp. 9-48.*

Digitized by Google          Original from
UNIVERSITY OF CALIFORNIA

A34

**28**     ## ORDINANCES OF CONVENTION.

the county, and formed into companies of not less than thirty two, nor more than sixty eight, rank and file, to be placed under one captain, one lieutenant, and one ensign, all of whom shall be commissioned by the committee of safety, upon the nomination of the committees

*How enrolled.* of the counties as aforesaid. And the commander in chief of each county shall, within three months after passing this ordinance, deliver to each captain a list of the names of the men appointed for his company; and every captain receiving such list shall summon his company to meet him within a fortnight, at such convenient time and place as he may appoint, in order to lay a proper foundation for training and disciplining them in the most effectual manner.

*Who exempted.* *Provided*, That the members of his majesty's council, and the committee of safety, the president of the convention, treasurer, attorney-general, auditor, clerk of the council, clerk of the secretary's office, clerk of the general convention, and clerk of the committee of safety (each of which exempts furnishing a stand of arms for a soldier) all clergymen and dissenting ministers, the president, professors, students, and scholars, of William and Mary college, the keeper of the publick jail, all overseers of four tithables residing on a plantation, and all millers, and persons concerned in iron works, shall be exempted from such enlistment.

*Fine on colonel for neglect.* *And be it further ordained*, That if any commander in chief of any county shall fail to do his duty as above directed, he shall forfeit and pay the sum of two hundred pounds.

*Arms, &c. to be furnished by militia.* *And be it further ordained*, That every militia man so to be enlisted shall furnish himself with a good rifle, if to be had, or otherwise with a tomahawk, common firelock, bayonet, pouch, or cartouch box, three charges of powder and ball, and appear with the same at the place appointed for mustering, and shall constantly keep by him one pound of powder and four pounds of ball, to be produced whenever called for by his commanding-officer.

*Exceptions.* *Provided always*, That no person shall be subject to the penalties hereby inflicted, for the not providing or producing the quantity of powder required, who shall make it appear to the court-martial that he has used his best endeavours to procure such powder, and hath not been able so to do; also, that if it be certified by a court-martial that any soldier enlisted is so poor as not

274

Digitized by Google          Original from
UNIVERSITY OF CALIFORNIA

**A35**

476

[Ch. LXVI
is original.]

## LAWS OF VIRGINIA,

### CHAP. XXVII.

*An act to continue an act, intituled An act to revive and amend in part an act, intituled an act for giving further time to enter certificates for settlement rights, and for locating warrants upon pre-emption rights, and for other purposes.*

Further time allowed to enter certificates for settlement rights, and locate warrants, on pre-emption rights.

I. IT being represented to this present general assembly, that many people within this commonwealth have not received the benefit of an act of the last session of assembly, intituled "An act to revive and amend in part an act, intituled an act for giving further time to enter certificates for settlement rights, and for locating warrants upon pre-emption rights, and for other purposes;"

II. *Be it enacted,* That the said act be, and is hereby continued, until the first day of June, one thousand seven hundred and eighty five, and no longer.

See also original
p. 477

[Ch. LXVII
is original.]

### CHAP. XXVIII.

*An act for amending the several laws for regulating and disciplining the militia, and guarding against invasions and insurrections.*

Preamble.

I. WHEREAS the defence and safety of the commonwealth depend upon having its citizens properly armed and taught the knowledge of military duty, and the different laws heretofore enacted being found inadequate to such purposes, and in order that the same may be formed into one plain and regular system;

Who shall be enrolled in the militia.

