Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii <br><br> Defendant. | Civil Action No. 19-578 (JMS-RT) <br><br> REPLY AND OPPOSITION TO DEFENDANT'S COUNTER MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN OPPOSITION TO DEFENDANT'S COUNTER MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE [ECF No. 91] <br><br> TRIAL: February 23, 2022 <br> JUDGE: Hon. J. Michael Seabright <br> HEARING DATE: June 28, 2021 10AM |

**PLAINTIFFS' REPLY AND OPPOSITION TO DEFENDANT'S
COUNTER MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Todd Yukutake and David Kikukawa, by and through counsel, file this, their Reply and Opposition to Defendant's Counter Motion for Summary Judgment.

Plaintiffs base this Reply and Opposition to Defendant's Counter Motion for Summary Judgment upon the attached Memorandum in Opposition of Defendant's Counter Motion for Summary Judgment, the Plaintiffs' Opposition to Defendant's Separate Concise Statement of Facts filed contemporaneously herewith, the record, and oral argument presented by counsel at the hearing.

Dated: June 7th, 2021.

/s/ Alan Alexander Beck
Alan Alexander Beck

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

Attorneys for Plaintiffs