Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | ) )  ) Civil Action No. 19-578 (JMS-RT) |
| Plaintiffs, | ) ) |
| v. | ) ) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | ) ) ) |
| Defendant. | ) TRIAL: February 23, 2022 ) JUDGE: Hon. J. Michael Seabright ) HEARING DATE: June 28, 2021 10AM ) |
| _____ | ) |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

    CARON M. INAGAKI, ESQ.
    KENDALL MOSER, ESQ.
    RYAN M. AKAMINE, ESQ.
    Deputy Attorneys General
    Department of the Attorney
      General, State of Hawaii
    425 Queen Street
    Honolulu, HI  96813
    Email:    Caron.M.Inagaki@hawaii.gov
                 Ryan.M.Akamine@hawaii.gov
                 Kendall.J.Moser@hawaii.gov

Dated: June 7th, 2021

        */s/ Alan Alexander Beck*
        Alan Alexander Beck

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        *\*Admitted Pro Hac Vice*

        Attorneys for Plaintiffs