IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　　　Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

ALAN ALEXANDER BECK, ESQ.　　　Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123

STEPHEN D. STAMBOULIEH, ESQ.　　stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID KIKUKAWA

DATED: Honolulu, Hawaii, June 14, 2021.

    STATE OF HAWAII

    CLARE E. CONNORS
    Attorney General
    State of Hawaii

    /s/ Kendall J. Moser
    KENDALL J. MOSER
    Deputy Attorney General

    Attorney for Defendant
    CLARE E. CONNORS, in her
    Official Capacity as the Attorney
    General of the State of Hawaii