# MINUTES

CASE NUMBER: 1:19-cv-00578-JMS-RT

CASE NAME: Todd Yukutake, et al. v. Clare E. Connors, et al.

ATTY FOR PLAS: Alan A. Beck

ATTY FOR DEFTS: Kendall J. Moser

JUDGE: J. Michael Seabright         REPORTER: Cynthia Fazio

DATE: 06/28/2021                     TIME: 10:00 am - 10:55 am

COURT ACTION: EP: Hearing on Plaintiffs' Motion for Summary Judgment and Defendant Clare E. Connors' Counter Motion for Summary Judgment held.

Mr. Alan Beck, present via video teleconference.

Discussion held.

Oral arguments heard.

[85] Plaintiffs' Motion for Summary Judgment - Court to issue a written order.

[91] Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii's Counter Motion for Summary Judgment - Court to issue a written order.

Submitted by: Renee L.F. Honda, Courtroom Manager