Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 19-578 (JMS-RT) <br> ) <br> ) <br> ) NOTICE OF SUPPLEMENTAL <br> ) AUTHORITIES; CERTIFICATE OF <br> ) SERVICE <br> ) <br> ) <br> ) JURY TRIAL: February 23, 2022 <br> ) JUDGE: Hon. J. Michael Seabright <br> ) HEARING: June 28, 2021 10AM <br> ) |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Come now Todd Yukutake and David Kikukawa ("Plaintiffs"), pursuant to LR 7.6, and file this, their Notice of Supplemental Authorities.

On July 13, 2021, the Fourth Circuit Court of Appeals decided *Hirschfeld v. Bureau of Alcohol*, No. 19-2250, 2021 U.S. App. LEXIS 20705 (4th Cir. July 13, 2021), finding unconstitutional a federal law that prohibited 18-20 year olds from purchasing handguns from federally licensed dealers.

The Fourth Circuit applied intermediate scrutiny in striking the ban (*id*. at *90). It also addressed the over-inclusivity of the 18-20 year old ban (*id*. at *103, the "laws over-inclusively restrict the rights of a large group of law-abiding citizens to target a tiny portion of them"). Finally, the Fourth Circuit held that the 18-20 year old ban was not a longstanding law (*id*. at *22-23).

Dated: July 13, 2021.

Respectfully submitted,

*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
\**Admitted Pro Hac Vice*
Attorneys for Plaintiffs

2