Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 19-578 (JMS-RT) |
| v. | ) ) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | ) ) ) ) |
| Defendant. | ) JURY TRIAL: February 23, 2022 ) JUDGE: Hon. J. Michael Seabright ) HEARING: June 28, 2021 10AM |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

> CARON M. INAGAKI, ESQ.
> KENDALL MOSER, ESQ.
> RYAN M. AKAMINE, ESQ.
> Deputy Attorneys General
> Department of the Attorney
>    General, State of Hawaii
> 425 Queen Street
> Honolulu, HI  96813
> Email:     Caron.M.Inagaki@hawaii.gov
>            Ryan.M.Akamine@hawaii.gov
>            Kendall.J.Moser@hawaii.gov

Dated: July 13, 2021.

/s/ Alan Alexander Beck
Alan Alexander Beck

/s/ Stephen D. Stambouliéh
Stephen D. Stambouliéh
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs