# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cv-00578-JMS-RT |
| CASE NAME: | Todd Yukutake, et al. v. Clare E. Connors, et al. |
| ATTYS FOR PLAS: | *Alan A. Beck<br>Stephen D. Stamboulieh |
| ATTY FOR DEFTS: | *Kendall J. Moser |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 08/04/2021 | TIME: | 9:00 am - 9:05 am |

COURT ACTION: EP: Further Hearing on Plaintiffs' Motion for Summary Judgment and Defendant's Counter Motion for Summary Judgment conducted by video teleconference held.

Discussion held.

[85] Plaintiffs' Motion for Summary Judgment - Court's intent is to grant in whole. Court to issue a written order.

[91] Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii's Counter Motion for Summary Judgment - Court's intent is to deny in whole. Court to issue a written order.

Defendant requested to delay entry of the judgment for 30-days so that it can determine a course of action. No objection from Plaintiff. The Court directed Counsel to confer and file proposed language to be included in its order by August 6, 2021.

Submitted by: Renee L.F. Honda, Courtroom Manager