CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>      Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>      Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>STIPULATION REGARDING ENTRY OF JUDGMENT |

## STIPULATION REGARDING ENTRY OF JUDGMENT

Plaintiffs Todd Yukutake and David Kikukawa ("Plaintiffs"), by and through their attorneys, Alan Alexander Beck and Stephen D. Stamboulieh, and Defendant Clare E. Connors, in her Official Capacity as the Attorney General of the State of Hawaii ("Defendant"), by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby stipulate that entry of the separate Judgment in this action, pursuant to Rule 58 of the Federal Rules of Civil Procedure, will be delayed for 30 days following entry of the Court's order regarding Plaintiffs' Motion for Summary Judgment [ECF No. 85] and Defendant's Counter Motion for Summary Judgment [ECF No. 91]. The parties agree further that the Court's order shall not take effect and shall not be appealable until the separate Judgment is entered.

DATED: Honolulu, Hawaii, August 6, 2021.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
CLARE E. CONNORS

DATED: Honolulu, Hawaii, August 6, 2021.

/s/ Alan Alexander Beck
ALAN ALEXANDER BECK
STEPHEN D. STAMBOULIEH

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID
KIKUKAWA

APPROVED AND SO ORDERED:

_____
J. MICHAEL SEABRIGHT
Chief United States District Judge

Todd Yukutake, et al. v. Clare E. Connors, Civil No. 19-00578 JMS-RT;
Stipulation Regarding Entry of Judgment