

DAVID Y. IGE
GOVERNOR

LETTER

CLARE E. CONNORS
ATTORNEY GENERAL

HOLLY T. SHIKADA
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

August 25, 2021

The Honorable J. Michael Seabright
Chief Judge
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-435
Honolulu, Hawaii 96850

    Re:   <u>Todd Yukutake, et al. v. Clare E. Connors</u>,
           Civil No. 19-00578 JMS-RT

Dear Judge Seabright:

    On behalf of Defendant Clare E. Connors, I am writing to request a status conference with the Court and Plaintiffs' counsel. The purpose of the conference is to discuss Defendant's plan to file an appeal, to request a stay from this Court pending that appeal, and Defendant's effort to seek amendment of the subject statutes in the Hawaii Legislature.

    I would appreciate participating in such a conference at the Court's earliest convenience. Thank you.

Respectfully submitted,

*Kendall J. Moser*

Kendall J. Moser
Deputy Attorney General

cc: Alan Alexander Beck, Esq.
     Stephen D. Stamboulieh, Esq.