# MINUTES

CASE NUMBER:      1:19-cv-00578-JMS-RT

CASE NAME:       Todd Yukutake, et al. v. Clare E. Connors

ATTY FOR PLA:     *Stephen D. Stamboulieh
Alan A. Beck

ATTY FOR DEFT:    *Kendall J. Moser

---

JUDGE:    J. Michael Seabright    REPORTER:    Cynthia Fazio

DATE:    08/30/2021    TIME:    10:00 am -10:14am

---

COURT ACTION:  EP: Status conference conducted by telephone conference held.

Discussion held.

Defendant's Motion to Stay is due 8/31/2021. Plaintiffs' Response is due 9/7/2021. The Court will notify the parties if a Reply will be allowed and if a hearing on the motion is needed.

Parties to meet and confer to discuss a continuance of the 9/15/2021 deadline for entry of judgment and Plaintiffs' deadline to respond to the Motion to Stay. A joint letter should be submitted to Judge Seabright's orders box.

Submitted by: Shelli Mizukami, Courtroom Manager