# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

August 30, 2021

The Hon. Judge J. Michael Seabright  *Via electronic mail*
U.S.D.C. District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI  96850
Seabright_orders@hid.uscourts.gov

RE: *Yukutake, et al. v. Connors, et al.*; Civil Action No. 1:19-cv-00578-JMS-RT

Dear Judge Seabright:

 Pursuant to the Court's Minute Entry from August 30, 2021 [Docket # 110], please accept this as a Joint Letter to stay entry of the judgment for an additional seven (7) days to allow the Plaintiffs additional time to respond to the Defendant's Motion.

 Thank you in advance for your consideration.

Yours very truly,

STEPHEN D. STAMBOULIEH

cc: All counsel of record (*via e-mail*)