IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　　　Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>DECLARATION OF KENDALL J. MOSER; EXHIBITS "A"-"B" |

## **DECLARATION OF KENDALL J. MOSER**

Pursuant to 28 U.S.C. § 1746, I, KENDALL J. MOSER hereby declare that:

　　1.　　I am a Deputy Attorney General and one of the attorneys representing Defendant CLARE E. CONNORS, in her Official Capacity as Attorney General of the State of Hawaii, in the above-entitled case.

　　2.　　I conferred by telephone with ALAN ALEXANDER BECK, attorney for Plaintiffs TODD YUKUTAKE and DAVID KIKUKAWA, on August 26, 2021 regarding a possible stay pending appeal, but no agreement was reached.

　　3.　　Attached as Exhibit "A" is a true and correct copy of an article by Don Thompson from the Associated Press dated April 11, 2019. *See* Don Thompson, *Gun groups: Million-plus extended magazines flood California,*

Associated Press (April 11, 2019), https://apnews.com/article/9a5da7c4bbb74156944fe2317dedc88c.

4.  Attached as Exhibit "B" is a true and correct copy of *Duncan v. Becerra*, Case No. 17-cv-1017-BEB-JLB, 2019 WL 1510340 (S.D. Cal. April 4, 2019) (Order Staying in Part Judgment Pending Appeal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaii, on August 31, 2021.

/s/ Kendall J. Moser
KENDALL J. MOSER