IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>    Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

ALAN ALEXANDER BECK, ESQ.       Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123

STEPHEN D. STAMBOULIEH, ESQ.    stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

Attorneys for Plaintiffs
TODD YUKUTAKE and DAVID KIKUKAWA

DATED: Honolulu, Hawaiʻi, August 31, 2021.

      STATE OF HAWAIʻI

      CLARE E. CONNORS
      Attorney General
      State of Hawaiʻi

      /s/ Kendall J. Moser
      KENDALL J. MOSER
      Deputy Attorney General

      Attorneys for Defendant
      CLARE E. CONNORS, in her
      Official Capacity as the Attorney
      General of the State of Hawaiʻi