Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii <br><br><br><br> Defendant. | Civil Action No. 19-578 (JMS-RT) <br><br> RESPONSE IN OPPOSITION TO; MOTION TO STAY [113]; MEMO-RANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STAY; CERTIFICATE OF SERVICE <br><br> JUDGE: Hon. J. Michael Seabright |

# RESPONSE IN OPPOSITION TO
# DEFENDANT'S MOTION TO STAY

Come now the Plaintiffs, by and through counsel of record, and for their response to Defendant's Motion to Stay ("the Motion"), show unto the Court the following:

Defendant filed her Motion to Stay Pending Appeal on August 31, 2021 [Docket # 113]. Plaintiffs oppose this Motion and rely on the arguments raised in the attached Memorandum in Opposition, the record, the Declaration of Counsel, the Declaration of Jon Abott, and any argument made if the Court requests a hearing on this matter.  Because Defendant has wholly failed to make the requisite showing that she is entitled to a stay pending appeal, the Court should deny her Motion.

Respectfully submitted,

Dated: September 13, 2021.

/s/ Alan Alexander Beck
Alan Alexander Beck

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

Attorneys for Plaintiffs