Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-578 (JMS-RT)<br>)<br>) CERTIFICATE OF SERVICE |
| CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) JUDGE: Hon. J. Michael Seabright |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF to the following counsel of record:

>CARON M. INAGAKI, ESQ.
>KENDALL MOSER, ESQ.
>RYAN M. AKAMINE, ESQ.
>Deputy Attorneys General
>Department of the Attorney
>   General, State of Hawaii
>425 Queen Street
>Honolulu, HI  96813
>Email:    Caron.M.Inagaki@hawaii.gov
>               Ryan.M.Akamine@hawaii.gov
>               Kendall.J.Moser@hawaii.gov

Dated: September 13, 2021.

>/s/ Alan Alexander Beck
>Alan Alexander Beck
>
>/s/ Stephen D. Stamboulieh
>Stephen D. Stamboulieh
>*Admitted Pro Hac Vice*
>
>Attorneys for Plaintiffs