AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

TODD YUKUTAKE; DAVID
KIKUKAWA,

      Plaintiff(s),

      V.

CLARE E. CONNORS,

      Defendant(s).

### JUDGMENT IN A CIVIL CASE

Case: CV 19-00578 JMS-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 23, 2021

At 3 o'clock and 20 min p.m.
MICHELLE RYNNE, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      On August 16, 2021, the Court issued an Order, ECF No. 107: "ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S COUNTER MOTION FOR SUMMARY JUDGMENT" ("August 16, 2021 Order") and on September 23, 2021, the Court issued an Order, ECF No. 116: "ORDER (1) CLARIFYING REMEDIES; AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR STAY PENDING APPEAL, ECF NO. 113" ("September 23, 2021 Order").

      IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs pursuant to and in accordance with the August 16, 2021 and September 23, 2021 Orders.

September 23, 2021

Date



MICHELLE RYNNE

Clerk

/s/ Michelle Rynne by J.O.

(By) Deputy Clerk