# Stamboulieh Law, PLLC

LETTER

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

September 27, 2021

The Hon. Judge J. Michael Seabright           *Via electronic mail*
U.S.D.C. District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI  96850
Seabright_orders@hid.uscourts.gov

RE: *Yukutake, et al. v. Connors, et al.*; Civil Action No. 1:19-cv-00578-JMS-RT

Dear Judge Seabright:

  Pursuant to Fed. R. Civ. P. 54(d)(2)(B), a motion for attorneys' fees is due 14 days after the judgment is entered.  Plaintiffs and Defendant have conferred via email about a potential motion for attorneys' fees or staying the attorneys' fees proceedings until the Defendant's appeal is completed.  Defendant has agreed to stay resolution of the attorneys' fee matter until the appeal is completed.  As such, the Plaintiffs request that the Court stay any motion practice related to Plaintiffs' attorneys' fee motion pending completion of the Defendant's appeal.

  Alternatively, if the Court would rather the Plaintiffs submit a Motion to Stay Attorneys' Fees Proceedings, this Court's local rules mandate a pre-filing conference of the parties prior to the filing of certain motions, and then, the conference must occur seven days prior to the filing of the motion.  Should the Court desire a Motion instead of this letter, Plaintiffs alternatively request that the Court issue a text order dispensing with the local rule requirement that they must wait seven days to file their Motion to Stay Attorneys' Fees Proceedings.

  We thank the Court in advance for its consideration.

            Yours very truly,

            STEPHEN D. STAMBOULIEH

cc: All counsel of record (*via e-mail*)