```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
      TODD YUKUTAKE and            ) CIVIL NO. 19-00578JMS-RT
 4    DAVID KIKUKAWA,              )
                                   ) Honolulu, Hawaii
 5              Plaintiffs,        ) August 4, 2021
                                   )
 6         vs.                     )
                                   ) [54] PLAINTIFFS' MOTION FOR
 7    CLARE E. CONNORS, in her     )  SUMMARY JUDGMENT
      Official Capacity as the     ) [60] DEFENDANT CLARE E.
 8    Attorney General of the      )  CONNORS, IN H ER OFFICIAL
      State of Hawaii,             )  CAPACITY AS THE ATTORNEY
 9                                 )  GENERAL OF THE STATE OF
                Defendant.         )  HAWAII'S COUNTER MOTION FOR
10    _____)  SUMMARY JUDGMENT

11
              TRANSCRIPT OF VIDEO TELECONFERENCE PROCEEDINGS
12             BEFORE THE HONORABLE J. MICHAEL SEABRIGHT,
                  CHIEF UNITED STATES DISTRICT JUDGE
13
      APPEARANCES:
14
      For the Plaintiffs:       ALAN ALEXANDER BECK, ESQ.
15                              Law Office of Alan Beck
                                2692 Harcourt Drive
16                              San Diego, California  92123

17                              STEPHEN D. STAMBOULIEH, ESQ.
                                Stamboulieh Law, PLLC
18                              P.O. Box 428
                                Olive Branch, Mississippi  38654
19


20

21    For the Defendant:        KENDALL J. MOSER, ESQ.
                                Department of the Attorney General,
22                               State of Hawaii
                                425 Queen Street
23                              Honolulu, Hawaii   96813

24

25
```

1

2  Official Court Reporter:   Cynthia Fazio, RMR, CRR, CRC
                              United States District Court
3                             300 Ala Moana Blvd., C-270
                              Honolulu, Hawaii  96850
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
   Proceedings recorded by machine shorthand, transcript produced
25 with computer-aided transcription (CAT).

```
 1   WEDNESDAY, AUGUST 4, 2021                            8:59 A.M.
 2              THE COURTROOM MANAGER:  Civil Number 19-00578JMS-RT,
 3   Todd Yukutake and David Kikukawa versus Clare E. Connors in her
 4   official capacity as the Attorney General of the State of
 5   Hawaii.
 6              This case has been called for further hearing on
 7   Plaintiffs' Motion for Summary Judgment and Defendant's
 8   Countermotion for Summary Judgment conducted by video
 9   teleconference.
10              Counsel, please make your appearances for the record.
11              MR. BECK:  Alan Beck on behalf of the plaintiffs.
12              THE COURT:  Yes, good morning.
13              MR. BECK:  Good morning, Your Honor.
14              MR. STAMBOULIEH:  Stephen Stamboulieh on behalf of the
15   plaintiffs, Your Honor.
16              THE COURT:  Yes, good morning.
17              MR. STAMBOULIEH:  Good morning.
18              MR. MOSER:  Good morning, Your Honor.  Kendall Moser
19   for defendant Clare Connors in her official capacity.
20              THE COURT:  All right.  Yes, good morning.
21              Okay.  So I wanted to get everyone together to let you
22   know sort of where I stand and next steps, I want to talk about
23   next steps.  It is my intent to grant Plaintiffs' Motions for
24   Summary Judgment in whole and deny Defendant's Motion for
25   Summary Judgment.  And this raises the issue that I discussed
```

```
 1   at the hearing about sort of whether there should be a period
 2   of time to allow a legislative fix here.  You know, what do I
 3   do about effective date of the order because I really don't
 4   want to throw into question the validity of the rest of these
 5   laws at all.  And obviously it's only these provisions which
 6   can be excised out, but I don't really have a sense of whether,
 7   you know, how destructive that might be to the entire process.
 8          So my thought is to ask you folks to -- obviously,
 9   Mr. Moser, without you waiving any arguments as to the merits
10   of this, I understand that, to be very clear here, but to have
11   you folks, you know, consult and see if you can reach some
12   stipulation.  If not, provide me your views on this is my
13   thought.  But I'll hear from both -- both of you -- maybe I'll
14   start with you, Mr. Moser, because this, you know, impacts the
15   state law.
16          MR. MOSER:  Yes, Your Honor.  Thank you.
17          On behalf of Defendant Connors, we would like to ask
18   the Court to delay entry of the judgment for 30 days.  That
19   would allow us to receive the decision, review it, discuss it
20   with whomever we need to discuss it with, including potentially
21   the governor, and then decide on a course of action, which
22   could include, of course, a decision whether to take an appeal,
23   possibly.  I'm not saying we're doing that, I'm just saying we
24   need time to consider that.
25          THE COURT:  Right.
```

