CLARE E. CONNORS          7936
Attorney General of the State of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1360
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant-Appellant
CLARE E. CONNORS, in her Official Capacity
as the Attorney General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　Plaintiffs-Appellees,<br><br>　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　Defendant-Appellant,<br><br>　and<br><br>CITY AND COUNTY OF HONOLULU,[1]<br><br>　　　　Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE**<br><br>Chief Judge J. Michael Seabright |

---

[1] Defendant CITY AND COUNTY OF HONOLULU was dismissed with prejudice by stipulation in the District Court on June 12, 2020.  ECF 53.

1

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant-Appellant CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's final *Judgment*, entered on September 23, 2021 (ECF 117), including the *Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Counter Motion for Summary Judgment*, entered on August 16, 2021 (ECF 107), and the *Order (1) Clarifying Remedies; and (2) Granting in Part and Denying in Part Defendant's Motion for Stay Pending Appeal, ECF No. 113*, entered on September 23, 2021 (ECF 116), that were referenced in the final Judgment, and any other prior orders that merge into the final Judgment.

DATED: Honolulu, Hawaiʻi, October 12, 2021.

        */s/ Kendall J. Moser*
        CLARE E. CONNORS
          Attorney General of the State of Hawaii
        CARON M. INAGAKI
        KENDALL J. MOSER
          Deputy Attorneys General

        Attorneys for Defendant-Appellant
        CLARE E. CONNORS, in her Official
        Capacity as the Attorney General of the
        State of Hawaii