IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>        Plaintiffs-Appellees,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant-Appellant,<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**REPRESENTATION STATEMENT** |

**CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, the following list identifies all parties to this action along with the names, addresses, and telephone numbers of their respective counsel, if known:

/
/
/
/
/
/

1

| **Party** | **Counsel** |
|---|---|
| Plaintiffs-Appellees<br><br>TODD YUKUTAKE and DAVID KIKUKAWA | ALAN ALEXANDER BECK<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA  92123<br>Telephone: (619) 905-9105<br>E-Mail: Alan.alexander.beck@gmail.com<br><br>STEPHEN D. STAMBOULIEH<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS  38654<br>Telephone: (601) 852-3440<br>E-Mail: stephen@sdslaw.us |
| Defendant-Appellant<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | CLARE E. CONNORS<br>Attorney General of the State of Hawaii<br>CARON M. INAGAKI<br>KENDALL J. MOSER<br>Deputy Attorneys General<br>Department of the Attorney<br> General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI  96813<br>Telephone: (808) 586-1360<br>E-Mail: Caron M. Inagaki@hawaii.gov<br>           Kendall.J.Moser@hawaii.gov |

/
/
/
/
/
/
/
/
/

2

DATED: Honolulu, Hawaii, October 12, 2021.

/s/ *Kendall J. Moser*
CLARE E. CONNORS
  Attorney General of the State of Hawaii
CARON M. INAGAKI
KENDALL J. MOSER
  Deputy Attorneys General

Attorneys for Defendant-Appellant
CLARE E. CONNORS, in her Official
Capacity as the Attorney General of the
State of Hawaii