IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>        Plaintiffs-Appellees,<br><br>    vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant-Appellant,<br><br>    and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

    ALAN ALEXANDER BECK, ESQ.    Alan.alexander.beck@gmail.com
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA  92123

1

STEPHEN D. STAMBOULIEH, ESQ.        stephen@sdslaw.us
Stambouleih Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

Attorneys for Plaintiffs-Appellees
TODD YUKUTAKE and DAVID KIKUKAWA

DATED:  Honolulu, Hawaii, October 12, 2021.


                */s/ Kendall J. Moser*
                CLARE E. CONNORS
                  Attorney General of the State of Hawaii
                CARON M. INAGAKI
                KENDALL J. MOSER
                  Deputy Attorneys General

Attorneys for Defendant-Appellant
CLARE E. CONNORS, in her Official
Capacity as the Attorney General of the
State of Hawaii