# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 21, 2021

To All Parties:

| | |
|---|---|
| IN RE: | Todd Yukutake, et al. v. Clare Connors, et al. |
| USDC No.: | CV 19-00578 JMS-RT |
| USCA No.: | 21-16756 |

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 14, 2021.

All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

Sincerely Yours,

Michelle Rynne, Clerk of Court

by:  /s/ Michelle Rynne, Clerk, by J.O., Deputy Clerk

Enclosures