CLARE E. CONNORS         7936
Attorney General of the State of Hawaii

CARON M. INAGAKI         3835
KENDALL J. MOSER         6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1360
E-Mail: Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant-Appellant
CLARE E. CONNORS, in her Official Capacity
as the Attorney General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>         Plaintiffs-Appellees,<br><br>    vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>         Defendant-Appellant,<br><br>    and<br><br>CITY AND COUNTY OF HONOLULU,[1]<br><br>         Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE**<br><br>Chief Judge J. Michael Seabright |

---

[1] Defendant CITY AND COUNTY OF HONOLULU was dismissed with prejudice by stipulation in the District Court on June 12, 2020.  ECF 53.

1

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant-Appellant CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's final *Judgment*, entered on September 23, 2021 (ECF 117), including the *Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Counter Motion for Summary Judgment*, entered on August 16, 2021 (ECF 107), and the *Order (1) Clarifying Remedies; and (2) Granting in Part and Denying in Part Defendant's Motion for Stay Pending Appeal, ECF No. 113*, entered on September 23, 2021 (ECF 116), that were referenced in the final Judgment, and any other prior orders that merge into the final Judgment.

DATED: Honolulu, Hawaiʻi, October 12, 2021.

                               */s/ Kendall J. Moser*
                               CLARE E. CONNORS
                                 Attorney General of the State of Hawaii
                               CARON M. INAGAKI
                               KENDALL J. MOSER
                                 Deputy Attorneys General

                               Attorneys for Defendant-Appellant
                               CLARE E. CONNORS, in her Official
                               Capacity as the Attorney General of the
                               State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>    Plaintiffs-Appellees,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>    Defendant-Appellant,<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**REPRESENTATION STATEMENT** |

## **CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, the following list identifies all parties to this action along with the names, addresses, and telephone numbers of their respective counsel, if known:

/
/
/
/
/
/

1

Case 1:19-cv-00578-JMS-RT   Document 123-1   Filed 10/14/21   Page 2 of 3     PageID #:
Case 1:19-cv-00578-JMS-RT   Document 126-2   Filed 10/21/21   Page 4 of 7   PageID.1213
1202

| **Party** | **Counsel** |
|---|---|
| Plaintiffs-Appellees<br><br>TODD YUKUTAKE and DAVID KIKUKAWA | ALAN ALEXANDER BECK<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA  92123<br>Telephone: (619) 905-9105<br>E-Mail: Alan.alexander.beck@gmail.com<br><br>STEPHEN D. STAMBOULIEH<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS  38654<br>Telephone: (601) 852-3440<br>E-Mail: stephen@sdslaw.us |
| Defendant-Appellant<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii | CLARE E. CONNORS<br>Attorney General of the State of Hawaii<br>CARON M. INAGAKI<br>KENDALL J. MOSER<br>Deputy Attorneys General<br>Department of the Attorney<br> General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI  96813<br>Telephone: (808) 586-1360<br>E-Mail: Caron.M.Inagaki@hawaii.gov<br>           Kendall.J.Moser@hawaii.gov |

/
/
/
/
/
/
/
/
/

2

DATED: Honolulu, Hawaii, October 12, 2021.

        */s/ Kendall J. Moser*
        CLARE E. CONNORS
          Attorney General of the State of Hawaii
        CARON M. INAGAKI
        KENDALL J. MOSER
          Deputy Attorneys General

        Attorneys for Defendant-Appellant
        CLARE E. CONNORS, in her Official
        Capacity as the Attorney General of the
        State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>   Plaintiffs-Appellees,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>   Defendant-Appellant,<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>   Defendant. | CIVIL NO. 19-00578 JMS-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

ALAN ALEXANDER BECK, ESQ.          Alan.alexander.beck@gmail.com
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123

1

STEPHEN D. STAMBOULIEH, ESQ.        stephen@sdslaw.us
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

Attorneys for Plaintiffs-Appellees
TODD YUKUTAKE and DAVID KIKUKAWA

DATED:  Honolulu, Hawaii, October 12, 2021.


                /s/ Kendall J. Moser
                CLARE E. CONNORS
                  Attorney General of the State of Hawaii
                CARON M. INAGAKI
                KENDALL J. MOSER
                  Deputy Attorneys General

                Attorneys for Defendant-Appellant
                CLARE E. CONNORS, in her Official
                Capacity as the Attorney General of the
                State of Hawaii