# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850
www.hid.uscourts.gov

MICHELLE RYNNE
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

## INSTRUCTIONS FOR CIVIL APPEALS

**TO COUNSEL OF RECORD OR PRO SE:**

In order to properly prepare the record on appeal, the following instructions must be followed:

**I.   PAYMENT OF THE FILING & DOCKET FEES**

   A.   The U.S. District Court Filing Fee of $5.00 and the Ninth Circuit Court of Appeals Docket Fee of $500.00 are both due upon the filing of the Notice of Appeal.

   B.   One check, in the amount of $505.00, should be made payable to Clerk, U.S. District Court.

   C.   All appeals are subject to dismissal for failure to pay for the docket fee. (Does not apply to cases in which the appellant has been granted leave to proceed in forma pauperis).

   D.   Upon the filing of the Notice of Appeal, a copy of the District Court docket sheet will be sent to all parties.

**II.   ORDER THE REPORTER'S TRANSCRIPT**

   A.   The **Appellant** is required to use the "Transcript Designation and Ordering" form (HID 010). This form will be sent to the **Appellant** upon the filing of the Notice of Appeal. Instructions for the preparation of this form will be sent to both the **appellant** and the **appellee**. You may also choose to access the U.S.D.C. District of Hawaii's website where a "fillable" PDF form may be found. The USDC Hawaii website address: www.hid.uscourts.gov. Click on "Forms" and then click on "miscellaneous".

# ADDITIONAL INSTRUCTIONS
# FOR TRANSCRIPT DESIGNATION AND ORDERING FORM
## (CA9-036)

In addition to the specific instructions included on the enclosed form, the following guidelines are offered:

(1) This form is sent to the <u>appellant</u> and <u>appellee</u> upon the filing of the notice of appeal.

(2) The <u>appellant</u> should notify the <u>appellee</u>, in writing, within 10 days from the filing of the notice of appeal of his planned designation or non-designation as the case may be, per FRAP 10(b) and Circuit Rule 10-3.1. (If less than the entire transcript is designated, a "Statement of the Issues to be Presented on Appeal" should be filed with the United States Court of Appeals and served upon the <u>appellee</u> within ten days from the filing of the notice of appeal.)

(3) The <u>appellee</u> should notify the <u>appellant</u> of an <u>further</u> designations, following the appropriate rule, i.e. within twenty (20) days from the filing of the notice of appeal.

(4) If the <u>appellant</u> is unable to contact the <u>appellee</u> or does not receive any response within the time prescribed, this information <u>should be noted on the designation form</u>.

(5) The <u>appellant</u> should then complete the enclosed form and send a copy to the court reporter(s), (in cases involving multiple reporters, serve a copy to each reporter), the District Court Clerk's Office, and to opposing counsel. This should be done within thirty (30) days from the filing of the notice of appeal. (Note: the <u>appellant</u> should complete and file the enclosed form even if the designated transcripts are already on file. A notation to that effect should be noted on the enclosed form).

(6) If opposing counsel wishes to file a supplemental designation of transcript, <u>a motion to supplement the record must be filed with the Ninth Circuit Court of Appeals</u>.

(7) The District Court will not accept or file any late designations without an order from the Ninth Circuit Court of Appeals.

(Rev 12/2013)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD C-338
HONOLULU HI 96850

CLERK

TELEPHONE
(808)541 1300
FAX 541 1303

To Counsel and/or Parties of Record:

    Enclosed is a revised copy of the Transcript Designation and Ordering Form.

    Please refer to the enclosed copy of the docket sheet to determine who the court reporter is for a specific hearing. The name of the court reporter is indicated in the parentheses before the name of the presiding judge at the end of the minutes. Minutes of hearings are designated by EP: for **E**ntering **P**roceedings.

The court reporters are listed by their full names, **or** may be designated by the following:

**CT**= Cynthia Fazio       (808) 541-2063
**GB**= Gloria Bediamol     (808) 541-2060
**DR**= Debi Read           (808) 541-2062

**DC**= Debra Chun          (808) 271-1874
**CO**=Cynthia Ott          (703) 593-2300
**KE**= Katherine Eismann   (702) 431-1919

**SP**= Stephen Platt       (c/o Theresa Lam @ 541-3577)
Sharon Ross                 (808) 291-4935
Lisa Groulx                 (808) 225-5701
Ann Matsumoto               (808) 521-1877
Adrianne Ho                 (808) 294-3397
Jean McManus                (808) 239-6148 (808) 228-3399 (Cell Phone)

ESR/Tape/CD/FTR= Digital Audio Recordings  (808) 541-3577

    If you have any questions regarding this matter, please feel free to contact the Clerk's Office at (808) 541-1890.

Sincerely,

MICHELLE RYNNE, Clerk

by: /s/ J.O.
    Docket Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

| | |
|---|---|
| U.S. Court of Appeals Case No.: | U.S. District Court Case No.: |
| Short Case Title: | Date Notice of Appeal Filed by Clerk of District Court: |
| Date Transcript Ordered: | Time Schedule Order Transcript Due Date: |
| Attorney Name: | Address: |
| Phone Number: | Email: |

This form should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court transcripts.

Please note the specific instructions below. If there are further questions, contact the U.S. District Court Clerk's Office.

1. Please refer to the electronic case file docket to determine the hearing date and the court reporter or other method utilized to record the specific court proceedings. Attach additional page of designations, if necessary.
2. File Original with the District Court.
3. Send a copy to opposing counsel(s). Make additional copies if necessary.
4. Send a copy to each court reporter. Contact court reporter(s) to make further arrangements for payment. Court reporter contact information can be found at http://www.hid.uscourts.gov.
5. E-mail orders for transcripts of digital audio recordings of court proceedings (FTR) to transcripts@hid.uscourts.gov.
6. Continue to monitor progress of transcript preparation. Court reporter contact information can be found at http://www.hid.uscourts.gov.

| **HEARING DATE(s)** | **COURT REPORTER** | **PROCEEDINGS (please specify)** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| | | |
|---|---|---|
| Attorney Signature: | Date: | |