| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 18 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

TODD YUKUTAKE; DAVID KIKUKAWA,

        Plaintiffs-Appellees,

 v.

CLARE E. CONNORS, In her Official Capacity as the Attorney General of the State of Hawaii,

        Defendant-Appellant,

 and

CITY AND COUNTY OF HONOLULU,

        Defendant.

No. 21-16756

D.C. No. 1:19-cv-00578-JMS-RT
District of Hawaii, Honolulu

ORDER

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

The motion to vacate and remand (Docket Entry No. 45) is denied.

Within 30 days after the date of this order, the parties shall submit supplemental briefs, not to exceed 10,000 words, addressing the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

The Clerk will place this appeal on the next available calendar upon the filing of the supplemental briefs.

AC/MOATT