II. *Be it enacted,* That all free male persons between the ages of eighteen and fifty years, except the members

436. Va.—*General Assembly, Richmond; Va. Laws, W. Hening, Vol. 11, 1823; Act, Oct. 18, 1784, pp. 476-494.*

422

 Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A36**

480                        LAWS OF VIRGINIA.

in such time as the court shall deem reasonable, he shall
suffer such corporal punishment as the court before
whom the recovery shall be, may think fit, not exceed-
ing thirty-nine lashes. And the lieutenant or command-
ing officer for the time being of any county, may re-
cover any arms so sold, concealed, or removed, by ac-
**Arms how** tion or petition in detinue or trover, with costs. And
**stamped.** to the end that such arms may be known, the command-
ing officer shall cause to be stamped or engraved on
them, the name of the county, together with the num-
ber of the regiment to which they may belong. At every
muster, each captain or commanding officer, shall call
his roll, examine every person belonging thereto, and
note down all delinquencies occurring therein, and
**Delinquen-** make return thereof at the next regimental or general
**cies how no-** muster to the lieutenant colonel commandant, or com-
**ted.** manding officer of his regiment, including those which
may occur on that day. Every lieutenant colonel com-
mandant or commanding officer of a regiment, shall in
like manner call his roll, examine and note down all
delinquencies in his regiment, and make return thereof,
together with those reported from commanding officers
of companies, to the county lieutenant or commanding
officer, within ten days after every general and regi-
mental muster, who shall lay the whole, together with
the delinquencies occurring to him on the like examina-
tion, so far as they relate to persons below field officers,
before the court hereafter appointed to take cognisance
of, and determine on them. And so far as they relate
to field officers, the like returns shall be made to the ex-
ecutive who shall enquire into and determine on them.
*Provided,* That the commanding officer of a county or
of a regiment, shall not be obliged to extend their roll
calls, or individual examinations beyond the officers,
unless they observe some apparent necessity therefor.
**Returns.** And to each of the said returns shall be annexed the
following oath, to be administered by any justice of the
peace, viz. "I ———, do swear that the returns
hereunto annexed, contain all delinquencies which have
occurred in the militia of my county, the ——— regi-
ment, or ——— company of ——— regiment (as the
case may be) since the last return, having examined
the same as the law directs; (and to the county and re-
gimental return shall be added) and that the reports
which accompany them are all which have been made

426

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

**A37**

by the commanding officers of regiments or companies, as the case may be. So help me God." Every captain or commanding officer of a company shall, within ten days after every regimental and general muster, make up and report to the commanding officer of his regiment, a return of his company, including all arms, ammunition, and accoutrements, by this act directed, distinguishing effective and good from non-effective and bad, noting therein such as have died, removed, been exempted or added, and all persons within the bounds of his company not on his roll, who ought to be enrolled. The commanding officer of each regiment shall, within fifteen days after every general muster, make the like return to the commanding officer of the county, who shall, within forty days thereafter, make the like return of the whole of his militia, to the governor. The militia of this commonwealth as now organized, shall be disbanded, and all officers of the same are exonerated from all pains and penalties for non-performance of their duties heretofore prescribed, except the duties prescribed by the act for the better collection of the one-eighth per cent. tax, and the penalties for failure therein. And for providing for the appointments of the officers and others by this act described;

*Company returns.*

*Regimental returns.*

III. *Be it further enacted*, That the governor, with the advice of council, shall, on or before the first day April next, appoint in each county within this commonwealth, the most able and fit persons who shall be willing to accept the same, to be county lieutenant, and the necessary regimental field officers, according to the number of militia on the present returns, and immediately issue commissions accordingly. Each county lieutenant and other field officer, shall, at the first or second court to be held in ther county after receiving such commissions, take the oath by this act directed. Every county lieutenant shall within one month after having taken such oath, summon all the field officers of his county, and an equal number of the senior magistrates, not being militia officers, to meet at the court-house, to form a board, at which he shall preside, and with them, or a majority of the said field officers and magistrates, respectively, each having taken the following oath, to be administered by one of the magistrates to the other members, and then by another magistrate to him, viz.

*Field officers to be appointed by executive.*

*Captains and subalterns to be recommended by a board of officers and senior magistrates, to the executive & commissioned.*

" I————, do swear, that I will truly and faithfully

VOL. XI.            L 3

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A38