1         MR. MOSER: And then also, and/or whether to seek a
2   legislative fix. And as the Court is well aware, I'm sure
3   having resided here these many years that the Hawaii
4   legislature doesn't come back into session for sometime from
5   now.
6         THE COURT: Right.
7         MR. MOSER: Not until mid January. So we would like
8   30 days to consider what -- after we receive the Court's
9   decision what course of action to take next.
10        THE COURT: Okay. Mr. Beck, what's your view on that?
11        MR. BECK: I don't really have a problem with 30 days.
12        THE COURT: Okay. All right. Just so the language is
13  exactly what you're thinking of, Mr. Moser, can you draft some
14  language that you want in the order, run it by Mr. Beck, and
15  then if you folks can, you know, agree on that language e-mail
16  that to the orders inbox so I can make sure I know exactly what
17  you're thinking of as far as that language, Mr. Moser?
18        MR. MOSER: Yes, I will do that, Your Honor.
19        THE COURT: Or you can actually file it. Instead of
20  the orders inbox, why don't you go ahead and file it. It
21  probably should be part of the record. And it sounds like you
22  two are in general agreement on this, it's just wordsmithing.
23  Making sure it says exactly what you want it to say. I mean it
24  may be as simple as, you know, the Court delays entry of
25  judgment for -- I usually don't say 30 days, I give a specific

```
 1   date, but we can count, you know, a month out, a month later
 2   essentially is what I would do.
 3             MR. MOSER:  Thank you.
 4             THE COURT:  Okay.  So if you folks can try to work on
 5   that and get me something by Friday, that would be great.
 6             MR. BECK:  Yes, Your Honor.
 7             THE COURT:  Okay?  Anything else then at this point,
 8   Mr. Beck?
 9             MR. BECK:  No, Your Honor.
10             THE COURT:  Mr. Moser?
11             MR. MOSER:  No.  Thank you, Your Honor.
12             THE COURT:  Okay.  All right.  Thank you both very
13   much.
14             MR. BECK:  I'm sorry.
15             THE COURT:  Okay.
16             MR. BECK:  Sorry, Judge Seabright.  Sorry, Ms. Honda.
17             THE COURT:  That's okay.
18             MR. BECK:  Roughly when -- you might not want to
19   answer this.  Roughly when should we expect the decision?  The
20   opinion or decision itself?
21             THE COURT:  You know, I think within a week is fair,
22   Mr. Beck.  It's in final stages, sort of just final cite
23   checking and typo review, that sort of thing that I do as a
24   matter of course in my office.  And so, you know, once I get
25   this information from you folks, my hope is it won't take too
```

```
 1   long after that to get this finalized.
 2              MR. BECK:  Thank you, Your Honor.
 3              THE COURT:  Okay?  All right.  Okay.  Thank you all.
 4              (The proceedings concluded at 9:04 a.m.,
 5   August 4, 2021.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    COURT REPORTER'S CERTIFICATE
 2
 3         I, CYNTHIA FAZIO, Official Court Reporter, United
 4   States District Court, District of Hawaii, do hereby certify
 5   that pursuant to 28 U.S.C. §753 the foregoing pages is a
 6   complete, true, and correct transcript of the stenographically
 7   reported proceedings held in the above-entitled matter and that
 8   the transcript page format is in conformance with the
 9   regulations of the Judicial Conference of the United States.
10
            DATED at Honolulu, Hawaii, September 30, 2021.
11
12
13                       /s/ Cynthia Fazio
                         CYNTHIA FAZIO, RMR, CRR, CRC
14
15
16
17
18
19
20
21
22
23
24
25
```